Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150
Newport Beach, California 92660
Telephone:  (310) 437-8665
Facsimile:   (310) 943-2085

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BB BODY. INC., a California Corporation; BROOKE BURKE, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)** <br><br> **DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff, Backgrid USA, Inc., complains against Defendants BB Body, Inc., Brooke Burke, and Does 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for acts of copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1332, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, and, on information and belief, the Defendants and their agents reside and may be found in this judicial district, and the injury suffered by Plaintiff took place in this judicial district. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3. Plaintiff Backgrid USA, Inc. ("Backgrid") is a California corporation with its principal place of business in Redondo Beach, California.

4. Defendant BB Body, Inc. ("Brooke Burke Body") is a California corporation with its principal place of business in Los Angeles, California.

5. Defendant Brooke Burke ("Burke") is an individual who resides in Malibu, California.

6. The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

# FACTS COMMON TO ALL COUNTS

*Backgrid and the Photographs that Frame This Dispute*

7. Backgrid owns and operates one of Hollywood's largest celebrity-photograph agencies that has earned a reputation of regularly breaking scoops on sought after celebrity news. It owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration, up to hundreds of thousands of dollars.

8. Among many other in-demand photographs, Backgrid owns coveted photographs of certain celebrities, including Brooke Burke (hereinafter the "Burke Photographs"). All rights, title and interest in the Burke Photographs (the photographs at issue in this case), including but not limited to the copyrights thereon, are owned by Backgrid.

9. Backgrid filed for copyright registration of the Burke Photographs within 90 days of their first publication with the United States Copyright Office. VA0002227793, VA0002227786, VA0002227144.

*Defendants and Their Willful Infringing Activity*

10. Defendant Brooke Burke is a celebrity fitness personality, television personality, author, and actress. She rose to fame through hosting E! Network's travel show *Wild On!,* CBS's *Rock Star,* and *Dancing with the Stars.* Since then, Burke established herself as a health and wellness guru and in 2017, formed Defendant BB Body, Inc., doing business as Brooke Burke Body. Burke through Brooke Burke Body provides a "digital fitness journey to transform your body, one bite-size burn at a time." Defendants sell subscriptions to workout programs as well as individual collections of workout videos through their websites and through their smartphone app. In addition, they control and operate tremendously popular

**COMPLAINT**

social media accounts, including Instagram.com/brookeburke and Instagram.com/brookeburkebody (collectively "Instagram Accounts"). The former has about 558,000 followers and the latter has about 103,000 followers. Each account promotes the Brooke Burke Body brand and redirects users to a login and payment screen to purchase a Brooke Burke Body fitness subscription.

11.  Defendants violated federal law by willfully infringing Backgrid's copyrights to the Burke Photographs on, at least, the Instagram Accounts. The infringing Burke Photographs were used to promote Defendants' subscriptions and workout videos, and were therefore used for profit. Attached hereto as Exhibit A and incorporated herein by reference are true and correct screenshots of the Instagram Accounts, including screenshots of the three infringed photographs at issue in this lawsuit.

12.  Additionally, Defendants induced, caused, or materially contributed to the reproduction, distribution and public display of the Burke Photographs, and derivatives thereof, all while knowing or having reason to know of the infringement on its accounts were without permission, consent, or license. By uploading the Burke Photographs to the account, Defendants encourage its fans to "share" the photographs, thus, causing others to also willfully infringe and multiplying the harm to Backgrid.

13.  On information and belief, Defendants operate and control their Instagram Accounts at all times relevant to this dispute and financially benefit from the infringement of the Burke Photographs displayed thereto. On information and belief, Defendants have driven significant traffic to their Instagram Accounts in large part due to the presence of the sought after and searched-for Burke Photographs that frame this dispute. All of this traffic translates into a substantial ill-gotten commercial advantage and brand awareness as a direct consequence of its infringing actions.

# FIRST CLAIM FOR RELIEF

## (Copyright Infringement, 17 U.S.C. § 501)

14. Backgrid incorporates hereby reference the allegations in paragraphs 1 through 13 above.

15. Backgrid is the owner of all rights, title, and interest in the copyrights of the Burke Photographs that frame this dispute, which substantially consist of material wholly original and which are copyrightable subject matter under the laws of the United States.

16. Backgrid filed for copyright registration of the Burke Photographs within 90 days of their first publication with the United States Copyright Office.

17. Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed Backgrid's copyrights by reproducing, displaying, distributing, and utilizing the Burke Photographs for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

18. All of the Defendants' acts are and were performed without permission, license, or consent of Backgrid.

19. Backgrid has identified at least three instances of infringement by way of unlawful reproduction and display of Backgrid's photographs (as well as the unlawful facilitation of other's reproduction of its photographs).

20. As a result of the acts of Defendants alleged herein, Backgrid has suffered substantial economic damage.

21. Defendants have willfully infringed, and unless enjoined, will continue to infringe Backgrid's copyrights by knowingly reproducing, displaying, distributing, and utilizing its photographs by, among other things, virtue of Defendants' encouragement of the infringement and financial benefit it receives Backgrid's copyrights.

22. The wrongful acts of Defendants have caused, and are causing, injury to Backgrid, which cannot be accurately computed, and unless this Court restrains

Defendants from further commission of said acts, Backgrid will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Backgrid seeks a declaration that Defendants are infringing Backgrid's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement.

23. The above-documented infringements alone would entitle Backgrid to a potential award of up to $450,000 in statutory damages for the three infringed photographs, in addition to its attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. That the Defendants, and its officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all Photos of Backgrid;

2. That an accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. § 504 (a)(1) & (b);

3. For actual damages and disgorgement of all profits derived by Defendants from its acts of copyright infringement and for all damages suffered by it by reasons of Defendants' acts, under 17 U.S.C. § 504 (a)(1) & (b);

5. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

6. For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505;

7. For costs and interest pursuant to 17 U.S.C. § 504 (a)(1) & (b), 17 U.S.C. § 505;

8. For any such other and further relief as the Court may deem just and appropriate.

Dated:  August 5, 2023               **ONE LLP**

By: */s/ Joanna Ardalan*
     Joanna Ardalan

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

## **DEMAND FOR JURY TRIAL**

Plaintiff Backgrid USA, Inc., hereby demands trial by jury of all issues so triable under the law.

Dated:  August 5, 2023                    **ONE LLP**


                                          By: */s/ Joanna Ardalan*
                                              Joanna Ardalan

                                              *Attorneys for Plaintiff,*
                                              Backgrid USA, Inc.