Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorney for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BB BODY. INC., a California Corporation; BROOKE BURKE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:23−cv−06392 SPG (MAAx)<br><br>**JOINT APPENDIX OF FACTS**<br><br>**Date:**         **July 24, 2024**<br>**Time:**         **1:30 PM**<br>**Crtrm:**        **5C** |

**JOINT APPENDIX OF FACTS**

| Fact No. | Fact | Supporting Evidence | Def.'s Response |
|---|---|---|---|
| 1 | It is undisputed that Backgrid owns each of the three Photographs at issue in this litigation. | Ginsburg Decl. Ex. A1-A3, B1-B3, C1-C3. | Plaintiff has provided copyright assignments that don't identify any consideration in return for the assignments. |
| 2 | Defendants distributed, publicly displayed, and reproduced the photos on their social media accounts. | Ginsburg Decl. Ex. D. | Defendant posted the photographs at Exhibit A of the Complaint in this action to her Instagram accounts—two to her corporate account and one to her personal account. |
| 3 | Each photograph was timely registered with the United States Copyright Office. | Ginsburg Decl. Ex. A1-A3, B1-B3, C1-C3. | Admitted. |
| 4 | Defendant BB Body, Inc., doing | Ardalan Decl., Ex. B. | Admitted. |

1

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| | business as Brooke Burke Body, promotes Burke's brand and provides a subscription to workout programs and individual workout videos. | | |
| 5 | Defendants control and operate tremendously popular social media accounts, including Instagram.com/brookburke and Instagram.com/brookeburkebody. | **Answer (Dkt. 15) at ¶ 10.** | Defendants object to this as argumentative. Burke admits that she is the only one who posts to the two Instagram accounts. |
| 6 | Each Instagram account promotes the Brooke Burke Body brand and redirects users to | **Ardalan Decl. Ex. C-E.** | These Instagram Accounts do promote Brooke Burke's brand. While there is a way to get from Instagram to the Brooke Burke Body web site. However, there is |

2

**JOINT APPENDIX OF FACTS**

|   |   |   |   |
|---|---|---|---|
|   | a login and payment screen to purchase a Brooke Burke Body fitness subscription. |   | no link from the photographs to that site.  Burke Dec. at ¶ 20. Moreover, the Burke Body Web site also has features that do not require login or payment. |
| 7 | Each of the works was validity transferred from the photographer to Backgrid prior to Backgrid's registration. | **Ginsburg Decl. Ex. A1-A3, B1-B3, C1-C3.** | Burke does not contest the transfer of copyright. |
| 8 | In their interrogatory responses Defendants describe how "Brooke Burke was reviewing the news on her phone and found an article about her. She took a screenshot and posted it to an | **Ardalan Decl. Ex. F.** | Admitted. |

3

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| | Instagram account. Two of these photos were posted to the BB Body Instagram, and one was to her personal Instagram." | | |
| 9. | Defendants have not produced any documents that could plausibly be related to the unclean hands defense; Defendants have not provided any plausible theory as to how BackGrid has engaged in inequitable conduct or engaged in any transgression. | **Ardalan Decl., ¶ 6; Ardalan Ex. G.** | This is compound and argumentative. The unclean hands defense is documented in Defendants' portion of the concurrently filed joint brief, which includes legal citations citations and is supported by evidence. The evidence cited demonstrates a plausible defense of unclean hands.<br><br>The following facts cannot be disputed and are the backbone of Burke's claim of unclean hands:<br><br>All of the photographs that BackGrid licensed to Daily Mail were taken of Burke without her knowledge or consent. Burke |

4
**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| | | | Decl. ¶ 15. She was not compensated for any of them. *Id.* BackGrid profited by licensing these unauthorized photographs in violation of California statute. The standard licensing fees received by BackGrid are set forth in the Interogatory Responses which are found in the Makman Confidential Dec. at Ex. 1. |
| 10. | Defendants were expressly asked by interrogatory for the facts supporting their contention that an express or implied license was created between them and BackGrid for use of the Photos. Defendants responded that "those photographs were | **Ardalan Decl. Ex. F.** | This is irrelevant in that the defense has been withdrawn |

5

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| | posted publicly with no copy protection and no notification that the copyright holder was reserving any rights." | | |
| 11. | Defendants downloaded at least two of the photographs from Daily Mail, which includes copyright management information by crediting "BACKGRID" within the photo. | **Ardalan Decl. Ex. H, I.** | This is irrelevant in that the implied license defense is withdrawn. |
| 12. | When the parties met and conferred on the issue of infringement, Defendants considered | **Ardalan Decl., Ex. A.** | Defendants requested that Plaintiff file an unopposed motion in light of the fact that Plaintiff did not provide certified copies of its copyright registrations. In this way, the |

6

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| | stipulating to infringement but ultimately decided that they would prefer that BackGrid do the legal work in drafting its argument but that they would "not oppose" the motion. | | claim is documented under penalty of perjury in the official court record.<br><br>Defendants do not contest infringement, but do contest willfulness and statutory damages, and contend that BackGrid's unclean hands are relevant to both of these issues. |
| 13. | Defendants have not produced any documents demonstrating that the parties communicated with each other regarding a license to the photos or the creation of the photos. | **Ardalan Decl., ¶ 9.** | This is irrelevant in that the implied license defense is withdrawn. |

7

**JOINT APPENDIX OF FACTS**

| | | | Plaintiff's Response |
|---|---|---|---|
| 14 | All of the photographs that BackGrid licensed to Daily Mail were taken of Burke without her knowledge or consent and Burke was not compensated for any of them. | Burke Decl. ¶ 15. | Disputed and irrelevant because this assumes Burke had a legal right to be compensated for them. |
| 15 | BackGrid profited by licensing these unauthorized photographs in violation of California statute. The standard licensing fees received by BackGrid are set forth in its Interogatory Responses. | Makman Confidential Dec. at ¶¶1-7, Ex. 1. | Disputed. The facts do not support the claim that a violation of California law occurred. |

8

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| 16 | The photographs that BackGrid sold to Daily Mail only have value because Burke is in them. | Burke Dec. at ¶ 15. | Disputed, lacks foundation, and speculative. Requires expert testimony that is not proffered by Defendant. |
| 17 | Burke built up her brand through decades of hard work. | Burke Dec. at ¶ 15. | Undisputed but irrelevant. |
| 18 | There is nothing special about the photographs at issue in this case that would allow them to command a high standard licensing fee. | Simon Dec. at ¶¶ 1-20, and Exhibits A-F to that Declaration. | Disputed and lacks foundation, improper expert testimony. |
| 16 | The photographs have been cropped and, therefore would not be used by profesional publishers that compete with BackGrid. | Simon Dec. at ¶ 26. | Disputed and lacks foundation, improper expert testimony. |

9

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| 17 | The photographs have been taken down and are no longer on Burke's Instagram. | Burke Dec. at ¶¶ 10-11. | Undisputed, but irrelevant for purposes of this motion. Defendants left at least two photos on their Instagram until May 22, 2024. |
| 18 | BackGrid filed suit without contacting Burke in advance. | Burke Dec. at ¶ 9. | Undisputed, but irrelevant for purposes of this motion. |
| 19 | These days, the standard licensing fee for mundane photographs of this sort is $2.59. | Simon Dec. at ¶ 14. | Disputed. Improper expert testimony, lacks foundation. |
| 20 | The Daily Mail web site does not provide clear notice that people who copy photographs from their site will be sued for copyright infringement. | Burke at ¶ 8 | Disputed that this has any relevance to this motion. Daily Mail is not a party to this action and has no authority to speak on behalf of BackGrid. |
| 21 | BackGrid is a serial litigator that has filed 83 | Makman Dec. at ¶ 5. | Disputed as to the characterization of BackGrid. |

10

**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| | lawsuits. | | BackGrid licenses content to top media outlets. It files suits against infringers, such as Defendants in this action. |
| 22 | BackGrid licensed 140 unauthorized photographs of Burke to Daily Mail without compensating her. | Makman Confidential Dec. at ¶¶ 4-7. | Disputed as to the term "unauthorized." BackGrid did not require authorization from Burke. |
| 23 | Burke posted only 3 photographs. | Complaint at Exhibit A. | Disputed. BackGrid knows of only three of its images infringed by Defendants, but as she admits in her declaration she has thousands of posts. |
| 24 | BackGrid did not serve any Interrogatory relating to Burke's unclean hands defense. | Makman Public Dec. at Exhibit 2. | Undisputed. |
| 25 | Burke's personal Instagram has more than 6,000 posts. | Burke Dec. at ¶ 19. | Irrelevant to the issue of infringement and Defendants' affirmative defenses. |

11
**JOINT APPENDIX OF FACTS**

| | | | |
|---|---|---|---|
| 26 | The Burke Body Instagram has more than 1,750 posts. | Burke Dec. at ¶ 19. | Irrelevant to the issue of infringement and Defendants' affirmative defenses. |
| 27 | The Photos were posted to Burkes Instagram in 2020, when she had far fewer followers than she has today. | Burke Dec. at ¶ 18. | Disputed that she has "far fewer" followers or that the inquiry should end with the number of her followers as the posts are publicly available for anyone to view. |

Dated: June 12, 2024                    **ONE LLP**

                                        By: */s/ Joanna Ardalan*
                                            Joanna Ardalan

                                            *Attorney for Plaintiff,*
                                            Backgrid USA, Inc.

Dated: June 12, 2024                    **LAW OFFICES OF DAVID A. MAKMAN**

                                            */s/ David A. Makman*
                                            David A. Makman

                                            *Attorney for Defendants,*
                                            BB Body, Inc. and Brooke Burke

**JOINT APPENDIX OF FACTS**