1  Joanna Ardalan (Bar No. 285384)
   jardalan@onellp.com
2  **ONE LLP**
   23 Corporate Plaza, Suite 150-105
3  Newport Beach, CA 92660
   Telephone:   (949) 502-2870
4  Facsimile:    (949) 258-5081

5  *Attorney for Plaintiff,*
   Backgrid USA, Inc.
6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12

13  BACKGRID USA, INC., a California          Case No.  2:23−cv−06392 SPG (MAAx)
    corporation,
14                                            **JOINT APPENDIX OF EVIDENCE**
                     Plaintiff,
15                                            **Date:**        **July 24, 2024**
16           v.                               **Time:**        **1:30 PM**
                                              **Crtrm:**       **5C**
17  BB BODY. INC., a California Corporation;
    BROOKE BURKE, an individual, and
18  DOES 1-10, inclusive,

19
                     Defendants.
20

21

22

23

24

25

26

27

28

────────────────────────────────────────

**TABLE OF CONTENTS**

| Exhibit | Description |
|---------|-------------|
| 1. | Declaration of Joanna Ardalan ISO of MSJ and Exhibits Attached Hereto |
| 2. | Declaration of Steven Ginsburg ISO of MSJ and Exhibits Attached Hereto (Exhibits C1-C3 – Redacted Version) |
| 3. | Declaration of Michael Simon in Opposition to MSJ and Exhibits Attached Hereto |
| 4. | Declaration of Brooke Burke in Opposition to MSJ |
| 5. | Public Declaration of David Makman in Opposition to MSJ |
| 6. | Confidential Declaration of David Makman in Opposition to MSJ – Redacted Version |

Dated: June 12, 2024              **ONE LLP**


                                  By:  */s/ Joanna Ardalan*
                                       Joanna Ardalan

                                       *Attorney for Plaintiff*,
                                       Backgrid USA, Inc.


Dated: June 12, 2024              **LAW OFFICES OF DAVID A. MAKMAN**


                                  */s/David A. Makman*
                                   David A. Makman

                                   *Attorney for Defendants,*
                                   BB Body, Inc. and Brooke Burke

1

JOINT APPENDIX OF EXHIBITS

# EXHIBIT 1

1  Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
2  **ONE LLP**
23 Corporate Plaza, Suite 150-105
3  Newport Beach, CA 92660
Telephone:   (949) 502-2870
4  Facsimile:   (949) 258-5081

5  *Attorney for Plaintiff,*
Backgrid USA, Inc.
6

7

8

9

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

13  BACKGRID USA, INC., a California corporation,

14                                          Case No.  2:23−cv−06392 SPG (MAAx)

15              Plaintiff,                   **DECLARATION OF JOANNA ARDALAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

16        v.

17  BB BODY. INC., a California Corporation;
BROOKE BURKE, an individual, and          **Date:       July 24, 2024**
18  DOES 1-10, inclusive,                    **Time:       1:30 PM**
                                             **Crtrm:      5C**
19

20              Defendants.

21

22

23

24

25

26

27

28

---

**DECLARATION OF JOANNA ARDALAN ISO BACKGRID'S MOTION FOR SUMMARY JUDGMENT**

1

2

3      I, Joanna Ardalan, am counsel of record for Plaintiff BackGrid USA, Inc. in the

4  above captioned action. I have personal knowledge of the facts stated herein, and if called

5  to testify could and would testify as follows:

6      1.  Pursuant to Local Rule 7-3, I met and conferred with Mr. Makman regarding this

7  motion by Zoom on May 22, 2024. We also had additional calls and email correspondence

8  prior to the Zoom call regarding the issues raised in this motion.

9      2.  When the parties met and conferred on the issue of infringement, Defendants

10  considered stipulating to infringement but ultimately decided that they would prefer that

11  BackGrid do the legal work in drafting its argument but that they would "not oppose" the

12  motion. Attached as **Exhibit A** is true and correct copy of e-mail correspondence.

13      3.  Attached as **Exhibit B** is a true and correct copy of a screen capture I took from

14  the  Brooke Burke Body website.

15      4.  Attached as **Exhibits C and D** are true and correct copies of a print screen I

16  captured from Defendants' Instagram accounts. **Exhibit E** is a true and correct copy of a

17  print screen I captured from the link contained in Exhibits C and D.

18      5.  Attached as **Exhibits F1 and F2** are true and correct copies of Defendants'

19  Interrogatory responses.

20      6.  I have reviewed Defendants' document production. They have not produced any

21  documents that could plausibly be related to the unclean hands defense.

22      7.  Attached as **Exhibit G** is a true and correct excerpt of Defendants'

23  responses to BackGrid's requests for production of documents.

24      8.  Attached as **Exhibit H** is a true and correct copy of certain documents produced

25  by Defendants that appear to be PDF copies of the Daily Mail website (although one pdf

26  has been cutoff, and it is unclear what appeared in the photo gallery at the time Defendants

27  infringed the photographs). Regardless, counsel for Defendants represented at least two of

28  the photos came from the Daily Mail website. Attached as **Exhibit I** is a true and correct

---

**DECLARATION OF JOANNA ARDALAN ISO BACKGRID'S MOTION FOR SUMMARY JUDGMENT**

copy of email correspondence in which Defendants' counsel represents two of the photos were taken from the Daily Mail website and provides links to the same.

9.  Defendants have not produced any documents demonstrating that the parties communicated with each other regarding a license to the photos or the creation of the photos.

I declare under penalty of perjury that the facts stated herein are true and correct.

Dated: May 29, 2024

*/s/ Joanna Ardalan*
Joanna Ardalan

*Attorney for Plaintiff,*
Backgrid USA, Inc.

ARDALAN DECL.

# EXHIBIT A

| | |
|---|---|
| **From:** | David A. Makman |
| **To:** | Jo Ardalan |
| **Subject:** | Re: Instagram |
| **Date:** | Thursday, May 23, 2024 12:58:33 PM |

I would prefer an unopposed motion. You are filing a motion anyhow, on the affirmative defenses, so not a significant additional cost.

Sent from my iPhone

> On May 23, 2024, at 12:43, Jo Ardalan <jardalan@onellp.com> wrote:

> To avoid the unnecessary fees, we can also give you a declaration now that declares that the deposit was filed with the application. If we did that, would you stipulate to it?

> --
> **Jo Ardalan**
> **Partner**

> **one llp**

> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com

> *Notice*: *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

> **From:** David A. Makman <david@makmanlaw.com>
> **Sent:** Thursday, May 23, 2024 12:28 PM
> **To:** Jo Ardalan <jardalan@onellp.com>
> **Subject:** Re: Instagram

> Thanks for reaching out. I think it better that you file the motion and I not oppose that aspect.

> That gets you on record and penalty of perjury as to the deposit.

> Sent from my iPhone

On May 23, 2024, at 12:00, Jo Ardalan <jardalan@onellp.com>
wrote:

As discussed yesterday, can you confirm that you will stipulate to
copyright infringement on the photos?

--
**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform
me of the mistake, and please do not print, forward or otherwise disseminate it.
This e-mail may contain attorney-client and/or work product information that is
legally privileged, which prohibits any unauthorized review or use.*

**From:** David A. Makman <david@makmanlaw.com>
**Sent:** Wednesday, May 22, 2024 4:08 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Subject:** Instagram

We spoke today and, among other things, you confirmed that
you want the remaining two Instagram posts taken down and
that you have the information that you need in the email that I
sent you earlier today.

David Makman

**Law Offices of David A. Makman**
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel: 650-242-1560

ARDALAN DECL.

# EXHIBIT B



Fitness App · Retreats, Workshops & Classes · Community · Blog & Recipes · About Brooke · Press · Shop · Get the App

# Embark on a wellness journey.

Transform your body, mind and spirit with the best home workout plan for women from health & wellness guru, Brooke Burke.

Get the Fitness App | 7-Day Free Trial



**Digital Classes**

## Access inspiration and motivation—anytime, anywhere with our home workouts to lose weight and become stronger!

Get the Fitness App



  4.8 Rating   4.5 Rating  

Available on:    tv  amazon fireTV  chromecast androidtv  ROKU  SAMSUNG  VIZIO 

**Sweat Smart**

## Minimize your time. Maximize your results.

Boost your strength, health, and confidence by working out smarter instead of harder with a workout routine for women – no gym, special equipment, or major time commitment required!



**Welcome to Brooke Burke Body**

You deserve a better workout

## Experience the power of bite-sized burns.

Discover the best workout routine for women and jump-start your energy, metabolism, and mood! With Brooke Burke's Fitness app, you get target toning, total body, and mindful movement sessions that fuel a sense of accomplishment and compound results over time.

**Start your Free Trial**



Booty Burns



Legs



Total Body



Abs



Stretch & Recovery



Upper Body

**Watch More**

## Take on individual fitness challenges.

Crush your goals with special, short term programs that help you tone up, trim down, and fine-tune your fitness! Our home workout plan for women comes with a downloadable guide filled with tips and tricks, yummy recipes, Brooke's favorite finds, and more.





 

## Summer Slim Down

Join Brooke for a transformative 4-week program with 20 specifically curated workouts that celebrate our community's commitment to creating positive change.

**Get a Program**



## Discover inspirational and transformational stories.



### Meet Cortney

"Two years ago I became a new mom. I was overjoyed to be a mother however the transition to motherhood was harder than expected. My body was weak and out-of-shape from a brutal pregnancy, my heart felt defeated and my mind was doubtful that I would ever get back to my pre-baby body. Brooke's guiding light.."

 

### Start your 7-Day Free Trial

## Brooke is always here to support your fitness journey!



Gift The App

### All-Access Membership

Weekly, on-demand, and live workouts; special challenges with downloadable fitness guides; supportive online community; opportunities to connect with Brooke and ask questions; more!

**$14.99 / month**
Charged monthly after free trial.

**Save nearly 30%!**
**$129.99 / year**
Charged yearly after free trial.

Start My Subscription

### Individual Programs

Focused, short-term challenges to target, tone, and break through that are available as single purchases.
(Includes downloadable fitness guide.)

**$14.99 - 29.99 / program**
Included free with membership.

Pick a Program



## Join me and let's change for the better, together!

New content every week… hundreds of on-demand workouts… live streams… special challenges with comprehensive fitness guides… opportunities to chat with Brooke and have your questions answered… all at your fingertips!

Let's Get Started



### Knock, knock, it's Brooke!

Find weekly inspiration right in your inbox! Sign-up now.

Email                    Join

### Let's connect.    



Fitness App
Retreats & Events
Community
Blog
About Brooke
Press

Shop
Log Into App
FAQ's
Terms & Conditions
Privacy Policy

ARDLAN DECL.

# EXHIBIT C

*Instagram*

Log In   Sign Up



**brookeburke** ✔   Follow   Message   •••

6,030 posts      629K followers      1,395 following

**Brooke Burke**
Mom | Host | Creator | Philanthropist | CEO & Founder of the Intentional wellness app @BrookeBurkeBody & soul. HOST of ✨ Fool Us @thecw
🔗 my-amaze.net/brookeburke

      

RETREATS   HOME LIFE   BB BODY   ARIZONA 🌵   P&T FOOL US   Costa Rica   Classes

▦ POSTS      ⊡ REELS      ◷ TAGGED

   

Log in to see photos and videos from friends and discover other accounts you'll love.

**Continue as patryquinto**

Sign Up

ARDALAN DECL.

# EXHIBIT D

**Instagram**

Log In    Sign Up



brookeburkebody ✓    Follow    Message    •••

1,766 posts    146K followers    833 following

**Brooke Burke Body**
Creator, encourager, BB Body & soul is intentional fitness YOUR digital gym. anywhere, anytime @brookeburke. Target-toning. Community | connection.
🔗 my-amaze.net/brookeburke + 1









RETREATS    HEALTHY LIVI...    ARIZONA 🌵    ZOOM class    CLASS    Community    Yogando style

⊞ POSTS    🎞 REELS    📷 TAGGED





 Log in to see photos and videos from friends and discover other accounts you'll love.

Continue as patryquinto

Sign Up

ARDALAN DECL.

# EXHIBIT E



ARDALAN DECL.

# EXHIBIT F

**LAW OFFICES
OF DAVID A. MAKMAN**
David Alan Makman SB# 178195
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel.: 650-242-1560
david@makmanlaw.com
Attorney for Defendants
BB BODY. INC. and
BROOKE BURKE,

UNITED STATES DISTRICT COURT
CENTRAL DISRICT OF CALIFORNIA

BACKGRID USA, INC., a California corporation,
Plaintiff,

v.

BB BODY. INC., a California Corporation; BROOKE BURKE, an individual, and DOES 1-10, inclusive,

Defendants.

**CASE NO. 2:23-cv-06392-SPG-MAA**

**RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT BB BODY, INC.**

**Complaint Served: Aug. 15, 2023
Response Date:  October 5, 2023**

1

Defendant BB Body, Inc. ("Defendant") hereby provides her responses to Plaintiff's First Set of Interrogatories to Defendant Brooke BB Body, Inc. as follows:

**Objections to Definitions**

Defendant objects to the definitions to the extent that they purport to impose any burden on Defendant beyond those required by the Federal Rules of Civil Procedure.

Defendant objects to the definitions of YOU, YOUR and BB Body, Inc. to the extent that they call for information relating to anyone other than Defendant.

Defendant objects to the term SOCIAL MEDIA ACCOUNTS as un-necessary and misleading.  The term is defined as referring solely to Instagram.com/brookeburkebody and Instagram.com/brookeburke, which are the only social media accounts at issue in this litigation.

Defendant objects to these Interrogatories to the extent that they call for discovery attorney client privileged communications or information that is protected by the work product immunity, and these responses are made without wavier of any privilege or immunity.

Defendant will interpret the term DOCUMENTS as having the same scope as is required under the federal rules and as being no broader or narrower than that.

Defendant objects to these interrogatories in that they are vague as to time.

**INTERROGATORIES**

## INTERROGATORY NO. 1:

Explain in detail the process in which YOU select, procure, and publish photographs for the SOCIAL MEDIA ACCOUNTS.

**RESPONSE TO INTERROGATORY NO. 1:**

Subject to, and without waiving her objections, Defendant states as follows: there is no formal process for deciding what to post to Instagram.com/brookeburkebody or Instagram.com/brookeburke.

Brooke Burke has access to thousands of photographs of herself that she can post to these accounts at any time without incurring additional charges.  This includes professional photographs,

for example, from arranged photo shoots.  It also includes personal photographs taken by friends or acquaintances.

Around the time that the three photographs attached as Exhibit A to the August 15, 2023 Complaint in this action were posted to Instagram, she would often re-post photographs that were included in news stories about me on Internet sites.  It was her understanding at that time that the news companies had paid the photographer for the use of those photographs and that they could be copied and reposted.  Over a period of almost a decade, nobody had ever objected to her doing this.  Nor had anyone sought payment for the use of their photographs of her on my Instagram accounts.

Having been sued by Backgrid, it is now her practice to reach out to photographers and obtain oral permission prior to posting a photograph to either of these accounts.  Photographers have given such consent readily, and have not insisted on payment for the use of such photographs on the Instagram site.

## INTERROGATORY NO. 2:

Describe in detail the circumstances relating to YOUR acquisition of copies of the PHOTOS. By way of illustration but not limitation, YOUR response should identify the date and circumstances of YOUR acquisition of any copies of the PHOTOS, all persons and entities involved in this acquisition, and all persons having relevant knowledge of those facts and circumstances.

### RESPONSE TO INTERROGATORY NO. 2:

Defendant objects to this interrogatory as vague and ambiguous because no photographs were provided as attachments to the Interrogatory.  Subject to, and without waiving her objections, Defendant states as follows:

Assuming that the PHOTOS are the photographs that were attached as Exhibit A to the August 15, 2023 Complaint in this action, the circumstances are the same for all three photographs. Brooke Burke was reviewing the news on her phone and found an article about her.  She took a

3

1  screenshot and posted it to an Instagram account.  Two of these photos were posted to the BB Body

2  Instagram, and one was to her personal Instagram. No other persons or entities were involved.

3  **INTERROGATORY NO. 3:**

4  IDENTIFY every person who selected any photographs that were posted on the SOCIAL

5  MEDIA ACCOUNTS.

6

7  Subject to, and without waiving her objections, Defendant states as follows: Brooke Burke

8  is the only person who selects photographs that were posted to Instagram.com/brookeburkebody or

9  Instagram.com/brookeburke.

10

11  **INTERROGATORY NO. 4:**

12  Explain in detail all efforts YOU made to secure any licenses or rights for any and all

13  photographs used on the SOCIAL MEDIA ACCOUNTS.

14  Subject to, and without waiving her objections, Defendant states as follows: Brooke Burke

15  did not make any attempt to secure licenses or rights to re-post the photographs that are attached as

16  Exhibit A to the August 15, 2023 Complaint in this action on Instagram.

17

18  Subsequent to being sued in this lawsuit, Brooke Burke has posted numerous photographs to

19  both Instagram.com/brookeburkebody and Instagram.com/brookeburke with oral permission from

20  the photographers.  In response to such requests, none of the photographers has requested payment

21  for the use of their photographs on Instagram.  Nor have any of them denied permission to use their

22  photographs.

23

24

25

26

27

28

4

**INTERROGATORY NO. 5:**

IDENTIFY any license or rights YOU acquired for photographs used on the SOCIAL MEDIA ACCOUNTS.

See Response to Interrogatory No. 4.

**INTERROGATORY NO. 6:**

Explain in detail the amount of money YOU believe YOU should have paid for use of the PHOTOS.

Defendant objects to this interrogatory as vague and ambiguous because no photographs were provided as attachments to the Interrogatory.  Defendant further objects that that this request calls for speculation and/or for expert discovery.

**INTERROGATORY NO. 7:**

Identify all PERSONS with whom YOU purportedly entered into an express or implied license for YOUR use of the PHOTOS.

Defendant objects that the term PHOTOS is vague and ambiguous and not properly defined in that no photographs were attached to the interrogatories.  To the extent that this is directed to the photographs that are attached to the August 15, 2023 Complaint in this matter, Defendant responds that those photographs were posted publicly with no copy protection and no notification that the copyright holder was reserving any rights.

**INTERROGATORY NO. 8:**

Identify all facts supporting YOUR contention that an express or implied
license was created between YOU and BACKGRID for use of the PHOTOS.

Defendant objects that the term PHOTOS is vague and ambiguous and not properly defined
in that no photographs were attached to the interrogatories. To the extent that this is directed to the
photographs that are attached to the August 15, 2023 Complaint in this matter, Defendant responds
that those photographs were posted publicly with no copy protection and no notification that the
copyright holder was reserving any rights.

March 15, 2024

Respectfully submitted,

/s  *David Alan Makman*  /s

**Verification**

I Brooke Burke, am the Owner of BB Body, Inc., a Defendant in the aforementioned action.  I have read the foregoing

**RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT BB BODY, INC.**

and know the contents thereof.  The factual matters stated therein are true and correct to the best of my knowledge and belief, based on records and information available at this time, except as to those matters that are stated on information and belief and, as to those matters, if any, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed this 29th day of March, 2024 at

_Los Angeles, CA_

(City/State)

Brooke Burke

PROOF OF SERVICE

I, David A. Makman, declare I am over the age eighteen (18) years and am not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, CA 94065.

On March 15, 2024, I served the following document(s):

**RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT BB BODY, INC.**

on Plaintiff through their Counsel of Record in this action by  email to:

Jo Ardalan  Jardalan@onellp.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on March 15, 2024.

Dated: March 15, 2024

/s    David Alan Makman

David A. Makman

---

7

BB BODY'S RESPONSE TO FIRST SET OF INTERROGATORIES

ARDALAN DECL.

# EXHIBIT G

**LAW OFFICES
OF DAVID A. MAKMAN**
David Alan Makman SB# 178195
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel.: 650-242-1560
david@makmanlaw.com
Attorney for Defendants
BB BODY. INC. and
BROOKE BURKE,

UNITED STATES DISTRICT COURT
CENTRAL DISRICT OF CALIFORNIA

BACKGRID USA, INC., a California
corporation,
Plaintiff,

v.

BB BODY. INC., a California Corporation;
BROOKE BURKE, an individual, and DOES
1-10, inclusive,

Defendants.

**CASE NO. 2:23-cv-06392-SPG-MAA**

**RESPONSE TO FIRST SET OF
REQUESTS FOR PRODUCTION TO
DEFENDANT BROOKE BURKE**

**Complaint Served: Aug. 15, 2023
Response Date:  October 5, 2023**

1

Defendants Brooke Burke hereby responds to Plaintiffs First Set of Requests for Production to Defendant Brooke Burke.

**General Objections**

Defendant objects to the definitions to the extent that they purport to impose any burden on Defendant beyond those required by the Federal Rules of Civil Procedure.

Defendant objects to the definitions of YOU, YOUR and BURKE to the extent that they call for information relating to anyone other than Defendant.

Defendant will interpret the term DOCUMENTS as having the same scope as is required under the federal rules and as being no broader or narrower than that.

Defendant object to producing any confidential information without a protective order in this action.

**RESPONSES TO REQUESTS**

**REQUEST NO. 1:**

**All DOCUMENTS REFLECTING any click-through income YOU received from SOCIAL MEDIA ACCOUNTS since January 1, 2016.**

**Specific Objections to Request No. 1**

Defendant objects to the term "click-through income" as vague and ambiguous.  Defendant interprets this request as referring to income that is derived from customers act of clicking or otherwise interacting with the social media accounts at Instagram.com/brookeburkebody and/or Instagram.com/brookeburke.

**Response to Request No. 1:**

Subject to and without waiving the above general and specific objections, Defendant states that there are no responsive documents.

2

BROOK BURKE'S RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION

Defendant further objects to this request to the extent that it calls for attorney-client privileged communications or work product.

**Response to Request No. 27:**

Subject to the above general and specific objections, Defendant states that she has no responsive documents.

**REQUEST NO. 29:**

**Copies of all settlement agreements related to disputes involving allegations of copyright infringement to which YOU were a party.**

**Response to Request No. 29:**

Defendant states that there are no responsive documents.

**REQUEST NO. 30:**

**All DOCUMENTS supporting or RELATED TO YOUR First Affirmative Defense, for failure to state a claim.**

**Response to Request No. 30:**

Subject to and without waiving the above general objections, Defendant states that she will search for and produce responsive, nonprivileged documents, if any.

**REQUEST NO. 31:**

**All DOCUMENTS supporting or RELATED TO YOUR Second Affirmative Unclean Hands.**

**Response to Request No. 31:**

Subject to and without waiving the above general objections, Defendant states that she will search for and produce responsive, nonprivileged documents, if any.

BROOK BURKE'S RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION

**REQUEST NO. 32:**

**All DOCUMENTS supporting or RELATED TO YOUR Third Affirmative Defense, Expressed or Implied License.**

**Response to Request No. 32:**

Subject to and without waiving the above general objections, Defendant states that she will search for and produce responsive, nonprivileged documents, if any.

**REQUEST NO. 33:**

**All DOCUMENTS supporting or RELATED TO YOUR Fourth Affirmative Defense, Laches.**

**Response to Request No. 33:**

Subject to and without waiving the above general objections, Defendant states that she will search for and produce responsive, nonprivileged documents, if any.

**REQUEST NO. 34:**

**All DOCUMENTS supporting or RELATED TO YOUR Fifth Affirmative Defense, Statute of Limitations**

**Response to Request No. 34:**

Subject to and without waiving the above general objections, Defendant states that she will search for and produce responsive, nonprivileged documents, if any.

**REQUEST NO. 35:**

**All DOCUMENTS YOU REFERRED TO in YOUR initial disclosures.**

**Response to Request No. 35:**

Subject to and without waiving the above general objections, Defendant states that she will search for and produce responsive, nonprivileged documents, if any.

BROOK BURKE'S RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION

**Right to Supplement**

Discovery is ongoing, and Defendant reserves the right to supplement her responses and/or document production as appropriate as the case goes forward.


March 15, 2024

Respectfully submitted,


/s  David Alan Makman  /s

BROOK BURKE'S RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION

1

## PROOF OF SERVICE

2       I, David A. Makman, declare I am over the age eighteen (18) years and am not a party

3   to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, CA

4   94065.

5

6       On March 15, 2024, I served the following document(s):

7

8   **RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT BROOKE BURKE**

9

10  on Plaintiff through their Counsel of Record in this action by  email to:

11      Jo Ardalan Jardalan@onellp.com

12      I declare under penalty of perjury under the laws of the State of California that the

13  foregoing is true and correct. This declaration was executed on March 15, 2024.

14

15  Dated: March 15, 2024

16                             /s David Alan Makman

17                              David A. Makman

18

19

20

21

22

23

24

25

26

27

28

BROOK BURKE'S RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION

ARDALAN DECL.

# **EXHIBIT H**

Privacy Policy|Feedback    f Follow 22.6M



.com

Thursday May 9th 2024 9AM 69°F    1PM 66°F    5-Day Forecast

Home  Showbiz  Femail| Royals| Sports| Health| Wellness| Science| Politics| Money| U.K. | Video| Travel| Puzzles| Shopping

Headlines  U.K.  Showbiz  Meghan Markle  Jeremy Renner  TikTok  Taylor Swift  Kim Kardashian  Video  Games  Puzzles    Login

ADVERTISEMENT

# Brooke Burke, 48, keeps it casual in an off-the-shoulder top and green statement mask for some low-key grocery shopping

○ Site ○ Web    Enter your search

ADVERTISEMENT

By CAITLYN BECKER FOR DAILYMAIL.COM
**PUBLISHED:** 12:01 EDT, 17 July 2020 | **UPDATED:** 12:49 EDT, 17 July 2020

**7**
View comments

Even her off-duty style manages to be chic

**Brooke Burke** was spotted in some trendy sweats on a casual shopping day to pick up groceries in Malibu on Thursday

The 48-year-old fitness guru has been spending the **coronavirus** quarantine with her beau Scott Rigsby and her kids

**DON'T MISS**

▶ Barron Trump joins
sister Tiffany and other
Trump family members







Running errands Brooke Burke was spotted in some trendy sweats on a casual shopping day to pick up groceries in Malibu on Thursday

pulses racing as she poses in sexy swimwear in California to celebrate the launch of show's third series
The TV personality is 3



EXCLUSIVE Angelina Jolie is accused of sabotaging her six kids' relationship with Brad Pitt - as ex bodyguard claims she told children to AVOID their dad

ADVERTISEMENT

Kendall Jenner admits she's had a 'tough two months' as she details 20 year anxiety battle and unique way she's tackling mental health anguish in new Vogue shoot

Get hydrated and happy with these limited-edition MOCKTAILS that are every bit as fun and exciting as their boozy counterparts!
SPONSORED

Benjamin Bratt's Bond girl wife Talisa Soto, 57, is an ageless beauty at the Mother Of The Bride premiere as the couple make rare public outing
She was a Bond girl in '89

EXCLUSIVE Travis Kelce makes his acting debut! Taylor Swift's boyfriend pictured on set of Ryan Murphy's Grotesquerie - five years after she starred in box office bomb Cats

Jessica Simpson, 43, looks ready for summer as she poses in ivory dresses from her

Brooke rocked a bright green bandanna face mask while heading to pickup supplies at Whole Foods

ADVERTISEMENT





ReadMore

00:00                                                    02:24

There is a mandatory mask mandate in Los Angeles and stores also require them in order to enter the premises due to the rapidly spreading coronavirus pandemic in California

TRENDING







**Selling The OC's Polly Brindle poses in an array of sexy bikinis**

1.5k viewing now

**Hollywood star looks unrecognisable as he transforms into Henry VIII**

4.8k viewing now

**Kendall Jenner reveals she's had a 'tough two months'**

5.1k viewing now

The DWTS vet rocked a chic pair of grey joggers with a baby blue stripe up the side and a slouchy off-the-shoulder graphic T-shirt

She was makeup free under her mask and had her chestnut locks tugged up into a high bun, secured with a scrunchie. On her feet, Brooke strolled in a pair of brown leather sandals

**Jessica Biel shows off MUCH blonder hair under a black cap in New York City after wearing brunette locks at the Met Gala**
Justin Timberlake's wife

**Bombshell hidden message is discovered in shock resignation post of Miss USA**
Miss USA winner Noelia Voigt, 24, concerned fans after relinquishing crown

**Like a spa treatment in a bottle! Get bright, supple skin with just a spritz of this mist that is proven to leave skin plumper, softer and radiant – and you'll see results INSTANTLY**
SHOPPING

**Lena Dunham speaks out about Hypermobile Ehlers-Danlos syndrome... as she brings awareness to the genetic condition**
Lena spoke out about her genetic condition

**Zayn Malik alludes to ex Gigi Hadid in explosive interview saying he's never 'truly been in love' - and says all of One Direction 'resented each other'**
They share a daughter

**Lioness gets a second season: The spy show starring Zoe Saldana and Nicole Kidman from Yellowstone creator Taylor Sheridan has been renewed**
Series was a fan favorite

**Gwyneth Paltrow, 51, says daughter Apple, 19, 'influences' her decisions at GOOP: 'I run everything by her because I value her opinion so much'**
Relies on her daughter



**Yes, chef! Jeremy Allen White shares a FIRST LOOK of The Bear's third season - and reveals its imminent release date**
Show returns in June

**Inside Jackass star Steve-O's cozy $2M Tennessee ranch - as the former hellraiser flees Hollywood for the simple life (and lower taxes!)**
He has left Los Angeles

ADVERTISEMENT

+9
View gallery

**Looking good** The DWTS vet rocked a chic pair of grey joggers with a baby blue stripe up the side and a slouchy off-the-shoulder graphic T-shirt

**Spider-Man star Jacob Batalon reveals what initially 'hindered' his 100-pound weight loss: 'I've really had to control that side of me'**
His weight loss journey

**Pregnant Jenna Dewan, 43, shops for baby clothes in LA after accusing ex-husband Channing Tatum of 'bullying and gaslighting' in legal war**
She's expecting again

**Jennifer Lawrence keeps her look casual in baggy jeans and an oversized men's shirt**

+9
View gallery

Puppy love: Brooke's sweet-looking German Shepherd sat in the back of her vintage grey Ford pickup truck and supervised the loading in of bags of groceries

Earlier this week, Brooke posted a rare selfie from the beach with her boyfriend Scott

She has been historically private about her relationships since being linked to the real estate agent last August

'This smile you made is yours' she captioned the loved up moment

News of the couple's relationship first emerged last August, less than a year after Burke filed for divorce from husband of seven years David Charvet. She and Charvet finalized their divorce in March

Between them, Brooke and Scott have six children from their previous relationships

▶ Elizabeth Banks channels Lucille Ball with red hair and a matching dress on the set of DreamQuil with John C Reilly. after sharing image from Press Your Luck

▶ 'Reduced pore size and made my skin GLOW!': This affordable hydrating rice milk and cranberry extract toner will improve your skincare routine by calming and soothing pores
SHOPPING

EXCLUSIVE Hope Hicks's future father in-law is a former MIT professor turned convicted forger who was accused of molesting his daughter and framing son

▶ Erin Andrews explains why Taylor Swift 'is incredible' for the NFL as she insists she doesn't 'take credit' for singer's romance with Travis Kelce

▶ The real reason King Charles won't see Harry as revealed by Palace insiders
There were widespread reports that the Duke planned to see his father

EXCLUSIVE Bridget Jones is BACK! Svelte Renée Zellweger is on the set of her fourth movie for FIRST TIME after bosses said 'weight obsession' will be dropped

ADVERTISEMENT

BB0011

▶ **Drake breaks his silence after security guard was SHOT outside his home amid ugly Kendrick Lamar feud with cryptic post about death and hate**
Shooting at Toronto home

▶ **Jennifer Lopez looks flawless in crisp white shirt and faded jeans as she enjoys a girls' trip to Paris... after flying solo on red carpet at Met Gala**
JLo was casually glam

▶ **Ricki Lake, 55, claims her doctor was 'pushing' Ozempic on her to lose weight as she reveals 'it p***ed her off' and spurred her on to shed 35 POUNDS in seven months**

▶ **Elizabeth Taylor documentary that shares never-seen-before home movies from the Cleopatra star will debut this summer: 'It's an unprecedented exploration'**

▶ **Kim Kardashian reignites shock cosmetic surgery theory after expert spots this one detail at the Met Gala**
How she looked so thin

▶ **'Cut's my hair drying time in half!' Get salon-worthy volume and straighten WITHOUT a flat iron - all you need is this blowout brush that you can get for under $20 (down from $73!)**
SHOPPING

▶ **Jaime King looks happy at the One Humanity Foundation launch event in Los Angeles... just days after she was seen crying in her car**
Looked effortlessly chic

▶ **Hollywood heartthrob looks unrecognizable as he transforms into Henry VIII for upcoming historical film**
Can you recognize this A-list actor?

▶ **Baby Reindeer's 'real-life Martha' is unmasked as she faces TV grilling with Piers Morgan - but says she is 'not happy' about the interview and was 'set up'**

**Lovebirds** Earlier this week, Brooke posted a rare, loved-up selfie from the beach with her real estate boyfriend Scott - she is usually very private with her dating life

Burke shares her son Shaya, 12, and daughter Heaven Rain, 13, with ex-David Charvet, and daughters Sierra, 18, and Neriah with ex-husband Garth Fisher

This week there was a big shake-up at the television host's old job, Dancing With the Stars. Brooke won season seven of the competition show and served as co-host from 2010-2013.

Longtime host Tom Bergeron was given the boot, as was his co-host Erin Andrews and replaced by Tyra Banks

Bergeron, 65, revealed via Twitter on Monday that he had just been informed that DWTS, the show he hosted for 15 years, would be 'continuing without him.

+9
View gallery

BB0012

Big change Brooke's ex DWTS co-worker Tom Bergeron was unexpectedly axed from the competition show after 15 years, his current co-host Erin Andrews got the boot as well

►Letting loose! Lana Del Rey dances to one of her own songs at rapper Quavo's new club attached to a GAS STATION in Atlanta
At Sports Bar in Atlanta

►Amy Winehouse wins BRIT Award after Back to Black biopic skyrockets her music to one billion UK streams as her parents Mitch and Janis accept it on late daughter's behalf

►Katherine Schwarzenegger throws SHADE at Met Gala after naked looks took over red carpet... as she shares throwback of her mom at gala in 2001
Flashback to elegance

►He wasn't always your 'archnemesis'! Resurfaced clip shows 21-year-old Harry gushing about William saying he's the 'one person I can talk to about anything'

►Richard Gadd reveals tears were shed on set of Baby Reindeer during filming of sexual assault scene
The Netflix show follows Richard's character Donny

ADVERTISEMENT

DailyMail.com first broke the news that Tyra would replace the DWTS vet and co-host Erin Andrews after they were axed, making her the first solo host on the series

Banks, 46, was then officially unveiled as the new host during a segment on GMA on Wednesday

Tyra said she is 'excited to host and executive produce and was thrilled to become the first solo black female host on the show

The show is expected to begin filming in the fall with new health and safety measures but the details on those haven't been announced

+9
View gallery

Pivot DailyMail.com first broke the news that Tyra Banks would replace the DWTS vet and is co-host Erin Andrews, making her the first solo host on the series

Brooke Burke    California

Share or comment on this article Brooke Burke wears off-the-shoulder top while grocery shopping

Recommended content |

BB00013

**New Edema Device Leaves Experts Speechless (Works Fast)**

Health Inside Journal | Sponsored









**The View hosts poke fun at Sunny Hostin's racy new romance...**

TV and Showbiz

**Body positive influencer shows off her curves in red...**

TV and Showbiz

**The sexy Portuguese model celebrating Lando Norris' F1...**

TV and Showbiz

**These Barefoot Shoes are Leaving Neuropathy Experts Baffled**

Barefoot Vitality | Sponsored

▸ **Apple TV fans sent into a FRENZY over trailer for upcoming thriller starring Jake Gyllenhaal - with his performance already being hailed as 'phenomenal'**

▸ **Golden Bachelor star Gerry Turner celebrates his 'favorite time of year' in first Instagram post since shock divorce from Theresa Nist after three month marriage**

▸ **Kim Kardashian's youngest child Psalm turns 5! The family takes to social media to wish Kanye West's 'amazing' mini-me son a happy birthday**
Celebrated the milestone

▸ **Harvey Weinstein looks sickly as he's wheeled into court to fight extradition to LA jail after hospital stay - following bombshell overturning of rape conviction in New York**

EXCLUSIVE **Is she the most popular woman in Hollywood? Brandon Davis' mom Nancy reveals how she gets Khloe and Paris to hit her MS gala**

▸ **Rebel Wilson recalls how she realized she was attracted to women, details her nerves about coming out to her mother and reveals the reason for her 80lbs weight loss**

▸ **Teresa Giudice recalls meeting Taylor Swift in VIP area at Coachella - reveals she asked the star: 'Do you know who I am?**
Her husband Luis Ruelas first spotted Swift

▸ **Kendall Jenner, 28, admits she thought she would have kids by now as model opens up on why she remains the only Kardashian sister without them**
She is a doting aunt

▸ **Elizabeth Hurley, 58, and son Damian, 22, are supported by her MOTHER, 84, (and her TWO exes!) to watch her racy lesbian sex scenes in his debut movie**

ADVERTISEMENT

BB0014



Revolutionary Sizing For Women's Workout Wear

MOST WATCHED NEWS VIDEOS

Embed this </>

Moment suspect is arrested after hospital

Moment Kadyrov 'struggles to climb

Harry arrives at Invictus Games event after

View from behind St Paul's cordon as Prince

Single tank at Victory Parade as Russia faces

Moment alleged drunken duo are

James Cleverly says Government to expel

Screaming Boeing 737 passengers scramble

## Comments 7
Share what you think

| Newest | Oldest | Bestrated | Worstrated |

The comments below have not been moderated.

Someone, Toronto, Canada, 4 years ago

Obviously dressed up like she was 18 and called the paps - that's not "casual"

Click to rate    4    2

Raphael31, Melbourne, Australia, 4 years ago

Please tell me there is not such a thing as a 'statement mask'...

Click to rate    6    0

Mordecai11, Nashville, United States, 4 years ago

She's cute, I think, but doubtful she has much future career wise

Click to rate    3    2

frs, West Coast, United States, 4 years ago

maybe the one host who is less entertaining that tara

▶ Rewind time with this rejuvenating eye serum that visibly reduces lines and dark circles from the first use: Users say this 'makes a real difference!' - and there's 30% off
SHOPPING

▶ Bridgerton actress Nicola Coughlan stuns in an all-white ensemble as she cozies up to her co-star Luke Newton in Milan - after teasing their very racy sex scenes

▶ The Israeli singer staring down the fury of the pro-Palestine crowd: How Eurovision's Eden Golan, 20, refuses to be cowed by death threats, protests

▶ Heir comes the sun! Prince William rocks his shades as he visits a surf beach in England - before showing off his volleyball skills in an impromptu game
The Prince of Wales

▶ Olivia Dunne celebrates boyfriend Paul Skenes' Pirates call up as she reveals how they found out about pitcher's MLB debut
Gymnast celebrated

▶ Sydney Sweeney put on a very leggy display in tiny metallic shorts and knee-high stockings as she heads out in New York after the Met Gala
Showed off some leg

EXCLUSIVE Bianca Censori's gangster



.com

Home  Showbiz  Femail | Royals | Sports | Health | Wellness | Science | Politics | Money | U.K. | Video | Travel | Puzzles | Shopping

Headlines  U.K. Showbiz  Meghan Markle  Jeremy Renner  TikTok  Taylor Swift  Kim Kardashian  Video  Games  Puzzles                          Login

ADVERTISEMENT

Ad removed.
Show details

By DEIRDRE SIMONDS FOR DAILYMAIL.COM
PUBLISHED 20:42 EDT, 3 September 2020 | UPDATED 20:44 EDT, 3 September 2020

**9**
shares

**31**
Viewcomment

**Brooke Burke** showed off her sculpted summer body as worked up a sweat at the celeb-beloved Dogpound gym in West Hollywood on Wednesday

While sporting a pair of skintight pink leggings the 48-year-old fitness guru could be seen participating in a high-impact training session with her 18-year-old Sierra

The superfit mother daughter duo opted to intensify their workout by adding resistance bands to their legs during a set of vigorous jumping exercises

Ad removed.
Show details



**31**
Viewcomments
Top ⌃
Home +99

▶ of his siblings is left off the list
Joined by mom Melania




▶ Tom Brady was 'ready to shut his Netflix roast down' after THAT Jeff Ross massage joke... as comedian Andrew Shulz reveals why NFL legend was so furious

▶ Selling The OC's Polly Brindle, 38, sends pulses racing as she poses in sexy swimwear in California to celebrate the launch of show's third series
The TV personality is 38

EXCLUSIVE Angelina Jolie is accused of sabotaging her six kids relationship with Brad Pitt - as ex bodyguard claims she told children to AVOID their dad



ADVERTISEMENT




© BackGrid
+16
Viewgallery

Fitness goals Brooke Burke showed off her sculpted summer body as worked up a sweat at the celeb-beloved Dogpound gym in West Hollywood on Wednesday

As many gyms in California remain due to the COVID-19 crisis, the pair boo heart rate outside with a trainer

▶ Kendall Jenner admits she's had a 'tough two months' as she details 20 year anxiety battle and unique way she's tackling mental health anguish in new Vogue shoot




▶ Get hydrated and happy with these limited-edition MOCKTAILS that are every bit as fun and



TRENDING





**31**
Viewcomments   Top ∧   Home +99

Sexybikini   transformation gym...

1.5k viewing now   4.6k viewing now   5.1k viewing now

After a few intense drills, Burke threw her luxurious mane into a tousled bun, like her mini-me, who kept her brown tresses in a sleek low ponytail

Despite both women arriving wearing CDC-recommended masks, they ditched their facial coverings during their workout.

Brooke Burke does intense workout outside with daughter Sierra





Watch the full video

      0:00 / 0:23         

**EXCLUSIVE Travis Kelce makes his acting debut! Taylor Swift's boyfriend pictured on set of Ryan Murphy's Grotesquerie - five years after she starred in box office bomb Cats**


▶ **Jessica Simpson, 43, looks ready for summer as she poses in ivory dresses from her summer collection... after losing 100lbs**
Works hard for her figure

ADVERTISEMENT



▶ **Jessica Biel shows off MUCH blonder hair under a black cap in New York City. after wearing brunette locks at the Met Gala**
Justin Timberlake's wife
 

▶ **Bombshell hidden message is discovered in shock resignation post of Miss USA**
Miss USA winner Noelia Voigt, 24, concerned fans after relinquishing crown
 

▶ **Like a spa treatment in a bottle! Get bright, supple skin with just a spritz of this mist that is proven to leave skin plumper, softer and radiant - and you'll see results INSTANTLY**
SHOPPING
 

▶ **Lena Dunham speaks out about Hypermobile Ehlers-Danlos syndrome... as she**
 



**31** Viewcomments   Top ⌃   Home  +99



© BackGrid

+16 Viewgallery

**Abs** While sporting a pair of skintight pink leggings the 48-year-old fitness guru could be seen participating in a high-impact training session with her 18-year-old Sierra



▶ starring Zoe Saldana and Nicole Kidman from Yellowstone creator Taylor Sheridan has been renewed
Series was a fan favorit



▶ Gwyneth Paltrow, 51, says daughter Apple, 19, 'influences' her decisions at GOOP: 'I run everything by her because I value her opinion so much'
Relies on her daughter

▶ Brooke Shields, 58, and daughter Rowan Henchy, 20, show off their matching ladybug tattoos at Mother Of The Bride screening in LA
They were in Los Angeles 

▶ Yes, chef! Jeremy Allen White shares a FIRST LOOK of The Bear's third season - and reveals its imminent release date
Show returns in June 

▶ Inside Jackass star Steve-O's cozy $2M Tennessee ranch - as the former heliraiser flees Hollywood for the simple life (and lower taxes!)
He has left Los Angeles 



ADVERTISEMENT



BB00019

**31**
View comments   Top ∧   Home   +99



© BackGrid

+16
View gallery

**Fresh air:** As gyms in California to close or remain closed after an increase in COVID-19, the pair boosted their heart rates outside with a trainer



▶ **SpiderMan star Jacob Batalon reveals what initially 'hindered his 100-pound weight loss: 'I've really had to control that side of me'**
His weight loss journey



▶ **Pregnant Jenna Dewan, 43, shops for baby clothes in LA after accusing ex husband Channing Tatum of 'bullying and gaslighting' in legal war**
She's expecting again



▶ **Jennifer Lawrence keeps her look casual in baggy jeans and an oversized men's shirt as she steps out to run errands in New York City**
She knows how to be chic



EXCLUSIVE **The terrible truth about Lemony Snicket's own series of VERY unfortunate events: Author behind Jim Carrey's $211 MILLION movie exposes scandal**



▶ **Elizabeth Banks channels Lucille Ball with red hair and a matching dress on the set of DreamQuil with John C Reilly. after sharing image from Press Your Luck**



▶ **'Reduced pore size and made my skin GLOW!': This affordable hydrating rice milk and cranberry extract toner will improve your skincare routine by calming and soothing pores**
SHOPPING



EXCLUSIVE **Hope Hicks's future father in-law is a former MIT professor turned**



BB0020

**31**
View comments     Top ⌃     Home   +99

▸ **Harry as revealed by Palace insiders**
There were widespread reports that the Duke planned to see his father

**EXCLUSIVE** **Bridget Jones is BACK! Svelte Renée Zellweger is on the set of her fourth movie for FIRST TIME after bosses said 'weight obsession' will be dropped**

ADVERTISEMENT



© BackGrid

+16
View gallery

**Working up a sweat** The super fit mother daughter duo opted to intensify their workout by adding resistance bands to their legs during a set of vigorous jumping exercises

Following in her mother's footsteps, Sierra looked focused on their conditioning

Burke put her chiseled abs on full display in a black sports bra, as she did a series of squats and bent down to touch the floor

She remained in perfect form, as she stood with her feet slightly wider than shoulder width and fingers grazing the ground



© BackGrid

+16
View gallery



© BackGrid

Ad removed.
Show details

▸ **Drake breaks his silence after security guard was SHOT outside his home amid ugly Kendrick Lamar feud with cryptic post about death and hate**
Shooting at Toronto home

**31**
Views comments   Top ⌃   Home +99



© BackGrid

+16
View gallery

**Jumping** While working on her core muscles, Burke flashed a bright smile and her glowing summer tan

The former Dancing With the Stars host added to her abdominal and full-body exercises by doing some grueling planks

While working on her core muscles she flashed a bright smile and her glowing summer tan.

Eventually she put her mask back on and covered back up with a cropped grey sweatshirt.

▶ on to shed 35 POUNDS in seven months




▶ Elizabeth Taylor documentary that shares never-seen-before home movies from the Cleopatra star will debut this summer: 'It's an unprecedented exploration'

▶ Kim Kardashian reignites shock cosmetic surgery theory after expert spots this one detail at the Met Gala
How she looked so thin



▶ 'Cuts my hair drying time in half!' Get salon-worthy volume and straighten WITHOUT a flat iron - all you need is this blowout brush that you can get for under $20 (down from $73!)
SHOPPING



▶ Jaime King looks happy at the One Humanity Foundation launch event in Los Angeles... just days after she was seen crying in her car
Looked effortlessly chic



▶ Hollywood heartthrob looks unrecognizable as he transforms into Henry VIII for upcoming historical film
Can you recognize this A-list actor?



▶ Baby Reindeer's 'real-life Martha' is unmasked as she faces TV grilling with Piers Morgan - but says she is 'not happy' about the interview and was 'set up'



▶ Busy Philipps opens up about therapy, being a 'different kind of mom' and not getting



BB0022



31
Viewcomments        Top∧        Home   +99

Watchthefullvideo

AB Cross Overs

◄  ▶  ▶|  🔊  0:00/ 0:55   ✉ ⊏share⊐ 🔗 </> ⚙ ⤢



© BackGrid                    +16
                            Viewgallery

SmilingTheformerDancingWiththeStarshostadded to herabdominal and full-body exercises by doingsomegruelingplanks

► Amy Winehouse wins BRIT Award after Back to Black biopic skyrockets her music to one billion UK streams as her parents Mitch and Janis accept it on late daughter's behalf


► Katherine Schwarzenegger throws SHADE at Met Gala after naked looks took over red carpet... as she shares throwback of her mom at gala in 2001
Flashback to elegance


► He wasn't always your 'archnemesis'! Resurfaced clip shows 21-yearold Harry gushing about William saying he's the 'one person I can talk to about anything'


► Richard Gadd reveals tears were shed on set of Baby Reindeer during filming of sexual assault scene
The Netflix show follows Richard's character Donny


ADVERTISEMENT

BB0023

**31** View comments   Top ⌃   Home +99



+16 View gallery

© BackGrid

**Hard work** The former Dancing With the Stars host added to her abdominal and full-body exercises by doing some grueling planks

The Playboy alumna often flaunts her age-defying physique to her nearly half a million followers on Instagram

Throughout quarantine she has stayed committed to her workouts and has encouraged others to join her IG Live Workouts and on her app.

Additionally, she has spoken about navigating new relationships amid the pandemic by planning at-home date nights with her boyfriend Scott Rigsby



▶ boasting 50,000 five star reviews (and it's now 25% off)
SHOPPING



▶ Apple TV fans sent into a FRENZY over trailer for upcoming thriller starring Jake Gyllenhaal - with his performance already being hailed as 'phenomenal'



▶ Golden Bachelor star Gerry Turner celebrates his 'favorite time of year' in first Instagram post since shock divorce from Theresa Nist after three month marriage



▶ Kim Kardashian's youngest child Psalm turns 5! The family takes to social media to wish Kanye West's 'amazing' mini-me son a happy birthday
Celebrated the milestone



▶ Harvey Weinstein looks sickly as he's wheeled into court to fight extradition to LA jail after hospital stay following bombshell overturning of rape conviction in New York



EXCLUSIVE Is she the most popular woman in Hollywood? Brandon Davis' mom Nancy reveals how she gets Khloe and Paris to hit her MS gala



▶ Rebel Wilson recalls how she realized she was attracted to women, details her nerves about coming out to her mother and reveals the reason for her 80lbs weight loss

▶ Teresa Giudice recalls meeting Taylor Swift in VIP area at Coachella - reveals she asked the star: 'Do you know who I am?



BB0024

**31** Top ∧   Home   +99
Viewcomments

▶ TWO exes!) to watch her racy lesbian sex scenes in his debut movie



ADVERTISEMENT



© BackGrid

**Abs** The Playboy alumna often flaunts her age-defying physique to her nearly half a million Instagram followers

The mother of four went red carpet official with her new man last November, bringing him to the Beverly Hilton for Operation Smile's Hollywood Fight Night

She gushed to **People** that her children from her two marriages really like her adding 'It is awesome because he is a great father'

The Connecticut native, who shot to fame hostessing Wild On!, dished 'He children and that is one of the things that I love most about him. He is really responsible and devoted, so our kids are getting to know each other'

+16
View gallery

▶ Rewind time with this rejuvenating eye serum that visibly reduces lines and dark circles from the first use: Users say this 'makes a real difference!' – and there's 30% off
SHOPPING



▶ Bridgerton actress Nicola Coughlan stuns in an all-white ensemble as she cozies up to her co-star Luke Newton in Milan – after teasing their very racy sex scenes



▶ The Israeli singer staring down the fury of the pro-Palestine



**31**
Viewcomments      Top ⌃      Home  +99

▶ Watchthefullvideo

▶ **Olivia Dunne celebrates boyfriend Paul Skenes' Pirates call up as she reveals how they found out about pitcher's MLB debut**
Gymnast celebrated


▶ **Sydney Sweeney put on a very leggy display in tiny metallic shorts and knee-high stockings as she heads out in New York after the Met Gala**
Showed off some leg


EXCLUSIVE **Bianca Censori's gangster family is embroiled in fresh legal row after her uncle was caught up in a police raid on a suspected pedophile**


▶ **Jenelle Evans is thinking about moving to Florida with her three children... ahead of her return to Teen Mom franchise**
Teality TV veteran is 32


▶ **Gen Z fashion fans reveal what they REALLY think about Carrie Bradshaw's iconic Sex and the City outfits - and whether they would wear them today**


▶ **Kendall Jenner claims she's not 'boring' in new Kardashians trailer and reveals she watched show back and can see her own flaws**
Reflected on her persona


ADVERTISEMENT                                                ✕



▐◀  ▶  ▶▌  🔊   0:00 / 1:09   f  [ ]  ✉  ⤴  🔗  </>  ⚙  ⤢



© BackGrid                                      +16
                                              Viewgallery

Helpingherfans Throughoutquarantineshehasstayedcommittedto herworkoutsandhas encouragedotherstojoinherIGLiveWorkoutsandonherapp





**31**
Viewcomments     Top ⌃     Home  +99



© BackGrid

+16
Viewgallery

**Moving forward Brooke recently finalized her divorce from her second husband David Charvet, with whom she shares her daughter Heaven, 13, and son Shaya, 12**

Brooke recently finalized her divorce from her second husband David Charvet, with whom she shares her daughter Heaven, 13, and son Shaya, 12.

Their divorce proceedings were finished up in early March, shortly before the coronavirus lockdowns began

They each footed the bill for their own legal fees, neither is paying alimony or child support and they have joint custody of the children, **People** reported

▸ **Tired of dull, dehydrated skin that could use a boost? Get glowing with this trio boasting THOUSANDS of five-star reviews - as users say they 'can't live without it' (and it's 30% off)**
SHOPPING



▸ **Meghan and Harry's 'private' Nigeria tour: Sussexes set to arrive in Africa before carrying out visit to military HQ during three-day trip that will also include stop in Lagos**



▸ **Kelly Osbourne's stunned fans confuse her for Kim Zolciak in new Instagram snap after she underwent non-surgical procedure**
Looks like the housewife



▸ **Lord Of The Rings movie is in the works titled The Hunt For Gollum which will see Andy Serkis return to both star and direct**
A new installment



▸ **Princess Diana's brother Earl Spencer wears his late father's cufflinks to the Invictus Games reception and says he 'hopes he would approve' as he supports Prince Harry**

▸ **Jennifer Lopez brings the '90s back with a chic denim jumpsuit and further impresses with a pair of platform Timberland boots and a $40,000 Hermès Birkin handbag**

▸ **Michael Palin reunites with his Monty Python co-stars John Cleese**



BB0027

31
Viewcomments
Top
Home +99



about Swedish
musician turned
Hollywood star as she
prepares to host this
year's Eurovision
contest in Sweden

Billionaire's wife
Katherine Asplundh
shuts down her
Instagram after
attempts to bully
stranger into handing
over her handle went
viral

ADVERTISEMENT



Like mom: Following in her mothers footsteps Sierra looked focus on their conditioning

Brooke married her latest husband David, a French singer and Baywatch star in 2011, after they welcomed their two children

She filed for divorce in April 2018 and last year explained their co-parenting to **Us Weekly** 'We have a beautiful relationship right now, which is really va

Brooke also has two daughters by her first husband Extreme Makeover pla surgeon Garth Fisher – Neriah, 20, and Sierra, 18.

Brooke Burke

Wrist candy alert!
These cute charm
bracelets are racking



Share or comment on this article Brooke Burke works up a sweat with he daughter at the celebrity haunt Dogpound gym

BB0028

**31**
View comments                Top ⌃        Home   +99

MOST WATCHED NEWS VIDEOS                          Embed this </>

Moment suspect is       Moment Kadyrov        Harry arrives at Invictus    View from behind St
arrested after hospital  'struggles to climb    Games event after          Paul's cordon as Prince

Single tank at Victory  Moment alleged        James Cleverly says        Screaming Boeing 737
Parade as Russia faces  drunken duo are       Government to expel        passengers scramble

---

💬 **Comments 31**
Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.

daleyymaleyy, daily planet, United States, 4 years ago

she thinks she has a booty. sad!

Click to rate        4        2

Wolfram_Hart, Ohio, United States, 4 years ago

Brooke just isn't the same since her explant surgery took away the fantastic curvy body that helped
to make her famous. As a long-time fan, I miss that body.

Click to rate        9        1

Loving it, By the Sea, United States, 4 years ago

She knows she wears it well.

Click to rate        11       4

TommyDuckDuck, London, United Kingdom, 4 years ago

Show more

---

**Michelle Pfeiffe66,
showcases her
youthful beauty in edgy
leather jacket and chic
summer dress as she
visits site of her new
eco-home store in LA**
Looks decades younger

**Victoria
Beckham shows off her
chiseled face and
flawless skin as she
shares her make-up
routine - after David
said he DIDN'T like his
Netflix documentary**

**Netflix insist they took
'every precaution' to
protect the real life
people that inspired
Baby Reindeer after
fans found Richard
Gadd's stalker online**
Disguised their
identities

**Miss USA
Organization as both
Miss USA and Miss
Teen USA resign within
days of each other
amid claims of bullying
and harassment inside
the organization**

**Cancerstricken King
Charles jokes he's glad
to be 'out of my cage' at
Army training base
while William rocks the
shades on Cornish surf
beach - after neither
saw Harry**

**The love life of
Britain's richest artist:
As Damien Hirst, 58,
welcomes son with
ballerina half his age,
how $375m art icon
dated a string of
younger women**

**David Beckham
DIDN'T like his Netflix
documentary at first -
but watching it in bed
with Victoria changed
his mind: 'She loved it
and that meant more'**
Netflix series 'Beckham'

**Joy Corrigan shows
off her toned figure in
hot pink gym wear as
she picks up a juice**



BB0029

ARDALAN DECL.

# EXHIBIT I

| From: | David A. Makman |
|---|---|
| To: | Jo Ardalan |
| Cc: | Vanessa Soriano |
| Subject: | RE: Burke Responses to Discovery |
| Date: | Friday, April 5, 2024 12:22:09 PM |

Thanks.  The verifications will come, you don't need to move to compel about that.

I got sick and am off track for that reason.

I can meet and confer next week.   How about Wednesday? Say 2:00 pm?

I am wondering whether we can agree to some stipulated facts and resolve the dispute on motion papers.

My recollection is that you had not made a reasonable effort to tailor your requests to the needs of this matter.  This is a tiny dispute and extensive discovery is neither necessary nor appropriate.

As you know, this dispute involves just three photographs that were posted to my client's Instagram account.  My client derives no measurable financial benefit from her Instagram account.  It doesn't generate revenue for her.  Her fans are not charged to access that account.  Nor does she charge any customers for posting things to her Instagram.

In addition, she has access to photographs of herself that she can post without charge. So, she didn't save money or earn money by posting these.  There are no documents that will show any financial benefit that is tied to the use of the Instagram account – much less benefit that is tied to these particular photographs.

Moreover, your client sold the photographs to news outlets, so has already made its return on those photographs and has not been damaged.   In that regard, your client doesn't contend that it was actually damaged, and hasn't produced a single document that show any sort of actual damages.  Nor could your client do so.  Nobody is getting rich off of these photographs.

Interestingly, your client hasn't produced even the copyright registrations, deposits or assignments.

Long ago, your client had promised in its initial disclosures a "forthcoming document production", but that production has not yet arrived.

As to privilege log, there were two emails between Brooke Burke and Relani Belous, Esq. in August of 2023 before I was retained.  They were sent by Relani on August 8, 2023 at 10:59:02 AM PDT
and on August 9, 2023 at 4:32:40 PM PDT.  The subject  line is **Subject: Re: Lawsuit --- Brooke Burke Copyright Claims**

As to where the photographs came from, two were on dailymail.com.

One is with this article:

https://url.emailprotection.link/?ber-
XXuYIxUr1D4W1LggB9X04xcFci_MdGnkdJQPEKxKoMME2T8aPFWAyuZKnoG3coO3WX3
15PnE7vEf6tnC3BbgLbNFjm6Q6izCl3-
xyPezY9f2GkB7RjmPMbK6NULpDSEV5lhBSo8SKfySxlO2H0ZEo1nMxv7Ulzp11i5BS8A8~

The other is here:

Brooke Burke wears off-the-shoulder top while grocery shopping | Daily Mail Online

We are not sure where the third photograph came from, but your client should know who purchased, what they paid for it, and where they posted it. Presumably it was a similar news organization. And, presumably, your client knows who bought the photograph.

David

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Thursday, April 4, 2024 11:21 AM
**To:** David A. Makman <david@makmanlaw.com>
**Cc:** Vanessa Soriano <vsoriano@onellp.com>
**Subject:** RE: Burke Responses to Discovery

37-1 Meet and confer re Deficient Responses

David:

We will proceed with the procedures set forth in LR 37-1 due to your client's deficient discovery responses.

Let us know when you are available to discuss the following:

- You promised us verifications and documents last week. I followed up with you twice.

You did not respond.

- We have not received a privilege log from you.
- We object to your unliteral limitation on the meaning of "you," which is significant when you state that there are no responsive documents or that you will search and produce responsive documents, "if any." We need all responsive documents in your possession, custody, or control.
- The Rog responses avoid any mention of where Defendants obtained the copy of the photographs. Where did she get them?

Let me know when you are available to discuss this. We reserve all rights to include additional discovery deficiencies, but the issues above are critical to our ability to move forward.

Jo

--
**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Jo Ardalan
**Sent:** Thursday, March 28, 2024 11:22 AM
**To:** David A. Makman <david@makmanlaw.com>
**Cc:** Vanessa Soriano <vsoriano@onellp.com>
**Subject:** RE: Burke Responses to Discovery

David:

You said you would get us verifications and documents by early this week. As it is Thursday, we expected to hear from you by now.

Jo

--
**Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Jo Ardalan
**Sent:** Tuesday, March 26, 2024 2:00 PM
**To:** David A. Makman <david@makmanlaw.com>
**Cc:** Vanessa Soriano <vsoriano@onellp.com>
**Subject:** RE: Burke Responses to Discovery

Hi David,

Following up on the verification and documents.

Thanks,
Jo

--
**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** David A. Makman <david@makmanlaw.com>
**Sent:** Tuesday, March 19, 2024 10:58 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Vanessa Soriano <vsoriano@onellp.com>
**Subject:** RE: Burke Responses to Discovery

Should be early next week.

David

---

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Tuesday, March 19, 2024 10:57 AM
**To:** David A. Makman <david@makmanlaw.com>
**Cc:** Vanessa Soriano <vsoriano@onellp.com>
**Subject:** RE: Burke Responses to Discovery

David,

When are we going to receive the verification and documents?

Regards,
Jo

--
**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David A. Makman <david@makmanlaw.com>
**Sent:** Friday, March 15, 2024 8:16 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Subject:** Burke Responses to Discovery

David Makman

**Law Offices of David A. Makman**
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel: 650-242-1560

JOINT APPENDIX OF EXHIBITS

# EXHIBIT 2

1  Joanna Ardalan (Bar No. 285384)
   jardalan@onellp.com
2  **ONE LLP**
   23 Corporate Plaza, Suite 150-105
3  Newport Beach, CA 92660
   Telephone:  (949) 502-2870
4  Facsimile:  (949) 258-5081

5  *Attorney for Plaintiff,*
   Backgrid USA, Inc.
6

7

8

9

10                **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  BACKGRID USA, INC., a California        Case No.  2:23−cv−06392 SPG (MAAx)
    corporation,
14                                          **DECLARATION OF STEVEN**
15              Plaintiff,                  **GINSBURG IN SUPPORT OF**
                                            **PLAINTIFF'S MOTION FOR**
16         v.                               **SUMMARY JUDGMENT**

17  BB BODY. INC., a California Corporation; **Date:**      **July 24, 2024**
    BROOKE BURKE, an individual, and        **Time:**      **1:30 PM**
18  DOES 1-10, inclusive,                   **Crtrm:**     **5C**

19

20              Defendants.

21

22

23

24

25

26

27

28

---

**DECLARATION OF STEVEN GINSBURG ISO BACKGRID'S MOTION FOR SUMMARY JUDGMENT**

**Signature:** ~Steve Ginsburg (May 29, 2024 22:00 PDT)~

**Email:** steve@backgrid.com

1

2　　　I, Steve Ginsburg, am a founder and agent of BackGrid USA, Inc.  I have personal

3　knowledge of the facts stated herein, and if called to testify could and would testify as

4　follows:

5　　　1.  Attached as **Exhibit A1-A3** are true and correct copies of the copyright transfer

6　agreements as between the photographer and BackGrid.

7　　　2.  Attached as **Exhibit B1-B3** are true and correct copies of the copyright

8　registrations of the works at issue.

9　　　3.  Attached as **Exhibit C1-C3** (under seal) are true and correct copies of the deposit

10　copies that were filed with the Copyright Office.

11　　　4.  Attached as **Exhibit D** are true and correct copies of screenshots of BackGrid's

12　photographs on Defendants' social media accounts.

13　　　I declare under penalty of perjury that the facts stated herein are true and correct.

14

15　　　　　　　　　　　　　　　Steve Ginsburg

16　　　　　　　　　　　　　　　_____

17　　　　　　　　　　　　　　　Steven Ginsburg

18

19

20

21

22

23

24

25

26

27

28

---

**DECLARATION OF STEVEN GINSBURG ISO BACKGRID'S MOTION FOR SUMMARY JUDGMENT**

# Backgrid v. Burke - Ginsburg Decl

Final Audit Report                                      2024-05-30

| | |
|---|---|
| Created: | 2024-05-30 |
| By: | Jo Ardalan (jardalan@onellp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhPXJtqU2pd_t6awUtK60AfAN3-Mi7n0Y |

## "Backgrid v. Burke - Ginsburg Decl" History

📄 Document created by Jo Ardalan (jardalan@onellp.com)
2024-05-30 - 4:44:46 AM GMT

📧 Document emailed to Steve Ginsburg (steve@backgrid.com) for signature
2024-05-30 - 4:44:49 AM GMT

📄 Email viewed by Steve Ginsburg (steve@backgrid.com)
2024-05-30 - 4:59:21 AM GMT

✍️ Document e-signed by Steve Ginsburg (steve@backgrid.com)
Signature Date: 2024-05-30 - 5:00:12 AM GMT - Time Source: server

✅ Agreement completed.
2024-05-30 - 5:00:12 AM GMT

**Adobe Acrobat Sign**

GINSBURG DECL.

# EXHIBIT A

### Copyright Transfer Agreement

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, the undersigned, Ramon Alves ("Assignor") hereby sells, assigns, transfers and sets over unto BackGrid USA, Inc., and its successors, licensees and assigns ("Assignee") in perpetuity, exclusively and irrevocably, free and clear of any lien or obligation, and irrespective of any work made-for-hire implications, all rights (whether now known or hereinafter devised or invented), title and interest in and to those certain photographs listed below (the "Works"), including, without limitation, any and all intellectual property rights and copyrights therein (including any and all renewals, extensions, or revivals thereof) in the United States, the United Kingdom, France, and throughout the rest of the world, together with any and all past, present, or future claims and causes of action against third parties related to the Works and such rights and copyrights. This Copyright Transfer Agreement does not nullify or void any of the existing obligations of both Assignor and Assignee, including those listed in any agreement between them, but does supersede and modify any previous agreement, should any exist, with respect to the ownership of the Works listed herein.

Assignor represents and warrants to Assignee that Assignor is the author and copyright holder of the Works listed herein. Assignee agrees that Assignee will compensate Assignor commensurately with the compensation structure established between the two parties less attorneys' fees, expenses, and costs chargeable to the enforcement of rights associated with the Works listed herein. Each of Assignor and Assignee also represents and warrants to each other that: a.) each has received independent legal advice from their attorneys, or the opportunity to do so, with respect to the advisability of transferring the rights provided herein and with respect to the advisability of executing this Copyright Transfer Agreement, and b.) each of the persons executing this Copyright Transfer Agreement is empowered to do so.

The Works:

1.) *EXCLUSIVE* Brooke Burke enjoys a healthy smoothie after her workout - set number BGUS_1970239 - 48 images

IN WITNESS WHEREOF, the undersigned have executed this Copyright Transfer Agreement by their duly authorized representatives effective when both parties have signed it.

Ramon Alves ("Assignor")

DocuSigned by:

Ramon Alves

AF98BA8A30554A3...

Date: 23 August 2020 | 21:59:01 PDT

For BackGrid USA, Inc. ("Assignee")

DocuSigned by:

Alex kantif

ABFF17E8FE4940B...

Date: 21 August 2020 | 21:58:18 PDT

Its: CFO (Alexandre Kantif De Macedo)

## Copyright Transfer Agreement

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, the undersigned, Stefan Stoianov ("Assignor") hereby sells, assigns, transfers and sets over unto BackGrid USA, Inc., and its successors, licensees and assigns ("Assignee") in perpetuity, exclusively and irrevocably, free and clear of any lien or obligation, and irrespective of any work made-for-hire implications, all rights (whether now known or hereinafter devised or invented), title and interest in and to those certain photographs listed below (the "Works"), including, without limitation, any and all intellectual property rights and copyrights therein (including any and all renewals, extensions, or revivals thereof) in the United States, the United Kingdom, France, and throughout the rest of the world, together with any and all past, present, or future claims and causes of action against third parties related to the Works and such rights and copyrights. This Copyright Transfer Agreement does not nullify or void any of the existing obligations of both Assignor and Assignee, including those listed in any agreement between them, but does supersede and modify any previous agreement, should any exist, with respect to the ownership of the Works listed herein.

Assignor represents and warrants to Assignee that Assignor is the author and copyright holder of the Works listed herein. Assignee agrees that Assignee will compensate Assignor commensurately with the compensation structure established between the two parties less attorneys' fees, expenses, and costs chargeable to the enforcement of rights associated with the Works listed herein. Each of Assignor and Assignee also represents and warrants to each other that: a.) each has received independent legal advice from their attorneys, or the opportunity to do so, with respect to the advisability of transferring the rights provided herein and with respect to the advisability of executing this Copyright Transfer Agreement, and b.) each of the persons executing this Copyright Transfer Agreement is empowered to do so.

The Works:

1.) *EXCLUSIVE* Brooke Burke works out with her daughter - set number BGUS_1988809 - 69 images

IN WITNESS WHEREOF, the undersigned have executed this Copyright Transfer Agreement by their duly authorized representatives effective when both parties have signed it.

Stefan Stoianov ("Assignor")

DocuSigned by:

CAE7EF70C0304FC...

Date: 21 November 2020 | 14:05:01 PST

For BackGrid USA, Inc. ("Assignee")

DocuSigned by:

alex kantif

ABFF17E8FE4940B...

Date: 20 November 2020 | 16:45:52 PST

Its: CFO (Alexandre Kantif De Macedo)

## Copyright Transfer Agreement

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, the undersigned, Eduardo Arrivabene ("Assignor") hereby sells, assigns, transfers and sets over unto BackGrid USA, Inc., and its successors, licensees and assigns ("Assignee") in perpetuity, exclusively and irrevocably, free and clear of any lien or obligation, and irrespective of any work made-for-hire implications, all rights (whether now known or hereinafter devised or invented), title and interest in and to those certain photographs listed below (the "Works"), including, without limitation, any and all intellectual property rights and copyrights therein (including any and all renewals, extensions, or revivals thereof) in the United States, the United Kingdom, France, and throughout the rest of the world, together with any and all past, present, or future claims and causes of action against third parties related to the Works and such rights and copyrights. This Copyright Transfer Agreement does not nullify or void any of the existing obligations of both Assignor and Assignee, including those listed in any agreement between them, but does supersede and modify any previous agreement, should any exist, with respect to the ownership of the Works listed herein.

Assignor represents and warrants to Assignee that Assignor is the author and copyright holder of the Works listed herein. Assignee agrees that Assignee will compensate Assignor commensurately with the compensation structure established between the two parties less attorneys' fees, expenses, and costs chargeable to the enforcement of rights associated with the Works listed herein. Each of Assignor and Assignee also represents and warrants to each other that: a.) each has received independent legal advice from their attorneys, or the opportunity to do so, with respect to the advisability of transferring the rights provided herein and with respect to the advisability of executing this Copyright Transfer Agreement, and b.) each of the persons executing this Copyright Transfer Agreement is empowered to do so.

The Works:

1.) Brooke Burke displays her perfect body while out with her daughter in Beverly Hills - set number BGUS_1996601 - 23 images

IN WITNESS WHEREOF, the undersigned have executed this Copyright Transfer Agreement by their duly authorized representatives effective when both parties have signed it.

Eduardo Arrivabene ("Assignor")

DocuSigned by:

C722ACAC24B54A2...

Date: 04 December 2020 | 22:41:03 PST

For BackGrid USA, Inc. ("Assignee")

DocuSigned by:

alex kantif

ABFF17E8FE4940B...

Date: 04 December 2020 | 10:41:09 PST

Its: CFO (Alexandre Kantif De Macedo)

GINSBURG DECL.

# EXHIBIT B



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-227-144

**Effective Date of Registration:**
October 26, 2020
**Registration Decision Date:**
December 10, 2020



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   July 29, 2020 to July 29, 2020

### Title

**Title of Group:**  *EXCLUSIVE* Brooke Burke enjoys a healthy smoothie after her workout - set number BGUS_1970239 - 48 images

**Number of Photographs in Group:**  48

- **Individual Photographs:**  28498555, 28498554, 28498553, 28498552, 28498551, 28498550, 28498549, 28498548, 28498547, 28498546, 28498545, 28498544, 28498543, 28498542, 28498541, 28498540, 28498539, 28498538, 28498537, 28498536, 28498535, 28498534, 28498533, 28498532, 28498531, 28498530, 28498529, 28498528, 28498527, 28498526, 28498525, 28498524, 28498521, 28498520, 28498519, 28498518, 28498517, 28498516, 28498515, 28498514, 28498513, 28498512, 28498511, 28498510, 28498509, 28498508, 28498507, 28498506

**Published:**  July 2020

### Completion/Publication

**Year of Completion:**  2020
**Earliest Publication Date in Group:**  July 29, 2020
**Latest Publication Date in Group:**  July 29, 2020
**Nation of First Publication:**  United States

### Author

- **Author:**  Ramon Alves
**Author Created:**  photographs
**Work made for hire:**  No
**Domiciled in:**  United States

### Copyright Claimant

**Copyright Claimant:**  BackGrid USA, Inc.
700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United

States

**Transfer statement:** By written agreement

## Certification

**Name:** Jon Nicolini

**Date:** October 26, 2020

**Applicant's Tracking Number:** BGUS_1970239

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-227-786**

**Effective Date of Registration:**
December 01, 2020
**Registration Decision Date:**
December 14, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   September 03, 2020 to September 03, 2020

## Title

| | |
|---|---|
| **Title of Group:** | *EXCLUSIVE* Brooke Burke works out with her daughter - set number BGUS_1988809 - 69 images |
| **Number of Photographs in Group:** | 69 |
| • **Individual Photographs:** | 28826618, 28826617, 28826616, 28826615, 28826614, 28826613, 28826612, 28826611, 28826610, 28826609, 28826608, 28826607, 28826606, 28826605, 28826604, 28826603, 28826602, 28826601, 28826600, 28826599, 28826598, 28826597, 28826596, 28826595, 28826594, 28826593, 28826592, 28826591, 28826590, 28826589, 28826588, 28826587, 28826586, 28826585, 28826584, 28826583, 28826582, 28826581, 28826580, 28826418, 28826417, 28826416, 28826415, 28826414, 28826413, 28826412, 28826411, 28826410, 28826409, 28826408, 28826407, 28826406, 28826405, 28826404, 28826403, 28826402, 28826401, 28826400, 28826399, 28826398, 28826397, 28826396, 28826395, 28826394, 28826393, 28826392, 28826391, 28826390, 28826389 |
| **Published:** | September 2020 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | September 03, 2020 |
| **Latest Publication Date in Group:** | September 03, 2020 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Stefan Stoianov |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | BackGrid USA, Inc. |
| | 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Jon Nicolini |
| **Date:** | December 01, 2020 |
| **Applicant's Tracking Number:** | BGUS_1988809 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |



**Certificate of Registration**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-227-793

**Effective Date of Registration:**
December 11, 2020
**Registration Decision Date:**
December 14, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   September 15, 2020 to September 15, 2020

### Title

| | |
|---|---|
| **Title of Group:** | Brooke Burke displays her perfect body while out with her daughter in Beverly Hills - set number BGUS_1996601 - 23 images |
| **Number of Photographs in Group:** | 23 |
| • **Individual Photographs:** | 28967740, 28967739, 28967738, 28967737, 28967736, 28967735, 28967734, 28967733, 28967732, 28967731, 28967730, 28967729, 28967728, 28967727, 28967726, 28967725, 28967724, 28967723, 28967722, 28967721, 28967720, 28967719, 28967718 |
| **Published:** | September 2020 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | September 15, 2020 |
| **Latest Publication Date in Group:** | September 15, 2020 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Eduardo Arrivabene |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | BackGrid USA, Inc. |
| | 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States |
| **Transfer statement:** | By written agreement |

## Certification ───────────────────────────────────

|  |  |
|---|---|
| **Name:** | Jon Nicolini |
| **Date:** | December 11, 2020 |
| **Applicant's Tracking Number:** | BGUS_1996601 |

───────────────────────────────────────────

**Copyright Office notes:**    Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

GINSBURG DECL.

# EXHIBIT C1

REDACTED DOCUMENT

REQUIRED: This is the Complete List of Photographs for 1-9628361561

| Photograph Number | REQUIRED: Title of Photograph | REQUIRED: File Name of Photograph |
|---|---|---|
| 1 | 28498555 | BGUS_1970239_048.jpg |
| 2 | 28498554 | BGUS_1970239_047.jpg |
| 3 | 28498553 | BGUS_1970239_046.jpg |
| 4 | 28498552 | BGUS_1970239_045.jpg |
| 5 | 28498551 | BGUS_1970239_044.jpg |
| 6 | 28498550 | BGUS_1970239_043.jpg |
| 7 | 28498549 | BGUS_1970239_042.jpg |
| 8 | 28498548 | BGUS_1970239_041.jpg |
| 9 | 28498547 | BGUS_1970239_040.jpg |
| 10 | 28498546 | BGUS_1970239_039.jpg |
| 11 | 28498545 | BGUS_1970239_038.jpg |
| 12 | 28498544 | BGUS_1970239_037.jpg |
| 13 | 28498543 | BGUS_1970239_036.jpg |
| 14 | 28498542 | BGUS_1970239_035.jpg |
| 15 | 28498541 | BGUS_1970239_034.jpg |
| 16 | 28498540 | BGUS_1970239_033.jpg |
| 17 | 28498539 | BGUS_1970239_032.jpg |
| 18 | 28498538 | BGUS_1970239_031.jpg |
| 19 | 28498537 | BGUS_1970239_030.jpg |
| 20 | 28498536 | BGUS_1970239_029.jpg |
| 21 | 28498535 | BGUS_1970239_028.jpg |
| 22 | 28498534 | BGUS_1970239_027.jpg |
| 23 | 28498533 | BGUS_1970239_026.jpg |
| 24 | 28498532 | BGUS_1970239_025.jpg |
| 25 | 28498531 | BGUS_1970239_024.jpg |
| 26 | 28498530 | BGUS_1970239_023.jpg |
| 27 | 28498529 | BGUS_1970239_022.jpg |
| 28 | 28498528 | BGUS_1970239_021.jpg |
| 29 | 28498527 | BGUS_1970239_020.jpg |
| 30 | 28498526 | BGUS_1970239_019.jpg |
| 31 | 28498525 | BGUS_1970239_018.jpg |
| 32 | 28498524 | BGUS_1970239_017.jpg |

| | |
|---|---|
| 33 | 28498521 BGUS_1970239_016.jpg |
| 34 | 28498520 BGUS_1970239_015.jpg |
| 35 | 28498519 BGUS_1970239_014.jpg |
| 36 | 28498518 BGUS_1970239_013.jpg |
| 37 | 28498517 BGUS_1970239_012.jpg |
| 38 | 28498516 BGUS_1970239_011.jpg |
| 39 | 28498515 BGUS_1970239_010.jpg |
| 40 | 28498514 BGUS_1970239_009.jpg |
| 41 | 28498513 BGUS_1970239_008.jpg |
| 42 | 28498512 BGUS_1970239_007.jpg |
| 43 | 28498511 BGUS_1970239_006.jpg |
| 44 | 28498510 BGUS_1970239_005.jpg |
| 45 | 28498509 BGUS_1970239_004.jpg |
| 46 | 28498508 BGUS_1970239_003.jpg |
| 47 | 28498507 BGUS_1970239_002.jpg |
| 48 | 28498506 BGUS_1970239_001.jpg |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |

CONFIDENTIAL

BACKGRID000005

74
75
76
77
78
79
80
81
82
83
84
85
86
87
88
89
90
91
92
93
94
95
96
97
98
99
100
101
102
103
104
105
106
107
108
109
110
111
112
113
114

CONFIDENTIAL                                        BACKGRID000006

115
116
117
118
119
120
121
122
123
124
125
126
127
128
129
130
131
132
133
134
135
136
137
138
139
140
141
142
143
144
145
146
147
148
149
150
151
152
153
154
155

156
157
158
159
160
161
162
163
164
165
166
167
168
169
170
171
172
173
174
175
176
177
178
179
180
181
182
183
184
185
186
187
188
189
190
191
192
193
194
195
196

CONFIDENTIAL                                                           BACKGRID000008

197
198
199
200
201
202
203
204
205
206
207
208
209
210
211
212
213
214
215
216
217
218
219
220
221
222
223
224
225
226
227
228
229
230
231
232
233
234
235
236
237

CONFIDENTIAL

238
239
240
241
242
243
244
245
246
247
248
249
250
251
252
253
254
255
256
257
258
259
260
261
262
263
264
265
266
267
268
269
270
271
272
273
274
275
276
277
278

CONFIDENTIAL

279

280

281

282

283

284

285

286

287

288

289

290

291

292

293

294

295

296

297

298

299

300

301

302

303

304

305

306

307

308

309

310

311

312

313

314

315

316

317

318

319

CONFIDENTIAL
BACKGRID000011

320
321
322
323
324
325
326
327
328
329
330
331
332
333
334
335
336
337
338
339
340
341
342
343
344
345
346
347
348
349
350
351
352
353
354
355
356
357
358
359
360

CONFIDENTIAL                                      BACKGRID000012

361

362

363

364

365

366

367

368

369

370

371

372

373

374

375

376

377

378

379

380

381

382

383

384

385

386

387

388

389

390

391

392

393

394

395

396

397

398

399

400

401

CONFIDENTIAL

BACKGRID000013

402

403

404

405

406

407

408

409

410

411

412

413

414

415

416

417

418

419

420

421

422

423

424

425

426

427

428

429

430

431

432

433

434

435

436

437

438

439

440

441

442

CONFIDENTIAL                                    BACKGRID000014

443
444
445
446
447
448
449
450
451
452
453
454
455
456
457
458
459
460
461
462
463
464
465
466
467
468
469
470
471
472
473
474
475
476
477
478
479
480
481
482
483

CONFIDENTIAL

484
485
486
487
488
489
490
491
492
493
494
495
496
497
498
499
500
501
502
503
504
505
506
507
508
509
510
511
512
513
514
515
516
517
518
519
520
521
522
523
524

CONFIDENTIAL                    BACKGRID000016

525

526

527

528

529

530

531

532

533

534

535

536

537

538

539

540

541

542

543

544

545

546

547

548

549

550

551

552

553

554

555

556

557

558

559

560

561

562

563

564

565

566
567
568
569
570
571
572
573
574
575
576
577
578
579
580
581
582
583
584
585
586
587
588
589
590
591
592
593
594
595
596
597
598
599
600
601
602
603
604
605
606

CONFIDENTIAL

BACKGRID000018

607

608

609

610

611

612

613

614

615

616

617

618

619

620

621

622

623

624

625

626

627

628

629

630

631

632

633

634

635

636

637

638

639

640

641

642

643

644

645

646

647

CONFIDENTIAL

648
649
650
651
652
653
654
655
656
657
658
659
660
661
662
663
664
665
666
667
668
669
670
671
672
673
674
675
676
677
678
679
680
681
682
683
684
685
686
687
688

CONFIDENTIAL

689
690
691
692
693
694
695
696
697
698
699
700
701
702
703
704
705
706
707
708
709
710
711
712
713
714
715
716
717
718
719
720
721
722
723
724
725
726
727
728
729

730
731
732
733
734
735
736
737
738
739
740
741
742
743
744
745
746
747
748
749
750

CONFIDENTIAL

BACKGRID000022

| | |
|---|---|
| | **IMPORTANT:  The Copyright Office strongly encourages you to provide the title of each photograph in the application itself. To do so, simply copy the contents of this column (including the commas) and paste that information into the application in the "Photograph Titles" field that appears on the "Titles" screen.♪** |
| **REQUIRED**: Month/Year of Publication | |
| July 2020 | 28498555, |
| July 2020 | 28498554, |
| July 2020 | 28498553, |
| July 2020 | 28498552, |
| July 2020 | 28498551, |
| July 2020 | 28498550, |
| July 2020 | 28498549, |
| July 2020 | 28498548, |
| July 2020 | 28498547, |
| July 2020 | 28498546, |
| July 2020 | 28498545, |
| July 2020 | 28498544, |
| July 2020 | 28498543, |
| July 2020 | 28498542, |
| July 2020 | 28498541, |
| July 2020 | 28498540, |
| July 2020 | 28498539, |
| July 2020 | 28498538, |
| July 2020 | 28498537, |
| July 2020 | 28498536, |
| July 2020 | 28498535, |
| July 2020 | 28498534, |
| July 2020 | 28498533, |
| July 2020 | 28498532, |
| July 2020 | 28498531, |
| July 2020 | 28498530, |
| July 2020 | 28498529, |
| July 2020 | 28498528, |
| July 2020 | 28498527, |
| July 2020 | 28498526, |
| July 2020 | 28498525, |
| July 2020 | 28498524, |

BACKGRID000023

| July 2020 | 28498521, |
| July 2020 | 28498520, |
| July 2020 | 28498519, |
| July 2020 | 28498518, |
| July 2020 | 28498517, |
| July 2020 | 28498516, |
| July 2020 | 28498515, |
| July 2020 | 28498514, |
| July 2020 | 28498513, |
| July 2020 | 28498512, |
| July 2020 | 28498511, |
| July 2020 | 28498510, |
| July 2020 | 28498509, |
| July 2020 | 28498508, |
| July 2020 | 28498507, |
| July 2020 | 28498506, |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                        BACKGRID000025

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000027

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000029

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000030

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000031

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                        BACKGRID000032

BACKGRID000033

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000034

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                                    BACKGRID000037

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

BACKGRID000038

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

BACKGRID000039

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000040

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000041

GINSBURG DECL.

# **EXHIBIT C** 2

REDACTED DOCUMENT

REQUIRED: This is the Complete List of Photographs for 1-9936260201

| Photograph Number | REQUIRED: Title of Photograph | REQUIRED: File Name of Photograph |
|---|---|---|
| 1 | 28826618 | BGUS_1988809_069.jpg |
| 2 | 28826617 | BGUS_1988809_068.jpg |
| 3 | 28826616 | BGUS_1988809_067.jpg |
| 4 | 28826615 | BGUS_1988809_066.jpg |
| 5 | 28826614 | BGUS_1988809_065.jpg |
| 6 | 28826613 | BGUS_1988809_064.jpg |
| 7 | 28826612 | BGUS_1988809_063.jpg |
| 8 | 28826611 | BGUS_1988809_062.jpg |
| 9 | 28826610 | BGUS_1988809_061.jpg |
| 10 | 28826609 | BGUS_1988809_060.jpg |
| 11 | 28826608 | BGUS_1988809_059.jpg |
| 12 | 28826607 | BGUS_1988809_058.jpg |
| 13 | 28826606 | BGUS_1988809_057.jpg |
| 14 | 28826605 | BGUS_1988809_056.jpg |
| 15 | 28826604 | BGUS_1988809_055.jpg |
| 16 | 28826603 | BGUS_1988809_054.jpg |
| 17 | 28826602 | BGUS_1988809_053.jpg |
| 18 | 28826601 | BGUS_1988809_052.jpg |
| 19 | 28826600 | BGUS_1988809_051.jpg |
| 20 | 28826599 | BGUS_1988809_050.jpg |
| 21 | 28826598 | BGUS_1988809_049.jpg |
| 22 | 28826597 | BGUS_1988809_048.jpg |
| 23 | 28826596 | BGUS_1988809_047.jpg |
| 24 | 28826595 | BGUS_1988809_046.jpg |
| 25 | 28826594 | BGUS_1988809_045.jpg |
| 26 | 28826593 | BGUS_1988809_044.jpg |
| 27 | 28826592 | BGUS_1988809_043.jpg |
| 28 | 28826591 | BGUS_1988809_042.jpg |
| 29 | 28826590 | BGUS_1988809_041.jpg |
| 30 | 28826589 | BGUS_1988809_040.jpg |
| 31 | 28826588 | BGUS_1988809_039.jpg |
| 32 | 28826587 | BGUS_1988809_038.jpg |

CONFIDENTIAL

BACKGRID000090

| | | |
|---|---|---|
| 33 | 28826586 | BGUS_1988809_037.jpg |
| 34 | 28826585 | BGUS_1988809_036.jpg |
| 35 | 28826584 | BGUS_1988809_035.jpg |
| 36 | 28826583 | BGUS_1988809_034.jpg |
| 37 | 28826582 | BGUS_1988809_033.jpg |
| 38 | 28826581 | BGUS_1988809_032.jpg |
| 39 | 28826580 | BGUS_1988809_031.jpg |
| 40 | 28826418 | BGUS_1988809_030.jpg |
| 41 | 28826417 | BGUS_1988809_029.jpg |
| 42 | 28826416 | BGUS_1988809_028.jpg |
| 43 | 28826415 | BGUS_1988809_027.jpg |
| 44 | 28826414 | BGUS_1988809_026.jpg |
| 45 | 28826413 | BGUS_1988809_025.jpg |
| 46 | 28826412 | BGUS_1988809_024.jpg |
| 47 | 28826411 | BGUS_1988809_023.jpg |
| 48 | 28826410 | BGUS_1988809_022.jpg |
| 49 | 28826409 | BGUS_1988809_021.jpg |
| 50 | 28826408 | BGUS_1988809_020.jpg |
| 51 | 28826407 | BGUS_1988809_019.jpg |
| 52 | 28826406 | BGUS_1988809_018.jpg |
| 53 | 28826405 | BGUS_1988809_017.jpg |
| 54 | 28826404 | BGUS_1988809_016.jpg |
| 55 | 28826403 | BGUS_1988809_015.jpg |
| 56 | 28826402 | BGUS_1988809_014.jpg |
| 57 | 28826401 | BGUS_1988809_013.jpg |
| 58 | 28826400 | BGUS_1988809_012.jpg |
| 59 | 28826399 | BGUS_1988809_011.jpg |
| 60 | 28826398 | BGUS_1988809_010.jpg |
| 61 | 28826397 | BGUS_1988809_009.jpg |
| 62 | 28826396 | BGUS_1988809_008.jpg |
| 63 | 28826395 | BGUS_1988809_007.jpg |
| 64 | 28826394 | BGUS_1988809_006.jpg |
| 65 | 28826393 | BGUS_1988809_005.jpg |
| 66 | 28826392 | BGUS_1988809_004.jpg |
| 67 | 28826391 | BGUS_1988809_003.jpg |
| 68 | 28826390 | BGUS_1988809_002.jpg |
| 69 | 28826389 | BGUS_1988809_001.jpg |
| 70 | | |
| 71 | | |
| 72 | | |
| 73 | | |

CONFIDENTIAL

74
75
76
77
78
79
80
81
82
83
84
85
86
87
88
89
90
91
92
93
94
95
96
97
98
99
100
101
102
103
104
105
106
107
108
109
110
111
112
113
114

CONFIDENTIAL

115
116
117
118
119
120
121
122
123
124
125
126
127
128
129
130
131
132
133
134
135
136
137
138
139
140
141
142
143
144
145
146
147
148
149
150
151
152
153
154
155

CONFIDENTIAL

156
157
158
159
160
161
162
163
164
165
166
167
168
169
170
171
172
173
174
175
176
177
178
179
180
181
182
183
184
185
186
187
188
189
190
191
192
193
194
195
196

CONFIDENTIAL

197
198
199
200
201
202
203
204
205
206
207
208
209
210
211
212
213
214
215
216
217
218
219
220
221
222
223
224
225
226
227
228
229
230
231
232
233
234
235
236
237

CONFIDENTIAL                                      BACKGRID000095

238
239
240
241
242
243
244
245
246
247
248
249
250
251
252
253
254
255
256
257
258
259
260
261
262
263
264
265
266
267
268
269
270
271
272
273
274
275
276
277
278

CONFIDENTIAL

BACKGRID000096

279
280
281
282
283
284
285
286
287
288
289
290
291
292
293
294
295
296
297
298
299
300
301
302
303
304
305
306
307
308
309
310
311
312
313
314
315
316
317
318
319

CONFIDENTIAL

320
321
322
323
324
325
326
327
328
329
330
331
332
333
334
335
336
337
338
339
340
341
342
343
344
345
346
347
348
349
350
351
352
353
354
355
356
357
358
359
360

361
362
363
364
365
366
367
368
369
370
371
372
373
374
375
376
377
378
379
380
381
382
383
384
385
386
387
388
389
390
391
392
393
394
395
396
397
398
399
400
401

CONFIDENTIAL

402

403

404

405

406

407

408

409

410

411

412

413

414

415

416

417

418

419

420

421

422

423

424

425

426

427

428

429

430

431

432

433

434

435

436

437

438

439

440

441

442

CONFIDENTIAL

BACKGRID000100

443
444
445
446
447
448
449
450
451
452
453
454
455
456
457
458
459
460
461
462
463
464
465
466
467
468
469
470
471
472
473
474
475
476
477
478
479
480
481
482
483

CONFIDENTIAL

484

485

486

487

488

489

490

491

492

493

494

495

496

497

498

499

500

501

502

503

504

505

506

507

508

509

510

511

512

513

514

515

516

517

518

519

520

521

522

523

524

CONFIDENTIAL

BACKGRID000102

525
526
527
528
529
530
531
532
533
534
535
536
537
538
539
540
541
542
543
544
545
546
547
548
549
550
551
552
553
554
555
556
557
558
559
560
561
562
563
564
565

CONFIDENTIAL

566
567
568
569
570
571
572
573
574
575
576
577
578
579
580
581
582
583
584
585
586
587
588
589
590
591
592
593
594
595
596
597
598
599
600
601
602
603
604
605
606

CONFIDENTIAL

607
608
609
610
611
612
613
614
615
616
617
618
619
620
621
622
623
624
625
626
627
628
629
630
631
632
633
634
635
636
637
638
639
640
641
642
643
644
645
646
647

CONFIDENTIAL

648
649
650
651
652
653
654
655
656
657
658
659
660
661
662
663
664
665
666
667
668
669
670
671
672
673
674
675
676
677
678
679
680
681
682
683
684
685
686
687
688

CONFIDENTIAL                                                           BACKGRID000106

689

690

691

692

693

694

695

696

697

698

699

700

701

702

703

704

705

706

707

708

709

710

711

712

713

714

715

716

717

718

719

720

721

722

723

724

725

726

727

728

729

CONFIDENTIAL

BACKGRID000107

730

731

732

733

734

735

736

737

738

739

740

741

742

743

744

745

746

747

748

749

750

CONFIDENTIAL                                           BACKGRID000108

| | |
|---|---|
| | **IMPORTANT:  The Copyright Office strongly encourages you to provide the title of each photograph in the application itself. To do so, simply copy the contents of this column (including the commas) and paste that information into the application in the "Photograph Titles" field that appears on the "Titles" screen.**♪ |
| **REQUIRED**: Month/Year of Publication | |
| September 2020 | 28826618, |
| September 2020 | 28826617, |
| September 2020 | 28826616, |
| September 2020 | 28826615, |
| September 2020 | 28826614, |
| September 2020 | 28826613, |
| September 2020 | 28826612, |
| September 2020 | 28826611, |
| September 2020 | 28826610, |
| September 2020 | 28826609, |
| September 2020 | 28826608, |
| September 2020 | 28826607, |
| September 2020 | 28826606, |
| September 2020 | 28826605, |
| September 2020 | 28826604, |
| September 2020 | 28826603, |
| September 2020 | 28826602, |
| September 2020 | 28826601, |
| September 2020 | 28826600, |
| September 2020 | 28826599, |
| September 2020 | 28826598, |
| September 2020 | 28826597, |
| September 2020 | 28826596, |
| September 2020 | 28826595, |
| September 2020 | 28826594, |
| September 2020 | 28826593, |
| September 2020 | 28826592, |
| September 2020 | 28826591, |
| September 2020 | 28826590, |
| September 2020 | 28826589, |
| September 2020 | 28826588, |
| September 2020 | 28826587, |

| | |
|---|---|
| September 2020 | 28826586, |
| September 2020 | 28826585, |
| September 2020 | 28826584, |
| September 2020 | 28826583, |
| September 2020 | 28826582, |
| September 2020 | 28826581, |
| September 2020 | 28826580, |
| September 2020 | 28826418, |
| September 2020 | 28826417, |
| September 2020 | 28826416, |
| September 2020 | 28826415, |
| September 2020 | 28826414, |
| September 2020 | 28826413, |
| September 2020 | 28826412, |
| September 2020 | 28826411, |
| September 2020 | 28826410, |
| September 2020 | 28826409, |
| September 2020 | 28826408, |
| September 2020 | 28826407, |
| September 2020 | 28826406, |
| September 2020 | 28826405, |
| September 2020 | 28826404, |
| September 2020 | 28826403, |
| September 2020 | 28826402, |
| September 2020 | 28826401, |
| September 2020 | 28826400, |
| September 2020 | 28826399, |
| September 2020 | 28826398, |
| September 2020 | 28826397, |
| September 2020 | 28826396, |
| September 2020 | 28826395, |
| September 2020 | 28826394, |
| September 2020 | 28826393, |
| September 2020 | 28826392, |
| September 2020 | 28826391, |
| September 2020 | 28826390, |
| September 2020 | 28826389, |
| | , |
| | , |
| | , |
| | , |

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000112

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL
BACKGRID000114

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL
BACKGRID000116

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                                  BACKGRID000120

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                                  BACKGRID000121

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                           BACKGRID000122

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                                BACKGRID000124

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                                                    BACKGRID000127

GINSBURG DECL.

# **EXHIBIT C** 3

REDACTED DOCUMENT

REQUIRED: This is the Complete List of Photographs for 1-9968248318

| Photograph Number | REQUIRED: Title of Photograph | REQUIRED: File Name of Photograph |
|---|---|---|
| 1 | 28967740 | BGUS_1996601_023.jpg |
| 2 | 28967739 | BGUS_1996601_022.jpg |
| 3 | 28967738 | BGUS_1996601_021.jpg |
| 4 | 28967737 | BGUS_1996601_020.jpg |
| 5 | 28967736 | BGUS_1996601_019.jpg |
| 6 | 28967735 | BGUS_1996601_018.jpg |
| 7 | 28967734 | BGUS_1996601_017.jpg |
| 8 | 28967733 | BGUS_1996601_016.jpg |
| 9 | 28967732 | BGUS_1996601_015.jpg |
| 10 | 28967731 | BGUS_1996601_014.jpg |
| 11 | 28967730 | BGUS_1996601_013.jpg |
| 12 | 28967729 | BGUS_1996601_012.jpg |
| 13 | 28967728 | BGUS_1996601_011.jpg |
| 14 | 28967727 | BGUS_1996601_010.jpg |
| 15 | 28967726 | BGUS_1996601_009.jpg |
| 16 | 28967725 | BGUS_1996601_008.jpg |
| 17 | 28967724 | BGUS_1996601_007.jpg |
| 18 | 28967723 | BGUS_1996601_006.jpg |
| 19 | 28967722 | BGUS_1996601_005.jpg |
| 20 | 28967721 | BGUS_1996601_004.jpg |
| 21 | 28967720 | BGUS_1996601_003.jpg |
| 22 | 28967719 | BGUS_1996601_002.jpg |
| 23 | 28967718 | BGUS_1996601_001.jpg |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |

33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56
57
58
59
60
61
62
63
64
65
66
67
68
69
70
71
72
73

CONFIDENTIAL

74
75
76
77
78
79
80
81
82
83
84
85
86
87
88
89
90
91
92
93
94
95
96
97
98
99
100
101
102
103
104
105
106
107
108
109
110
111
112
113
114

CONFIDENTIAL

BACKGRID000199

115
116
117
118
119
120
121
122
123
124
125
126
127
128
129
130
131
132
133
134
135
136
137
138
139
140
141
142
143
144
145
146
147
148
149
150
151
152
153
154
155

BACKGRID000200

156
157
158
159
160
161
162
163
164
165
166
167
168
169
170
171
172
173
174
175
176
177
178
179
180
181
182
183
184
185
186
187
188
189
190
191
192
193
194
195
196

CONFIDENTIAL

197
198
199
200
201
202
203
204
205
206
207
208
209
210
211
212
213
214
215
216
217
218
219
220
221
222
223
224
225
226
227
228
229
230
231
232
233
234
235
236
237

238
239
240
241
242
243
244
245
246
247
248
249
250
251
252
253
254
255
256
257
258
259
260
261
262
263
264
265
266
267
268
269
270
271
272
273
274
275
276
277
278

CONFIDENTIAL                                                    BACKGRID000203

279

280

281

282

283

284

285

286

287

288

289

290

291

292

293

294

295

296

297

298

299

300

301

302

303

304

305

306

307

308

309

310

311

312

313

314

315

316

317

318

319

CONFIDENTIAL

BACKGRID000204

320
321
322
323
324
325
326
327
328
329
330
331
332
333
334
335
336
337
338
339
340
341
342
343
344
345
346
347
348
349
350
351
352
353
354
355
356
357
358
359
360

CONFIDENTIAL

361

362

363

364

365

366

367

368

369

370

371

372

373

374

375

376

377

378

379

380

381

382

383

384

385

386

387

388

389

390

391

392

393

394

395

396

397

398

399

400

401

CONFIDENTIAL

402
403
404
405
406
407
408
409
410
411
412
413
414
415
416
417
418
419
420
421
422
423
424
425
426
427
428
429
430
431
432
433
434
435
436
437
438
439
440
441
442

CONFIDENTIAL

BACKGRID000207

443

444

445

446

447

448

449

450

451

452

453

454

455

456

457

458

459

460

461

462

463

464

465

466

467

468

469

470

471

472

473

474

475

476

477

478

479

480

481

482

483

CONFIDENTIAL

BACKGRID000208

484
485
486
487
488
489
490
491
492
493
494
495
496
497
498
499
500
501
502
503
504
505
506
507
508
509
510
511
512
513
514
515
516
517
518
519
520
521
522
523
524

BACKGRID000209

525

526

527

528

529

530

531

532

533

534

535

536

537

538

539

540

541

542

543

544

545

546

547

548

549

550

551

552

553

554

555

556

557

558

559

560

561

562

563

564

565

CONFIDENTIAL

BACKGRID000210

566
567
568
569
570
571
572
573
574
575
576
577
578
579
580
581
582
583
584
585
586
587
588
589
590
591
592
593
594
595
596
597
598
599
600
601
602
603
604
605
606

CONFIDENTIAL

607
608
609
610
611
612
613
614
615
616
617
618
619
620
621
622
623
624
625
626
627
628
629
630
631
632
633
634
635
636
637
638
639
640
641
642
643
644
645
646
647

CONFIDENTIAL

648
649
650
651
652
653
654
655
656
657
658
659
660
661
662
663
664
665
666
667
668
669
670
671
672
673
674
675
676
677
678
679
680
681
682
683
684
685
686
687
688

689
690
691
692
693
694
695
696
697
698
699
700
701
702
703
704
705
706
707
708
709
710
711
712
713
714
715
716
717
718
719
720
721
722
723
724
725
726
727
728
729

CONFIDENTIAL
BACKGRID000214

730
731
732
733
734
735
736
737
738
739
740
741
742
743
744
745
746
747
748
749
750

CONFIDENTIAL

BACKGRID000215

| | |
|---|---|
| | **IMPORTANT:  The Copyright Office strongly encourages you to provide the title of each photograph in the application itself. To do so, simply copy the contents of this column (including the commas) and paste that information into the application in the "Photograph Titles" field that appears on the "Titles" screen.** |
| **REQUIRED**: Month/Year of Publication | |
| September 2020 | 28967740, |
| September 2020 | 28967739, |
| September 2020 | 28967738, |
| September 2020 | 28967737, |
| September 2020 | 28967736, |
| September 2020 | 28967735, |
| September 2020 | 28967734, |
| September 2020 | 28967733, |
| September 2020 | 28967732, |
| September 2020 | 28967731, |
| September 2020 | 28967730, |
| September 2020 | 28967729, |
| September 2020 | 28967728, |
| September 2020 | 28967727, |
| September 2020 | 28967726, |
| September 2020 | 28967725, |
| September 2020 | 28967724, |
| September 2020 | 28967723, |
| September 2020 | 28967722, |
| September 2020 | 28967721, |
| September 2020 | 28967720, |
| September 2020 | 28967719, |
| September 2020 | 28967718, |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |
| | , |

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000217

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL
BACKGRID000218

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL                                                      BACKGRID000219

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL
BACKGRID000220

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000222

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000223

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL
BACKGRID000224

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000226

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000229

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000230

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000231

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

BACKGRID000232

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,
,

CONFIDENTIAL

BACKGRID000234

GINSBURG DECL.

# EXHIBIT D







JOINT APPENDIX OF EXHIBITS

# EXHIBIT 3

1

**LAW OFFICES**
**OF DAVID A. MAKMAN**

2

David Alan Makman SB# 178195

3

483 Seaport Court, Suite 103
Redwood City, CA 94063

4

Tel.: 650-242-1560

5

david@makmanlaw.com

Attorney for Defendants

6

BB BODY. INC. and
BROOKE BURKE,

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISRICT OF CALIFORNIA

11

BACKGRID USA, INC., a California
corporation,

12

Plaintiff,

13

**CASE NO. 2:23-cv-06392-SPG-MAA**

v.

14

15

BB BODY. INC., a California Corporation;
BROOKE BURKE, an individual, and DOES
1-10, inclusive,

**EXPERT DECLARATION OF MICHAEL SIMON IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

16

17

Defendants.

18

_____

**Date:**       **July 24, 2024**
**Time:**      **1:30 PM**

19

**Crtrm: 5C**

20

21

22

23

24

25

26

27

28

1.  I, Michael Glenn Simon, declare, under penalty of perjury under the laws of the State of California:

2.  I make this Declaration of my own personal knowledge and, if called upon, could and would testify to the accuracy if its contents.

3.  I am a professional photographer.  My normal hourly rate is $1,000.00 per hour. I don't use a resume in my business.  I attended Boston University from 1986-87 and Hunter College from 1988-90. From 1991 to 1995, I was a TV Talent Agent at ICM Partners.  From 1995-97, I was a publicist for Planet Hollywood.  From 2000 to the present, I have been working full time as a Photographer.  I own two entities: SGM Photos and Startraksphotos.  Through these entities, I sell my photographs.

4.  I am a seasoned Marketing and Advertising Executive with over 20 years' experience creating domestic and international brand recognition with a focus on marketing, public relations and promotions.

5.  I began my career as a TV Talent Agent ICM in Beverly Hills, CA.  I then joined Planet Hollywood, where I managed relationships with landlords and theme parks as well as celebrities and film executives, to help open and produce over 40 location openings and star-studded events from Orlando to Dubai.

6.  It is through my extensive marketing contacts, that I expanded my Advertising Agency into one of the most sought-after celebrity photography businesses.  I have created iconic and widely viewed exclusive images from events.  For example, I photographed Kim and Khloe Kardashian's wedding.  I spent many years photographing Late Night with Jimmy Fallon and CBS the Early Show. Over the past 20 years my photographs have been published in numerous books, documentaries, ad campaigns and can be seen on a daily basis in most major magazines and newspapers.

7.  Through my extensive live photography and portraiture work, I have won the admiration of many of music's biggest stars and have been on tour and photographed such artists as Selena Gomez, Miley Cyrus and The Jonas Brothers.  I also worked as the photographer for

Hollywood Records and the house photographer for such companies as Madison Square Garden and The New York Jets.

8.      I have been taking photographs of Brooke Burke and other celebrities for decades and selling them to news outlets including dailymail.com, which I understand is the company that purchased the three photographs that are attached as Exhibit A to the Complaint in this lawsuit (the "PHOTOS").  I have looked at those photos – both the originals on the Daily Mail web site and the cropped versions that appear on Brooke Burkes's Instagram.

9.      I am very familiar with the market and with market prices for celebrity photos as a result of my decades of experience in this area.

10.      Internet news sites, such as the Daily Mail, don't pay large amounts for photographs except for certain exclusive photographs that are exceptional due to the contents of the photograph. In particular, photographs of typical day-to-day activities do not command a premium because they are not unique or original.

11.      For example, a photograph of Brooke Burke working out at a gym or walking down the street is not special enough to command a premium because such shots are so common.  Such shots are worth, at most, a few dollars.  Of course, there are exceptions, for example, if a photo  of a famous person happens to become the last photograph ever of that person alive.

12.      I often tell people that photographers do this work because it is better than flipping burgers or working for Uber.  I say this because it is so difficult to make money as a photographer.

13.      I have attached hereto as Exhibits A and B a pair of Shutterstock pricing sheets that show how little an unremarkable celebrity photograph will sell for.  These sheets show typical pricing when selling photographs to Internet news services such as dailymail.com. Millions of people will see these photographs on the Internet and ,perhaps copy them, but, as you can see, the photographer and the agency are paid very little.

14.      For example, in Exhibit A, an unexceptional stock photograph of Taylor Swift is listed with a "use fee" of $2.59.  The "use fee" is the amount that the customer pays.  The amount paid to the photographer when this photograph is sold through Shutterstock is $1.55.  Thus,

DECLARATION OF MICHAEL G. SIMON

Shutterstock's gross profit for selling this photograph for would be $.95 cents.  When one accounts for expenses, BackGrid's profits would be lower than that. This report shows photographs that were actually sold and show the actual pricing.  Taylor Swift is an A list celebrity.

15.     It is my professional opinion that all three photographs at issue in this lawsuit would be priced similarly to the Taylor Swift photograph identified above.  This is typical pricing for professional quality photographs that are common, meaning that there is nothing special about them that would allow them to command a higher price.

16.     The prices in Exhibits A and B  are from 2023.  In 2020, prices were higher than they are today.  I attach hereto as Exhibit C, a true and correct copy of a pricing report from September of 2020, which I understand to be around the time that the PHOTOs were published.

17.     Again, my report lists photographs that were actually sold and show the actual pricing at that time.  There are several photographs in there that I sold to Daily Mail.  At the time the photos that I sold to Daily Mail had uncommon and exclusive subject matter.  When I say "uncommon and exclusive subject matter", I mean, for example, private or personal settings like backyards, or bikini shots—subject matter that is not easy to get and that is likely to attract interest.

18.     This shows that, in 2020, even when I had a setup that allowed me to photograph uncommon and exclusive subject matter, prices were very low.  For example, there is a private series of Brooke with her daughters Sierra and Rain at the pool in the backyard in a pool in bathing suits with a floatation swan listed in Exhibit C.  The middleman, instarimages.com, received $197.7 and I received 128.54 for 9 photographs, which means that the customer paid a little less than $20.00 per photograph, and instarimages made around $7.70 in gross profits.

19.     That set of photographs of Brooke ran on July 9 on Daily Mail.  Here is a link:
https://www.dailymail.co.uk/tvshowbiz/article-8504137/Brooke-Burke-poses-poolside-daughters-Sierra-Fisher-18-Rain-13-inflatable-swan.html

20.     All nine photographs, including the ones of Brooke in a sundress are mine. I did not shoot the two videos that ran with that story.  BackGrid could never have sold the photographs that are issue in this lawsuit for that much.

21.     There are many photographers who would allow Brooke Burke to post photographs of this quality to her Instagram without charging her in the hopes that they might get exclusive access from her in order to take a more valuable and newsworthy photo opportunity.  Not all photographers would, but many would.

22.     I attach hereto as Exhibit D, another document showing the prices I got for photographs of Brooke Burke.  These prices are from March of 2022.  I am able to charge higher prices like these when my photographs are exclusive and are of newsworthy events.

23.     As mentioned above, I write exclusive on special shots, like a bikini shot or a shot in private setting such as a wedding or birthday party. A shot in the street or at a gym, like the ones that are attached to the Complaint in this case are a dime a dozen.

24.     The highest price on Exhibit D is a photograph of Katie Holmes with a $315.00  use fee.  For the sale of that photograph, I received $204.75.  That photograph was worth so much because it was an exclusive, and it was the first photograph of Katie Holmes with a nose ring, making it newsworthy.  That photograph looked like this:



25.     Attached as Exhibits E and F are two sets of Brooke I recently serviced to the press. Exhibits E and F do not show pricing.  Even though they were exclusive and the beach setting was

5

very nice, making it more attractive to press outlets as we approach the summer season, I didn't even put "exclusive" on them. I didn't want to scare a publication into thinking that I wanted $20 or $30 dollars a photo on them when I would accept the typical going market price of a few dollars per photo. It would be obvious to publishers that the dress shot was exclusive and taken in her backyard.  Yet I am still only asking a few bucks a photo for these because that is the price I think I can get.

26.     Instagram photographs must be square.  The photographs at issue in this lawsuit were rectangular and were full length shots when published by Daily Mail.  As posted by Brooke on Instagram, however, they were cut off.  Therefore, the photographs would not be marketable and her posting these photographs would not have damaged BackGrid's ability to sell these photographs in the sense that professional news services want "clean head shots" or "full length shots," meaning that no part of the body is cut off.

So declared,

Dated: June 11, 2024

_____
Michael G. Simon

SIMON DECL.

# EXHIBIT A

| Usage Date | Supp Ref. | Media ID | Description | Client | Use Fee | % Disc | Amount |
|---|---|---|---|---|---|---|---|
| Oct 2, 2023 | | 14133854af | Taylor Swift, Blake Lively | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 2, 2023 | | 14133854au | Hugh Jackman | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 2, 2023 | | 14133854aZ | Hugh Jackman | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 2, 2023 | | 14133854bb | Blake Lively | Hello Limited (21527) | 8.46 | 40 | 5.08 |
| Oct 2, 2023 | | 14133854De | Sophie Turner | Hello Limited (21527) | 8.46 | 40 | 5.08 |
| Oct 2, 2023 | | 14133854De | Sophie Turner | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 6, 2023 | | 14133854Df | Taylor Swift | Barstool Sports (21527) | 4.11 | 40 | 2.47 |
| Oct 9, 2023 | | 14133854Df | Taylor Swift | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 3, 2023 | | 14133854Df | Taylor Swift | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 2, 2023 | | 14133854Dh | Taylor Swift | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 2, 2023 | | 14133854Dj | Taylor Swift | CDS News (21527) | 61.68 | 40 | 37.01 |
| Oct 6, 2023 | | 14133854Dj | Taylor Swift | Barstool Sports (21527) | 4.11 | 40 | 2.47 |
| Oct 4, 2023 | | 14133854Dl | Sabrina Carpenter, Sophie Turner | Barstool Sports (21527) | 4.11 | 40 | 2.47 |
| Oct 6, 2023 | | 14129931g | Katie Holmes | Meredith Corporation (21527) | 16.45 | 40 | 9.87 |
| Oct 6, 2023 | | 14094109p | Lindsey Vonn | Meredith Corporation (21527) | 16.45 | 40 | 9.87 |
| Oct 6, 2023 | | 14094109Dn | Woody Johnson (NY Jets Owner), Michael D | Meredith Corporation (21527) | 16.45 | 40 | 9.87 |
| Oct 6, 2023 | | 14083415o | Gina Kirschenheiter | Meredith Corporation (21527) | 16.45 | 40 | 9.87 |
| Oct 10, 2023 | | 14082255d | Brooke Burke | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 6, 2023 | | 13907756aw | Kevin Jonas, Joe Jonas, Nick Jonas | Meredith Corporation (21527) | 16.45 | 40 | 9.87 |
| Oct 10, 2023 | | 13403715h | EXCLUSIVE - Brooke Burke | FOX News Channel (21527) | 61.68 | 40 | 37.01 |
| Oct 10, 2023 | | 12418376bc | Exclusive - Brooke Burke, Neriah Fisher, | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |
| Oct 2, 2023 | | 14133854af | Taylor Swift, Blake Lively | HL Media Holdings, L (21527) | 2.59 | 40 | 1.55 |

Further to our communications, as of 1st July 2023, all payments are made through PayPal. If you are due a payment but have not yet provided a PayPal account, please request a form by emailing editorialaccounts@shutterstock.com.

Thanks for your business!

SIMON DECL.

# EXHIBIT B

| Usage Date | Supp Ref. | Media ID | Description | Client | Use Fee | % Disc | Amount |
|---|---|---|---|---|---|---|---|
| | | 13898813m | EXCLUSIVE - Meg Ryan, Michael J Fox atte | Vida Press OU (11994) | 4.46 | 40 | 2.67 |
| | | 13898813m | EXCLUSIVE - Meg Ryan, Michael J Fox atte | Top Photo Corporation (14020) | 1.37 | 40 | 0.82 |
| | | 13898813m | EXCLUSIVE - Meg Ryan, Michael J Fox atte | Top Photo Corporation (14020) | 3.04 | 40 | 1.83 |
| | | 13898813p | EXCLUSIVE - Meg Ryan, Michael J Fox, Tra | Grosby Group (21672) | 7.03 | 40 | 4.22 |
| | | 13898813q | EXCLUSIVE - Meg Ryan, Michael J Fox, Tra | Grosby Group (21672) | 1.68 | 40 | 1.01 |
| | | 13893050X | Tracy Pollan, Michael J Fox, Ben Stiller | Vida Press OU (11994) | 2.23 | 40 | 1.34 |
| | | 13833392c | Kola Bokinni, Jason Sudeikis, Brendan Hu | Media Mode Pty Ltd (142966) | 22.57 | 40 | 13.54 |
| | | 13814027a | Exclusive - Emma Heming and Demi Moore | Vida Press OU (11994) | 4.46 | 40 | 2.67 |
| | | 13814027a | Exclusive - Emma Heming and Demi Moore | Media Mode Pty Ltd (142966) | 109.19 | 40 | 65.52 |
| | | 13686269W | Elliot Page | Grosby Group (21672) | 1.68 | 40 | 1.01 |
| | | 13631759h | EXCLUSIVE - Kendall Jenner | Aflo Co Ltd (13285) | 2.31 | 40 | 1.39 |
| | | 13631759h | EXCLUSIVE - Kendall Jenner | Aflo Co Ltd (13285) | 2.31 | 40 | 1.39 |
| Jul 18, 2023 | | 14012988a | LeAnn Rimes behind the scenes of her new | Hello Limited (21527) | 8.51 | 40 | 5.11 |
| Jul 18, 2023 | | 14012988b | LeAnn Rimes behind the scenes of her new | Hello Limited (21527) | 8.51 | 40 | 5.11 |
| Jul 18, 2023 | | 14012988d | LeAnn Rimes and Tenille Arts behind the | Hello Limited (21527) | 8.51 | 40 | 5.11 |
| Jul 18, 2023 | | 14012988e | LeAnn Rimes and Tenille Arts behind the | Hello Limited (21527) | 8.51 | 40 | 5.11 |
| Jul 12, 2023 | | 13986066g | EXCLUSIVE- Jamie Lynn Spears getting rea | Meredith Corporation (21527) | 96.82 | 40 | 58.09 |
| Jul 17, 2023 | | 13981073l | EXCLUSIVE - Katie Holmes | American Media Portf (21527) | 2.90 | 40 | 1.74 |
| Jul 18, 2023 | | 13981073l | EXCLUSIVE - Katie Holmes | American Media Portf (21527) | 77.45 | 40 | 46.47 |
| Jul 13, 2023 | | 13972851l | Adrian Grenier, Jordan Grenier pose for | American Media Portf (21527) | 2.90 | 40 | 1.74 |
| Jul 13, 2023 | | 13972851l | Adrian Grenier, Jordan Grenier pose for | American Media Portf (21527) | 2.90 | 40 | 1.74 |
| Jul 13, 2023 | | 13971629f | Brooke Burke, Cheryl Burke | American Media Portf (21527) | 2.90 | 40 | 1.74 |
| Jul 12, 2023 | | 13971629g | Brooke Burke, Cheryl Burke | Meredith Corporation (21527) | 15.49 | 40 | 9.29 |

**Further to our communications, as of 1st July 2023, all payments are made through PayPal. If you are due a payment but have not yet provided a PayPal account, please request a form by emailing editorialaccounts@shutterstock.com.**

Thanks for your business!

**As of 1 July 2023, our new payment thresholds are: £25/$25/€25**

editorialaccounts@shutterstock.com; contributordesk@shutterstock.com    www.rexfeatures.com

SIMON DECL.

# EXHIBIT C

# Royalties Statement

**September, 2020**

## MICHAEL SIMON
64 Great Oaks Road
EAST HILLS, NY - 11577

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| 3850E3B803B - Nicole 'Snooki'Polizzi<br>#125631, PEOPLE.COM, May, 2020, ALBERT MICHAEL | 150.00 | 32 | 48.00 |
| adcacf65ec7 - Brooke Burke<br>#125679, CLOSER MAGAZINE, ISSUE 26, June 29, 2020, pg 56 | 30.00 | 65 | 19.50 |
| 8ea4aa509f5 - Hannah Ann Sluss<br>#125680, IN TOUCH WEEKLY, ISSUE 26, June 29, 2020, pg 12 | 88.09 | 65 | 57.25 |
| d3e7d5bfb9c - Hannah Ann Sluss<br>#125680, IN TOUCH WEEKLY, ISSUE 26, June 29, 2020, pg 13 | 22.02 | 65 | 14.31 |
| a3dc56ac71e - Dorit Kemsley<br>#125680, IN TOUCH WEEKLY, ISSUE 26, June 29, 2020, pg 13, JESSE BAUER | 132.13 | 65 | 85.88 |
| 58751230354 - Melissa Gorga, Joe Gorga<br>#125681, LIFE & STYLE WEEKLY, ISSUE 26, June 29, 2020, pg 12 | 30.00 | 65 | 19.50 |
| 8ea4aa509f5 - Hannah Ann Sluss<br>#125681, LIFE & STYLE WEEKLY, ISSUE 26, June 29, 2020, pg 12 | 15.00 | 65 | 9.75 |
| d3e7d5bfb9c - Hannah Ann Sluss<br>#125681, LIFE & STYLE WEEKLY, ISSUE 26, June 29, 2020, pg 13 | 90.00 | 65 | 58.50 |
| f2c3e6a085b - Hannah Ann Sluss<br>#125682, OK MAGAZINE, ISSUE 26, June 29, 2020, pg 14 | 176.18 | 65 | 114.51 |
| 632503eed4b - Dorit Kemsley<br>#125682, OK MAGAZINE, ISSUE 26, June 29, 2020, pg 16, JESSE BAUER | 49.55 | 65 | 32.20 |
| d23d385301b - Melissa Gorga<br>#125682, OK MAGAZINE, ISSUE 26, June 29, 2020, pg 16 | 66.07 | 65 | 42.94 |
| db1f4cecf9a - Melissa Gorga, Joe Gorga<br>#125682, OK MAGAZINE, ISSUE 26, June 29, 2020, pg 16 | 16.52 | 65 | 10.73 |
| ce8c0f1ef94 - Denise Richards, Aaron Phypers<br>#125682, OK MAGAZINE, ISSUE 26, June 29, 2020, pg 27, JOEY ANDREW | 44.04 | 65 | 28.62 |
| e50ed95e010 - Melissa Gorga, Joe Gorga<br>#125683, US WEEKLY MAGAZINE, ISSUE 26, June 29, 2020, pg 12 | 37.79 | 65 | 24.56 |
| 4e7a706f629 - Dorit Kemsley<br>#125683, US WEEKLY MAGAZINE, ISSUE 26, June 29, 2020, pg 13, JESSE BAUER | 100.77 | 65 | 65.50 |
| 5e7f39e1013 - Melissa Gorga, Joe Gorga<br>#125684, STAR MAGAZINE, ISSUE 26, June 29, 2020, pg 2 | 49.55 | 65 | 32.20 |
| ccc9c45bcfa - Brooke Burke<br>#125684, STAR MAGAZINE, ISSUE 26, June 29, 2020, pg 8, JESSE BAUER | 44.04 | 65 | 28.62 |
| a3dc56ac71e - Dorit Kemsley<br>#125684, STAR MAGAZINE, ISSUE 26, June 29, 2020, pg 14, JESSE BAUER | 88.09 | 65 | 57.25 |
| 3d77ead9f52 - Tori Spelling<br>#125684, STAR MAGAZINE, ISSUE 26, June 29, 2020, pg 16, SOPHIE FRITZ | 33.03 | 65 | 21.46 |

**MICHAEL SIMON**

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| adc7b96fb0d - Brooke Burke-Charvet<br>#125684, STAR MAGAZINE, ISSUE 26, June 29, 2020, pg 37 | 99.10 | 65 | 64.41 |
| 5fc3bc27b73 - Sofia Vergara<br>#125695, CLOSER MAGAZINE, ISSUE 27, July 6, 2020, pg 31, JONATHAN RESSLER | 30.00 | 65 | 19.50 |
| 5fc3bc27b73 - Sofia Vergara<br>#125695, CLOSER MAGAZINE, ISSUE 27, July 6, 2020, pg 31, JONATHAN RESSLER | 30.00 | 65 | 19.50 |
| c993fa5cb41 - Whitney Port<br>#125698, OK MAGAZINE, ISSUE 27, July 6, 2020, pg 38 | 5.51 | 65 | 3.58 |
| baa18b751dc - Kristin Cavallari<br>#125698, OK MAGAZINE, ISSUE 27, July 6, 2020, pg 53 | 11.01 | 65 | 7.15 |
| 69fb1e51038 - Jenny McCarthy<br>#125699, US WEEKLY MAGAZINE, ISSUE 27, July 6, 2020 | 188.95 | 65 | 122.81 |
| d6cf53c983d - Jenny McCarthy<br>#125699, US WEEKLY MAGAZINE, ISSUE 27, July 6, 2020, pg 8 | 50.39 | 65 | 32.75 |
| 8e5cd6210e2 - Dorit Kemsley, Phoenix Kemsley<br>#125700, STAR MAGAZINE, ISSUE 27, July 6, 2020, pg 2, JESSE BAUER | 66.07 | 65 | 42.94 |
| 15e0bb29a72 - Brooke Burke<br>#125700, STAR MAGAZINE, ISSUE 27, July 6, 2020, pg 10 | 66.07 | 65 | 42.94 |
| 0e7af8b6b03 - Dorit Kemsley<br>#125706, SUN ONLINE, June 26, 2020 | 58.50 | 65 | 38.03 |
| 4c228986aa4 - Kate Bosworth<br>#125709, NEW WEEKLY AUSTRALIA PO 001855, ISSUE 2014, 2020 | 43.55 | 65 | 28.31 |
| fe0697db340 - Madelaine Petsch<br>#125711, J-14 MAGAZINE, ISSUE 2009, September, 2020 | 200.00 | 65 | 130.00 |
| c094af7c828 - Hailey Baldwin<br>#125711, J-14 MAGAZINE, ISSUE 2009, September, 2020, pg 2 | 5.00 | 65 | 3.25 |
| d651f2848e2 - Lea Michele with husband Zandy Reich<br>#125727, PEOPLE.COM, June, 2020, SOPHIE FRITZ | 500.00 | 65 | 325.00 |
| ff9ec841c7b - Brooke Shields<br>#125727, PEOPLE.COM, June, 2020, INSTARIMAGES.COM | 175.00 | 65 | 113.75 |
| c30395409a3 - Dorit Kemsley<br>#125733, LIFE & STYLE WEEKLY, ISSUE 28, July 13, 2020, pg 13, JESSE BAUER | 120.00 | 65 | 78.00 |
| d9e89e51ac0 - Dorit Kemsley, Phoenix Kemsley<br>#125733, LIFE & STYLE WEEKLY, ISSUE 28, July 13, 2020, pg 13, JESSE BAUER | 40.00 | 65 | 26.00 |
| a3dc56ac71e - Dorit Kemsley<br>#125733, LIFE & STYLE WEEKLY, ISSUE 28, July 13, 2020, pg 40, JESSE BAUER | 80.00 | 65 | 52.00 |
| 551a488dd4c - Jennifer Lahmers<br>#125734, OK MAGAZINE, ISSUE 28, July 13, 2020, pg 16 | 99.10 | 65 | 64.41 |
| 339076cf6a7 - Porsha Williams<br>#125734, OK MAGAZINE, ISSUE 28, July 13, 2020, pg 37 | 5.51 | 65 | 3.58 |
| 72df9cf935f - Sonja Morgan<br>#125736, STAR MAGAZINE, ISSUE 28, July 13, 2020, pg 35 | 16.52 | 65 | 10.73 |
| fcc01e768bd - Lindsay Lohan<br>#125736, STAR MAGAZINE, ISSUE 28, July 13, 2020, pg 35 | 16.52 | 65 | 10.73 |
| 966c055b5aa - Tori Spelling<br>#125748, NATIONAL EXAMINER, ISSUE 26, June 29, 2020, pg 44, SOPHIE FRITZ | 19.53 | 65 | 12.69 |
| 615d850f7de - Lea Michele with husband Zandy Reich<br>#125750, WHO AUSTRALIA - PO 161494, ISSUE 29, 2020, SOPHIE FRITZ | 197.70 | 65 | 128.50 |
| 6383fab2e62 - Dorit Kemsley<br>#125751, GLOBE MAGAZINE, ISSUE 26, June 29, 2020, pg 3, JESSE BAUER | 26.04 | 65 | 16.92 |

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| 2c87519b074 - Rachel Brosnahan<br>#125751, GLOBE MAGAZINE, ISSUE 26, June 29, 2020, pg 14 | 3.26 | 65 | 2.11 |
| 806c594fa2c - Rachel Weisz<br>#125751, GLOBE MAGAZINE, ISSUE 26, June 29, 2020, pg 14 | 3.26 | 65 | 2.11 |
| 3a85fe70357 - Shaya Charvet,Brooke Burke,Sierra Fisher,Rain Charvet<br>#125751, GLOBE MAGAZINE, ISSUE 26, June 29, 2020, pg 22 | 13.02 | 65 | 8.46 |
| 3a85fe70357 - Shaya Charvet,Brooke Burke,Sierra Fisher,Rain Charvet<br>#125751, GLOBE MAGAZINE, ISSUE 26, June 29, 2020, pg 22 | 13.02 | 65 | 8.46 |
| 63a941f1af3 - Brooke Shields<br>#125756, CLOSER MAGAZINE, ISSUE 29, July 20, 2020, pg 26, SOPHIE FRITZ | 40.00 | 65 | 26.00 |
| 8f1d4863141 - Sofia Vergara<br>#125757, IN TOUCH WEEKLY, ISSUE 29, July 20, 2020, pg 2 | 11.01 | 65 | 7.15 |
| 60de9ed59a7 - Brooke Burke-Charvet<br>#125757, IN TOUCH WEEKLY, ISSUE 29, July 20, 2020, pg 2, GEORGE NEVILLE | 16.52 | 65 | 10.73 |
| 39852e0cae4 - Lea Michele with husband Zandy Reich<br>#125757, IN TOUCH WEEKLY, ISSUE 29, July 20, 2020, pg 9, SOPHIE FRITZ | 150.00 | 65 | 97.50 |
| 98400174241 - Hannah Ann Sluss<br>#125757, IN TOUCH WEEKLY, ISSUE 29, July 20, 2020, pg 10, JOEY ANDREW | 49.55 | 65 | 32.20 |
| c870facf997 - Brooke Shields<br>#125757, IN TOUCH WEEKLY, ISSUE 29, July 20, 2020, pg 10, INSTARIMAGES.COM | 44.04 | 65 | 28.62 |
| acd357a6ed7 - Brooke Burke-Charvet<br>#125758, LIFE & STYLE WEEKLY, ISSUE 29, July 20, 2020, pg 25 | 15.00 | 65 | 9.75 |
| 76346f7675c - Tracee Ellis Ross<br>#125758, LIFE & STYLE WEEKLY, ISSUE 29, July 20, 2020, pg 37, JOEY ANDREW | 45.00 | 65 | 29.25 |
| 22c6ffef328 - Dorit Kemsley with daughter Phoenix Kemsley<br>#125759, OK MAGAZINE, ISSUE 29, July 20, 2020, pg 16 | 11.01 | 65 | 7.15 |
| 394822b625b - Tori Spelling<br>#125759, OK MAGAZINE, ISSUE 29, July 20, 2020, pg 20, JOEY ANDREW | 66.07 | 65 | 42.94 |
| 66500dc31ca - Brooke Shields<br>#125760, US WEEKLY MAGAZINE, ISSUE 29, July 20, 2020, pg 22, INSTARIMAGES.COM | 50.39 | 65 | 32.75 |
| 21cc3f45feb - Paris Hilton<br>#125761, STAR MAGAZINE, ISSUE 29, July 20, 2020, pg 13 | 66.07 | 65 | 42.94 |
| 60b42d72123 - Brooke Shields<br>#125766, DAILY MAIL ONLINE - USAGE, July, 2020, 167780-2007146, INSTARIMAGES.COM | 94.92 | 65 | 61.70 |
| 5979334f6f5 - Brooke Shields<br>#125766, DAILY MAIL ONLINE - USAGE, July, 2020, 167780-2007146 | 94.92 | 65 | 61.70 |
| 615d850f7de - Lea Michele with husband Zandy Reich<br>#125766, DAILY MAIL ONLINE - USAGE, July, 2020, 167780-2007146, SOPHIE FRITZ | 488.16 | 65 | 317.30 |
| f50df83cf34 - Brooke Burke with daughters Sierra Fisher,Rain Charvet<br>#125766, DAILY MAIL ONLINE - USAGE, July, 2020, 167780-2007146 | 197.76 | 65 | 128.54 |
| 437ef2c85ee - Dorit Kemsley<br>#125796, DAILY MAIL ONLINE - USAGE, July 7, 2020, JOEY ANDREW | 100.54 | 65 | 65.35 |
| 615d850f7de - Lea Michele with husband Zandy Reich<br>#125800, METRO ONLINE UK, July 1, 2020, 167780-2007078, SOPHIE FRITZ | 122.80 | 65 | 79.82 |
| 615d850f7de - Lea Michele with husband Zandy Reich<br>#125802, SUN ONLINE, July 1, 2020, SOPHIE FRITZ | 50.00 | 65 | 32.50 |
| ec401639fda - Brooke Shields<br>#125803, SUN ONLINE, July 6, 2020 | 58.50 | 65 | 38.03 |
| 52673b67fa0 - Melissa Gorga<br>#125807, NATIONAL  ENQUIRER, ISSUE 26, June 29, 2020, pg 10 | 33.03 | 65 | 21.46 |

**MICHAEL SIMON**...

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| 07f97ed5050 - Jennifer Lahmers<br>#125807, NATIONAL ENQUIRER, ISSUE 26, June 29, 2020, pg 10 | 44.04 | 65 | 28.62 |
| 2cb274c8101 - Melissa Gorga,Gino Gorga,Joey Gorga Jr<br>#125807, NATIONAL ENQUIRER, ISSUE 26, June 29, 2020, pg 45 | 33.03 | 65 | 21.46 |
| 2cb274c8101 - Melissa Gorga,Gino Gorga,Joey Gorga Jr<br>#125807, NATIONAL ENQUIRER, ISSUE 26, June 29, 2020, pg 45 | 33.03 | 65 | 21.46 |
| 8d512497833 - Brooke Burke<br>#125809, GLOBE MAGAZINE, ISSUE 27, July 6, 2020, pg 3, JESSE BAUER | 52.08 | 65 | 33.85 |
| bd0186a660b - Mila Kunis<br>#125809, GLOBE MAGAZINE, ISSUE 27, July 6, 2020, pg 14 | 3.26 | 65 | 2.11 |
| 5bf3eb5d9b4 - Constance Wu<br>#125809, GLOBE MAGAZINE, ISSUE 27, July 6, 2020, pg 14 | 3.26 | 65 | 2.11 |
| f09e1238955 - Kristin Chenoweth,Josh Bryant<br>#125821, GLOBE MAGAZINE, ISSUE 28, July 13, 2020, pg 22 | 9.77 | 65 | 6.35 |
| f09e1238955 - Kristin Chenoweth,Josh Bryant<br>#125821, GLOBE MAGAZINE, ISSUE 28, July 13, 2020, pg 22 | 9.77 | 65 | 6.35 |
| ae9c46f9150 - Brooke Burke<br>#125822, GLOBE MAGAZINE, ISSUE 29, July 20, 2020, pg 22 | 9.77 | 65 | 6.35 |
| ae9c46f9150 - Brooke Burke<br>#125822, GLOBE MAGAZINE, ISSUE 29, July 20, 2020, pg 22 | 9.77 | 65 | 6.35 |
| 39b67215d2b - Tori Spelling with chickens<br>#125822, GLOBE MAGAZINE, ISSUE 29, July 20, 2020, pg 38, SOPHIE FRITZ | 9.77 | 65 | 6.35 |
| ec8b152ee24 - Brooke Shields<br>#125823, DAILY MAIL ONLINE - USAGE, July 28, 2020, 167780-2008117 | 98.90 | 65 | 64.28 |
| d67a83edcd3 - Lea Michele with husband Zandy Reich<br>#125826, CLOSER MAGAZINE UK, ISSUE 913, 2020, pg 20, SOPHIE FRITZ | 322.00 | 65 | 209.30 |
| 6291a0a7160 - Paris Hilton with dog Princess Paris Jr<br>#125827, HEAT MAGAZINE UK, ISSUE 1099, 2020, pg 32, JESSE BAUER | 209.30 | 65 | 136.05 |
| 5b6313e0120 - Jessie James Decker<br>#125845, TMZ, July 31, 2020, Website Usage | 800.00 | 65 | 520.00 |
| 46d37f80637 - Brooke Burke<br>#125851, DAILY MAIL ONLINE - USAGE, July 25, 2020, 167780-2008048, JESSE BAUER | 99.68 | 65 | 64.79 |
| 5e48527c262 - Hannah Ann Sluss<br>#125854, NATIONAL EXAMINER, ISSUE 29, July 20, 2020, pg 44, JESSE BAUER | 13.02 | 65 | 8.46 |
| 394822b625b - Tori Spelling<br>#125854, NATIONAL EXAMINER, ISSUE 29, July 20, 2020, pg 45, JOEY ANDREW | 13.02 | 65 | 8.46 |
| 0e8b6ae24d6 - Jessie James Decker<br>#125873, DAILY MAIL ONLINE - USAGE, August, 2020, 167780-2008117 | 251.12 | 65 | 163.22 |
| a5895518995 - Brooke Shields<br>#125873, DAILY MAIL ONLINE - USAGE, August, 2020, 167780-2008117 | 32.96 | 65 | 21.42 |
| a127dbea469 - Melissa Gorga<br>#125883, DAILY MAIL ONLINE - USAGE, August, 2020, 167780-2008186 | 296.94 | 65 | 193.01 |
| c2470fd70df - Melissa Gorga<br>#125886, DAILY MAIL ONLINE - USAGE, March 25, 2020, SOPHIE FRITZ | 134.05 | 65 | 87.13 |
| af8f16d664f - Denise Richards<br>#125887, DAILY MAIL ONLINE - USAGE, March 18, 2020 | 100.54 | 65 | 65.35 |
| f790ea98d4b - Katie Holmes<br>#125893, WOMANS DAY AUSTRALIA PO 027879, ISSUE 3520, 2020, JOEY ANDREW | 43.68 | 65 | 28.39 |
| a39eff72f5d - Katie Holmes<br>#125893, WOMANS DAY AUSTRALIA PO 027879, ISSUE 3520, 2020, JOEY ANDREW | 43.68 | 65 | 28.39 |

**MICHAEL SIMON**

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| 2cb274c8101 - Melissa Gorga,Gino Gorga,Joey Gorga Jr<br>#125904, NATIONAL ENQUIRER UK, ISSUE 27, June 29, 2020, pg 13 | 9.77 | 65 | 6.35 |
| 2cb274c8101 - Melissa Gorga,Gino Gorga,Joey Gorga Jr<br>#125904, NATIONAL ENQUIRER UK, ISSUE 27, June 29, 2020, pg 13 | 9.77 | 65 | 6.35 |
| a3dc56ac71e - Dorit Kemsley<br>#125904, NATIONAL ENQUIRER UK, ISSUE 27, June 29, 2020, pg 17, JESSE BAUER | 52.08 | 65 | 33.85 |
| 54eaebbdf68 - Brooke Burke<br>#125905, NATIONAL ENQUIRER, ISSUE 27, July 6, 2020, pg 12 | 33.03 | 65 | 21.46 |
| 0fde76bb94c - Brooke Shields<br>#125908, NEWS.COM.AU, July 5, 2020, Online | 42.25 | 65 | 27.46 |
| ad7bf953f91 - Brooke Shields<br>#125908, NEWS.COM.AU, July 5, 2020, Online | 42.25 | 65 | 27.46 |
| a5895518995 - Brooke Shields<br>#125909, WHO AUSTRALIA - PO 161494, ISSUE One Shot, 2020, Train Like A Celeb | 87.36 | 65 | 56.78 |
| D3E1AEDAC11 - Kourtney Kardashian, Kendall Jenner, Kris Jenner,  Kim Kard<br>#125925, REALITYBLURB.COM, September, 2020, JAKE HOLLY | 5.00 | 32 | 1.60 |
| 55a312eed73 - Denise Richards<br>#125925, REALITYBLURB.COM, September, 2020 | 5.00 | 65 | 3.25 |
| fcece517887 - Hannah Ann<br>#125927, E! ONLINE, August, 2020, JOEY ANDREW | 35.00 | 65 | 22.75 |
| 29A93606048 - Miley Cyrus, Nick Jonas (The Jonas Brothers)<br>#125927, E! ONLINE, August, 2020 | 150.00 | 65 | 97.50 |
| 56951913968 - Brooke Burke<br>#126916, DAILY MAIL ONLINE - USAGE, September 1, 2020 | 205.07 | 65 | 133.30 |
| 54eaebbdf68 - Brooke Burke<br>#126918, NATIONAL ENQUIRER UK, ISSUE 28, July 6, 2020, pg 12 | 39.06 | 65 | 25.38 |
| 26e1fb21cf2 - Brooke Shields with Daughter Rowan Henchy, Grier Henchy and<br>#126919, NATIONAL  ENQUIRER, ISSUE 28, July 13, 2020, pg 10, INSTARIMAGES.COM | 44.04 | 65 | 28.62 |
| fcc01e768bd - Lindsay Lohan<br>#126920, NATIONAL ENQUIRER UK, ISSUE 29, July 13, 2020 | 24.41 | 65 | 15.86 |
| 72df9cf935f - Sonja Morgan<br>#126920, NATIONAL ENQUIRER UK, ISSUE 29, July 13, 2020, pg 41 | 13.02 | 65 | 8.46 |
| fcc01e768bd - Lindsay Lohan<br>#126920, NATIONAL ENQUIRER UK, ISSUE 29, July 13, 2020, pg 41 | 13.02 | 65 | 8.46 |
| edd994742e2 - Stephanie Winston Wolkoff<br>#126926, DAILY MAIL TV, July, 2020 | 5.00 | 65 | 3.25 |
| 394822b625b - Tori Spelling<br>#126955, NATIONAL  ENQUIRER, ISSUE 29, July 20, 2020, pg 10, JOEY ANDREW | 44.04 | 65 | 28.62 |
| e4689da36db - Wendy Williams<br>#126955, NATIONAL  ENQUIRER, ISSUE 29, July 20, 2020, pg 12 | 5.51 | 65 | 3.58 |
| b7a08ca81d3 - Kristin Chenoweth,Josh Bryant<br>#126955, NATIONAL  ENQUIRER, ISSUE 29, July 20, 2020, pg 45 | 33.03 | 65 | 21.46 |
| b7a08ca81d3 - Kristin Chenoweth,Josh Bryant<br>#126955, NATIONAL  ENQUIRER, ISSUE 29, July 20, 2020, pg 45 | 33.03 | 65 | 21.46 |
| e4689da36db - Wendy Williams<br>#126956, NATIONAL ENQUIRER UK, ISSUE 30, July 20, 2020, pg 12 | 3.26 | 65 | 2.11 |
| b7a08ca81d3 - Kristin Chenoweth,Josh Bryant<br>#126956, NATIONAL ENQUIRER UK, ISSUE 30, July 20, 2020, pg 13 | 9.77 | 65 | 6.35 |
| b7a08ca81d3 - Kristin Chenoweth,Josh Bryant<br>#126956, NATIONAL ENQUIRER UK, ISSUE 30, July 20, 2020, pg 13 | 9.77 | 65 | 6.35 |

**MICHAEL SIMON**

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| 21cc3f45feb - Paris Hilton<br>#126956, NATIONAL ENQUIRER UK, ISSUE 30, July 20, 2020, pg 17 | 39.06 | 65 | 25.38 |
| BELGIUM<br>06/30/20 SIMON \| Justin Timberlake at the Bass Pro Shops Legends of  \| PRIMO, MICHAEL SIMON | 13.83 | 80 | 11.06 |
| BELGIUM<br>07/31/20 BAUER \| DPPMAGINFA \| - Los Angeles, CA - 43315 - Tori Spelling and, MICHAEL SIMON | 14.78 | 80 | 11.82 |
| BELGIUM<br>07/31/20 SIMON \| PRIMO \| MTV`s `Lindsay Lohan`s Beach Club` Premiere Party, MICHAEL SIMON | 13.90 | 80 | 11.12 |
| THE NETHERLANDS<br>07/31/20 MS126724.JPG, MICHAEL SIMON                    /MS | 47.32 | 80 | 37.85 |
| THE NETHERLANDS<br>07/31/20 MS131337.JPG, MICHAEL SIMON                    /MS | 20.70 | 80 | 16.56 |
| THE NETHERLANDS<br>07/31/20 JA134912.JPG, MICHAEL SIMON                    /MS | 10.35 | 80 | 8.28 |
| THE NETHERLANDS<br>07/31/20 JA134901.JPG, MICHAEL SIMON                    /MS | 10.35 | 80 | 8.28 |
| THE NETHERLANDS<br>07/31/20 JA134927.JPG, MICHAEL SIMON                    /MS | 10.35 | 80 | 8.28 |
| THE NETHERLANDS<br>07/31/20 MS_10691.JPG, MICHAEL SIMON                    /MS | 5.91 | 80 | 4.72 |
| THE NETHERLANDS<br>07/31/20 MS123105.JPG, MICHAEL SIMON                    /MS | 2.95 | 80 | 2.36 |
| THE NETHERLANDS<br>07/31/20 JO135712.JPG, MICHAEL SIMON                    /MS | 1.77 | 80 | 1.41 |
| FRANCE<br>08/31/20 CS53661 \|  \| EXCLUSIVE - Tori Spelling And Son Liam Walk Their Pet Pygmy Goat in Los Angeles, | 26.83 | 40 | 10.73 |
| FRANCE<br>08/31/20 135168_01.jpg \|  \| EXCLUSIVE - High School Musical sensation Ashley Tisdale performs at The Ea | 2.27 | 40 | 0.90 |
| FRANCE<br>08/31/20 CS_66936 \| CS_66936 \| EXCLUSIVE - Kim Kardashian during the Kim Kardashian s Bridal Shower, he | 2.27 | 40 | 0.90 |
| FRANCE<br>08/31/20 CS_66453 \|  \| EXCLUSIVE. Kendall Jenner Photocall - Los Angeles, ALBERT MICHAEL | 0.85 | 40 | 0.34 |
| FRANCE<br>08/31/20 CS_72068 \|  \| Ariana Grande Halloween Party - LA, ALBERT MICHAEL | 0.85 | 40 | 0.34<br>/CS |
| FRANCE<br>08/31/20 CS_92634 \|  \| Luke Perry and Gabrielle Carteris At The Old Navy Bluesology Bar - Los Angeles, | 0.85 | 40 | 0.34 |
| FRANCE<br>08/31/20 CS38510 \|  \| EXCLUSIVE - Jennie Garth and Luke Perry at the Old Navy Bluesology Bar in LA, ALB | 0.85 | 40 | 0.34 |
| FRANCE<br>08/31/20 CS43096 \|  \| Exclusive. Kylie Jenner Filming A SEARS Back To School Campaign, ALBERT MICHAEL | 0.85 | 40 | 0.34 |
| FRANCE<br>08/31/20 STK_JHA15401 \|  \| The Kardashians Throw a Pre-Halloween Party - Los Angeles, ALBERT MICHAEL | 0.85 | 40 | 0.34 |
| FRANCE<br>08/31/20 STK_JHA15401 \|  \| The Kardashians Throw a Pre-Halloween Party - Los Angeles, ALBERT MICHAEL | 0.85 | 40 | 0.34 |
| FRANCE<br>08/31/20 MS_10598 \|  \| Katy Perry At Amazon Events - LA, MICHAEL SIMON | 41.88 | 80 | 33.50<br>/MS |
| FRANCE<br>08/31/20 MS113081 \|  \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 2.84 | 80 | 2.27 |
| FRANCE<br>08/31/20 MS_249869 \| MS_249869 \| Kim Kardashian attending the Simon Huck's Command Entertainment Group | 2.27 | 80 | 1.81 |

**MICHAEL SIMON**

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| FRANCE<br>08/31/20 SXC_6473 \|   \| Blake Lively Leaving The Crosby Hotel - NYC, MICHAEL SIMON | 1.99 | 80 | 1.59 |
| FRANCE<br>08/31/20 SXC_6473 \|   \| Blake Lively Leaving The Crosby Hotel - NYC, MICHAEL SIMON | 1.99 | 80 | 1.59 |
| FRANCE<br>08/31/20 SXC_6473 \|   \| Blake Lively Leaving The Crosby Hotel - NYC, MICHAEL SIMON | 1.99 | 80 | 1.59 |
| FRANCE<br>08/31/20 MS113081 \|   \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS113081 \|   \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS113081 \|   \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS113081 \|   \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS113081 \|   \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS113081 \|   \| Exclusive - Lady Gaga Launch Her Make-up Christmas Collection - LA, MICHAEL SIMO | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS117241 \| MS117241 \| Suzanne Somers at Good Day New York Fox 5 on January 10, 2020 in New Yor | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128217 \| MS128217 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128218 \| MS128218 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128220 \| MS128220 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128222 \| MS128222 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128223 \| MS128223 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128224 \| MS128224 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128241 \| MS128241 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 MS128243 \| MS128243 \| Nicky Hilton Rothschild with her daughters Teddy Rothschild and Lily Rot | 1.70 | 80 | 1.36 |
| FRANCE<br>08/31/20 1001028618 \|   \| Exclusive - Katie Holmes at Omaha Steaks in LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 JH297367 \|   \| Rachel Bilson Walking Her Dog - LA, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 JO_169023 \|   \| Exclusive - Blake Lively And Her Dog - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 JSS479122 \|   \| Exclusive - Olivia Culpo Headed to the Airport - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 JSS86725 \|   \| Brooke Burke-Charvet On The Beach - Malibu, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS_237207 \|   \| Kim Kardashian At Halloween Party - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS_249882 \|   \| Simon Huck Command Entertainment Group Launch - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68 |

**MICHAEL SIMON***

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| FRANCE<br>08/31/20 MS_28896 \| \| The Last Sharknado: It s About Time Premiere - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS_28896 \| \| The Last Sharknado: It s About Time Premiere - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS_58469 \| \| Sony Pictures Classics Annual Oscar Nominees Gala Dinner - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS_68642 \| \| American Icon Awards Gala Benefit Ceremony, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS103774 \| \| Exclusive - Hilaria Baldwin Photo Session - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS108170 \| \| Ciara Unveils A Holiday Window NYC, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 MS108315 \| Rainbow Skating Party - LA, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 MS41371 \| \| Christina Milian Halloween Cocktail Recipe Launch - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS481407 \| \| Exclusive - Winnie Harlow Rides A Scooter - Paris, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS56088 \| Noah Schnapp Portrait, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 MS56088 \| Noah Schnapp Portrait, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 MS58384 \| \| The Hallmark Channels Northpole Movie Premiere - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS61287 \| Madelaine Petsch On Set - LA, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 MS63038 \| Zoe Saldana Wearing Blue Lokai Benefiting Charity - LA, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS76777 \| Rosario Dawson Promotes Burt`s Bees - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS77665 \| \| Viola Davis At A Touch of Sugar Screening - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 MS91400 \| Jake Hoffman Visits Good Day - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/MS |
| FRANCE<br>08/31/20 MS95358 \| Anne Winters And Wyclef Jean On Good Day - NYC, MICHAEL SIMON | 0.85 | 80 | 0.68 |
| FRANCE<br>08/31/20 SCK_4127 \| \| American Icon Awards Gala Benefit LA, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/ |
| FRANCE<br>08/31/20 SCK_4127 \| \| American Icon Awards Gala Benefit LA, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/ |
| FRANCE<br>08/31/20 SCK_4127 \| \| American Icon Awards Gala Benefit LA, MICHAEL SIMON | 0.85 | 80 | 0.68<br>/ |
| UK<br>08/31/20 ALBERT MICHAEL \| Charlie Sheen with daughters Lola and Sa, ALBERT MICHAEL | 1.22 | 40 | 0.48 |
| UK<br>08/31/20 ALBERT MICHAEL \| Phyllis George (Miss America 1971), ALBERT MICHAEL | 1.22 | 40 | 0.48<br>/ |
| UK<br>08/31/20 ALBERT MICHAEL \| Jennifer Aniston, ALBERT MICHAEL | 0.65 | 40 | 0.26<br>/CS |
| UK<br>08/31/20 ALBERT MICHAEL \| Kendall Jenner, Kris Jenner, Robert Kard, ALBERT MICHAEL | 0.38 | 40 | 0.15 |

**MICHAEL SIMON...**

| | PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|---|
| agent | UK<br>08/31/20 ALBERT MICHAEL \| Khloe Kardashian, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 ALBERT MICHAEL \| Khloe Kardashian, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 ALBERT MICHAEL \| Kim Kardashian West, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 ALBERT MICHAEL \| Kim Kardashian West, Khloe Kardashian, ALBERT MICHAEL | 0.38 | 40 | 0.15 |
| agent | UK<br>08/31/20 ALBERT MICHAEL \| Kylie Jenner, Rob Kardashian, ALBERT MICHAEL | 0.38 | 40 | 0.15<br>/CS |
| agent | UK<br>08/31/20 Jake Holly \| Kendall Jenner, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 JAKE HOLLY \| Kim Kardashian West, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 Jake Holly \| Kourtney Kardashian, Scott Disick, ALBERT MICHAEL | 0.38 | 40 | 0.15<br>/CS |
| agent | UK<br>08/31/20 Jake Holly \| Kris Jenner, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 JAKE HOLLY \| Kylie Jenner, Kendall Jenner, ALBERT MICHAEL | 0.38 | 40 | 0.15<br>/CS |
| agent | UK<br>08/31/20 Michael \| Khloe Kardashian, ALBERT MICHAEL | 0.38<br>/CS | 40 | 0.15 |
| agent | UK<br>08/31/20 SIMON \| Guy Laliberte and Nico Stojan, MICHAEL SIMON | 20.68 | 80<br>/MS | 16.54 |
| agent | UK<br>08/31/20 SIMON \| Ava Phillippe, MICHAEL SIMON | 14.77<br>/MS | 80 | 11.81 |
| agent | UK<br>08/31/20 SIMON \| Kimberly Stewart relaxing on the beach, MICHAEL SIMON | 14.77 | 80 | 11.81<br>/MS |
| agent | UK<br>08/31/20 SIMON \| Chrissy Teigen, MICHAEL SIMON | 10.42<br>/MS | 80 | 8.33 |
| agent | UK<br>08/31/20 SIMON \| Chrissy Teigen, MICHAEL SIMON | 10.42<br>/MS | 80 | 8.33 |
| agent | UK<br>08/31/20 SIMON \| Jaime King, MICHAEL SIMON | 4.63<br>/MS | 80 | 3.70 |
| agent | UK<br>08/31/20 Simon \| Kylie Jenner, MICHAEL SIMON | 2.21<br>/MS | 80 | 1.76 |
| agent | UK<br>08/31/20 Simon \| Kylie Jenner, MICHAEL SIMON | 2.21<br>/MS | 80 | 1.76 |
| agent | UK<br>08/31/20 Simon \| Kylie Jenner, MICHAEL SIMON | 2.21<br>/MS | 80 | 1.76 |
| agent | UK<br>08/31/20 Simon \| Kylie Jenner, MICHAEL SIMON | 2.21<br>/MS | 80 | 1.76 |
| agent | UK<br>08/31/20 Simon \| Kylie Jenner, MICHAEL SIMON | 2.21<br>/MS | 80 | 1.76 |
| agent | UK<br>08/31/20 SIMON \| Kristin Chenoweth, Jennifer Aspen, MICHAEL SIMON | 1.22 | 80 | 0.97<br>/MS |
| agent | UK<br>08/31/20 SIMON \| Olivia Jade, Lori Loughlin, Bella Giannu, MICHAEL SIMON | 1.22 | 80 | 0.97<br>/MS |
| agent | UK<br>08/31/20 SIMON \| Sarah Michelle Gellar and Freddie Prinze, MICHAEL SIMON | 1.22 | 80 | 0.97<br>/MS |

**MICHAEL SIMON**

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| UK<br>08/31/20 SIMON \| Vanessa Minnillo, Nick Lachey with son C, MICHAEL SIMON | 1.22 | 80 | 0.97<br>/MS |
| UK<br>08/31/20 SIMON \| Vanessa Minnillo, Nick Lachey with son C, MICHAEL SIMON | 1.22 | 80 | 0.97<br>/MS |
| UK<br>08/31/20 SIMON \| Vanessa Minnillo, Nick Lachey with son C, MICHAEL SIMON | 1.22 | 80 | 0.97<br>/MS |
| UK<br>08/31/20 Michael Simon \| Adriana Lima and Derek Jeter, MICHAEL SIMON | 0.77 | 80 | 0.61<br>/MS |
| UK<br>08/31/20 Trent Warner \| Carson Daly and Petra Nemcova, TRENT WARNER | 1.33 | 20 | 0.26<br>/TW |
| ESTONIA<br>08/31/20 MS470293 \| Exclusive - - New York, NY - 08/07/2018 - Blake Lively helps husband Ryan Reynolds | 3.74 | 80 | 2.99 |
| FINLAND<br>08/31/20 MS87663 \| MICHAEL SIMON \| Sofia Richie, MICHAEL SIMON | 3.23 | 80 | 2.58<br>/MS |
| FINLAND<br>08/31/20 MS137256 \| MICHAEL SIMON \| Hannah Ann, MICHAEL SIMON | 3.23 | 80 | 2.58<br>/MS |
| FINLAND<br>08/31/20 MS334825 \| MICHAEL SIMON \| Khloe Kardashian,Kris Jenner,Kylie Jenner, MICHAEL SIMON | 3.23 | 80 | 2.58 |
| FINLAND<br>08/31/20 STARTRAKS_QooPH3Anx \| MICHAEL SIMON \| Dascha Polanco, MICHAEL SIMON | 3.23 | 80 | 2.58 |
| GERMANY<br>08/31/20 JA134912 \| MICHAEL SIMON \| SONDERKONDITIONEN DOPPELTER ANSTRICH,  Exclusive - Beverly Hills, C | 69.94 | 80 | 55.95 |
| GERMANY<br>08/31/20 MS112135 \| MICHAEL SIMON \| New York, NY - 12/03/2019 - Katharine McPhee headed to a holiday pa | 59.76 | 80 | 47.81 |
| GERMANY<br>08/31/20 JA134910 \| MICHAEL SIMON \| ok SONDERKONDITIONEN DOPPELTER ANSTRICH,  Exclusive - Beverly Hills | 56.70 | 80 | 45.36 |
| GERMANY<br>08/31/20 JSS135321 \| JESSE BAUER \|  Malibu, CA - 07/02/2020 -  Brooke Burke has fun on her swing and pi | 55.07 | 80 | 44.06 |
| GERMANY<br>08/31/20 JSS135776 \| JESSE BAUER \| ##Exclusive! SONDERKONDITIONEN: DOPPELTER ANSTRICH! - Beverly Hills, | 55.07 | 80 | 44.06 |
| GERMANY<br>08/31/20 MS135909 \| MICHAEL SIMON \| Malibu, CA - 07/13/2020 - Sami Sheen has fun during her first profe | 38.56 | 80 | 30.84 |
| GERMANY<br>08/31/20 MS136292 \| MICHAEL SIMON \| Malibu, CA - 07/13/2020 - Sami Sheen has fun during her first profe | 38.56 | 80 | 30.84 |
| GERMANY<br>08/31/20 MS136280 \| MICHAEL SIMON \| Malibu, CA - 07/13/2020 - Sami Sheen has fun during her first profe | 38.56 | 80 | 30.84 |
| GERMANY<br>08/31/20 INSTAR_GJoecGSqa \| MICHAEL SIMON \| Hamptons, NY - 07/03/2020 - After shooting new headshots in | 38.56 | 80 | 30.84 |
| GERMANY<br>08/31/20 INSTAR_EXC__cohGGBoAK \| INSTARimages.com \|  Hamptons, NY - 06/30/2020 - Brooke Shields, who ha | 35.80 | 80 | 28.64 |
| GERMANY<br>08/31/20 JSS133800 \| JESSE BAUER \| New York, NY - 06/08/2020 - Real Housewives of Beverly Hills star Do | 26.02 | 80 | 20.81 |
| GERMANY<br>08/31/20 MS134411 \| MICHAEL SIMON \| Malibu, CA - 06/20/2020 - Brooke Burke in her 1968 Chevrolet Camero | 26.02 | 80 | 20.81 |
| GERMANY<br>08/31/20 INSTAR_EXC__cakhZtszk \| INSTARimages.com \|  Hamptons, NY - 06/30/2020 - Brooke Shields, who ha | 19.28 | 80 | 15.42 |
| GERMANY<br>08/31/20 JO127391 \| MICHAEL SIMON \|  - New York, NY - 02/12/2020 -  Brooke Shields Wears Jen7 By 7 For | 18.43 | 80 | 14.74 |
| GERMANY<br>08/31/20 INSTAR_GJoecGSqa \| MICHAEL SIMON \| Hamptons, NY - 07/03/2020 - After shooting new headshots in | 17.63 | 80 | 14.10 |

**MICHAEL SIMON**···

| PHOTO DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|
| GERMANY<br>08/31/20 INSTAR_7we630782q7 \| INSTARimages.com \| New York, NY - 20200622-Although we have all been doin | 15.43 | 80 | 12.34 |
| GERMANY<br>08/31/20 JO115002 \| MICHAEL SIMON \| Olivia Culpo shopping for a Christmas Tree with a friend. Los Angel | 15.43 | 80 | 12.34 |
| GERMANY<br>08/31/20 INSTAR_GJoecGSqa \| MICHAEL SIMON \| Hamptons, NY - 07/03/2020 - After shooting new headshots in | 15.43 | 80 | 12.34 |
| GERMANY<br>08/31/20 INSTAR_7we633782q7 \| INSTARimages.com \| New York, NY - 20200622-Although we have all been doin | 11.01 | 80 | 8.80 |
| GERMANY<br>08/31/20 INSTAR_EXC__cakhZtszk \| INSTARimages.com \| Hamptons, NY - 06/30/2020 - Brooke Shields, who ha | 11.01 | 80 | 8.80 |
| GERMANY<br>08/31/20 INSTAR_7we632782q7 \| INSTARimages.com \| New York, NY - 20200622-Although we have all been doin | 11.01 | 80 | 8.80 |
| GERMANY<br>08/31/20 INSTAR_ygS8fCeba \| MICHAEL SIMON \| Hamptons, NY - 07/03/2020 - After shooting new headshots in | 9.76 | 80 | 7.80 |
| GERMANY<br>08/31/20 MS79238 \| MICHAEL SIMON \| - Ridgedale, MO - 04/27/2019 - Bass Pro Shops Legends of Golf at Bi | 4.13 | 80 | 3.30 |
| GERMANY<br>08/31/20 Startraks_excl__bzKj3suGN \| MICHAEL SIMON \| Los Angeles, CA - 04/06/2020 - EXTRA host Jennifer | 1.32 | 80 | 1.05 |
| GERMANY<br>08/31/20 MS79244 \| MICHAEL SIMON \| - Ridgedale, MO - 04/27/2019 - Bass Pro Shops Legends of Golf at Bi | 1.32 | 80 | 1.05 |
| GERMANY<br>08/31/20 MS79241 \| MICHAEL SIMON \| - Ridgedale, MO - 04/27/2019 - Bass Pro Shops Legends of Golf at Bi | 1.32 | 80 | 1.05 |
| ITALY<br>08/31/20 MS111118.JPG \| MICHAEL SIMON - MS111118 \| Olivia Culpo \| Olivia Culpo, IPA ID: 17860237, MICHA | 26.40 | 80 | 21.12 |
| ITALY<br>08/31/20 MS_10599.jpg \| Michael Simon - MS_10599 \| Katy Perry \| Los Angeles, CA - 12/18/2019 - Katy Per | 5.86 | 80 | 4.68 |
| FINLAND<br>08/31/20 MS464255 \| Exclusive-San Jose, CA - 20180625-Richard Sherman and Crash Bandicoot Celebrate the | 5.47 | 80 | 4.37 |
| LATIN AMERICA<br>08/31/20 INSTAR_mxi9FtRrt \| EXC Brooke Shields, MICHAEL SIMON | 40.00 | /MS | 32.00 |
| LATIN AMERICA<br>08/31/20 INSTAR_cZm2vKJN4 \| EXC Brooke Shields, MICHAEL SIMON | 40.00 | 80<br>/MS | 32.00 |
| LATIN AMERICA<br>08/31/20 INSTAR_QcvxQ6b56 \| EXC Brooke Shields, MICHAEL SIMON | 40.00 | 80<br>/MS | 32.00 |
| Hannah Ann Looking Great in a Shirt Dress photo shoot by Larry Marano<br>09/24/20 | -250.00 | 100 | -250.00 |

| TOTAL ROYALTIES | **6486.08** |
|---|---|

SIMON DECL.

# EXHIBIT D

| PHOTO | DESCRIPTION | USE FEE | % DS | NET AMOUNT |
|---|---|---|---|---|
| | 0c790df06f2 – Tori Spelling with pet pig Wilbur<br>#131565, GLOBE MAGAZINE, March 14, 2022, pg 12 | 32.17 | 65 | 20.91 |
| | 772ee1c3cc4 – Kendall Jenner<br>#131585, IN TOUCH WEEKLY, March 21, 2022, pg 1 | 6.49 | 65 | 4.21 |
| | ce81c95a322 – Brooke Burke-Charvet<br>#131587, OK MAGAZINE, March 21, 2022, pg 10 | 77.88 | 65 | 50.62 |
| | 8f972e3d58e – Jenna Dewan<br>#131587, OK MAGAZINE, March 21, 2022, pg 10, JESSE BAUER | 77.88 | 65 | 50.62 |
| | d876377a64a – Ryan Reynolds, Blake Lively<br>#131587, OK MAGAZINE, March 21, 2022, pg 46 | 103.84 | 65 | 67.49 |
| | 46fb9fa88f7 – Mira Sorvino, Courteney Cox, Lisa Kudrow<br>#131588, US WEEKLY MAGAZINE, March 21, 2022, pg 15 | 14.69 | 65 | 9.54 |
| | 5a6c2960a63 – Vanessa Marcil<br>#131588, US WEEKLY MAGAZINE, March 21, 2022, pg 16, JESSE BAUER | 58.77 | 65 | 38.20 |
| | a014872d3e4 – Brooke Burke<br>#131589, STAR MAGAZINE, March 21, 2022, pg 18, INSTARIMAGES.COM | 51.92 | 65 | 33.74 |
| | bee5307e0fc – Brooke Burke<br>#131589, STAR MAGAZINE, March 21, 2022, pg 18, INSTARIMAGES.COM | 51.92 | 65 | 33.74 |
| | 30a03a37c63 – Laverne Cox<br>#131589, STAR MAGAZINE, March 21, 2022, pg 37 | 12.98 | 65 | 8.43 |
| | edfe7831eaf – Nicole Richie<br>#131589, STAR MAGAZINE, March 21, 2022, pg 37 | 25.96 | 65 | 16.87 |
| | 6a79aa5e3d1 – Brooke Burke<br>#131590, GLOBE MAGAZINE, March 21, 2022, pg 3, INSTARIMAGES.COM | 64.33 | 65 | 41.81 |
| | 3068315d63b – Katie Holmes<br>#131594, DAILY MAIL ONLINE, March 15, 2022, SOPHIE FRITZ | 172.66 | 65 | 112.23 |
| | c0eefd28d1b – Lucy Hale<br>#131606, NEW YORK POST, March, 2022 | 27.00 | 65 | 17.55 |
| | c50713e4521 – Shawn Johnson<br>#131606, NEW YORK POST, March, 2022 | 27.00 | 65 | 17.55 |
| | 36b5f269c83 – Katie Holmes<br>#131606, NEW YORK POST, March, 2022, pg 21, SOPHIE FRITZ | 315.00 | 65 | 204.75 |
| | d6985af2eb5 – Jon Stewart, Pete Davidson<br>#131610, LIFE & STYLE WEEKLY, March 28, 2022, pg 8 | 11.93 | 65 | 7.75 |
| | c08bb09bb04 – Catt Sadler<br>#131611, OK MAGAZINE, March 28, 2022, pg 10, JOEY ANDREW | 58.41 | 65 | 37.96 |
| | edd4f8129ca – Brooke Burke<br>#131611, OK MAGAZINE, March 28, 2022, pg 10 | 58.41 | 65 | 37.96 |
| | d15f21f2ed1 – Courteney Cox<br>#131611, OK MAGAZINE, March 28, 2022, pg 16 | 38.94 | 65 | 25.31 |
| | c8033d648e1 – Brooke Burke<br>#131612, US WEEKLY MAGAZINE, March 28, 2022, pg 17 | 22.04 | 65 | 14.32 |
| | b14e4bc6df7 – Katie Holmes<br>#131620, DAILY TELEGRAPH, March 23, 2022, pg 19, SOPHIE FRITZ | 97.20 | 65 | 63.18 |
| | c254c9a1eff – Courteney Cox<br>#131626, OK MAGAZINE, April 4, 2022, pg 47 | 12.98 | 65 | 8.43 |
| | 5d58c40ef86 – Cecily Strong, Heidi Gardner<br>#131627, US WEEKLY MAGAZINE, April 4, 2022, pg 11 | 44.08 | 65 | 28.65 |
| | 76e0717b4bb – Karlie Kloss,Joshua Kushner<br>#131627, US WEEKLY MAGAZINE, April 4, 2022, pg 32 | 7.35 | 65 | 4.77 |

SIMON DECL.

# EXHIBIT E



SIMON DECL.

# EXHIBIT F



oke Burke on her way to an Operation
ile meeting ahead of their big we...

**ople:** Brooke Burke

• 30 May 2024 • 53818681



Brooke Burke on her way to an Operation
Smile meeting ahead of their big we...

**People:** Brooke Burke

• 30 May 2024 • 53818680



Brooke Burke on her way to an Operation
Smile meeting ahead of their big we...

**People:** Brooke Burke

• 30 May 2024 • 53818679

Bro
Smi

Peo



oke Burke on her way to an Operation
ile meeting ahead of their big we...

ple: Brooke Burke

• 30 May 2024 • 53818676



Brooke Burke on her way to an Operation
Smile meeting ahead of their big we...

**People:** Brooke Burke

• 30 May 2024 • 53818675



Celebrities attend Operation Smile's Malibu
FamilyFest 2024

**People:** Brooke Burke and Heaven Rain Charvet

• 01 Jun 2024 • 53809758

Cel
Fan

Peo

JOINT APPENDIX OF EXHIBITS

# EXHIBIT 4

David Alan Makman (SBN 178195)
david@makmanlaw.com
**Law Offices of David A. Makman**
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone:   (650) 520-5583

*Attorney for Defendants*
Brooke Burke and BB Body, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>BB BODY. INC., a California Corporation; BROOKE BURKE, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:23−cv−06392 SPG (MAAx)<br><br>**DECLARATION OF BROOKE BURKE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:**          **July 24, 2024**<br>**Time:**          **1:30 PM**<br>**Crtrm:  5C** |

---

**DECLARATION OF BROOKE BURKE**

I, Brooke Burke, defendant in the above-captioned action, declare, under penalty of perjury under the laws of the State of California:

1.      I make this Declaration of my own personal knowledge and, if called upon, could and would testify to the accuracy if its contents.

2.      I was surprised the day that BackGrid sued me and my company for copyright infringement.

3.      I like to think that I have a good relationship with the photographers who take photographs of me. I try to be friendly and cooperative with them. So, it never occurred to me that a photographer would sue me for re-posting a photograph of me that had been released on the Internet.

4.      I posted these photographs in 2020, when my Instagram accounts had few followers. They were not significant posts as evidenced by the small number of "likes" they garnered. The photographs are not personal or complimentary. I am wearing a mask, and am not entirely recognizable. They are disconnected because I am not looking at the camera.

5.      The one that has slightly over 2,000 likes was accompanied by a video clip that I created and own and I think that my video clip is more likely what attracted the likes than the BackGrid photo.

6.      I work with a professional photographer, Michael Simon, and, as part of our arrangement I can post the photographs he takes of me on my Instagram without paying additional amounts for doing so. So, I had and have plenty of photographs available to me. I had no particular need to re-post these photographs. I am wearing a mask in two of the photographs and there is nothing special about any of them. I don't look my best, and they are not newsworthy or of interest for any reason that I can think of other than, possibly, to show that I, a celebrity, wore a mask when working out or going shopping during the COVID pandemic, much like a public service announcement.

7.      Two of the photographs were widely available on the Internet on the Daily Mail web site. The other one was on a similar source – an Internet news page that I often

**DECLARATION OF BROOKE BURKE**

check to see whether there is an article about me. I have looked but have not been able to find that photograph and, if it was not from Daily Mail, am not sure where I got it. I know that I got it by doing a Google search for news.

8.     These three photographs were not marked "all rights reserved". At the time I believed that, since they were out and widely disseminated on the Internet and since they were photographs of me, I was allowed to post them to my social media. I also have a valuable and ongoing positive relationship with the Daily Mail and have never received any pushback when supporting or reposting from them.

9.     BackGrid filed this suit without warning. If they had simply reached out to me and asked me to take the photographs down, I would have done so.

10.     After BackGrid filed suit, I was not sure whether I was supposed to take the photographs down because they never asked me to do that. On the advice of counsel, I took the photographs down. There are thousands of photographs on my Instagram at this point. When I looked, I found only one of the three photographs – the one on my Brooke Burke Instagram, so that is the one I took down. I could not find the other two photographs, and I assumed that I had taken them down already.

11.     Much later, during discovery, I learned that the two photographs that had been posted to my Brooke Burke Body Instagram were still up. My counsel confirmed that BackGrid wanted these photographs taken down, and I took them down immediately. Because these were taken down later, I have a little bit more information about them—I was able, through the Instagram Professional Dashboard to retrieve "posting insights" information from Instagram for these photos.

12.     Having been sued for copyright infringement, I try to be more careful. I asked Michael Simon, the photographer that I work with most often on an exclusive basis, for permission to post his photographs of me to Instagram. He agreed that I could do this, see Exhibit A.

**DECLARATION OF BROOKE BURKE**

13.     I also only post photographs these days when I know the source. Often I am the source, or my staff is. Other times, I know that I have permission from context. For example, if I am sent a link of photographs of me for pre-approval and usage from a client or organization that wants the publicity, they may ask me to post, or tell me that they would like it if I were to post an image, Other times, for example, when I am on a magazine cover, the magazine might ask me to post to my Instagram as it is publicity for them too. I don't charge for doing so.

14.     After I was sued, I spoke with Michael Simon, who has been taking photographs of me and selling them to news outlets for years. His estimate is that, at today's prices, the photographs are worth $2.50 each, making this a $7.50 infringement case that is costing me thousands of dollars to defend.

15.     These photographs are only valuable because I am in them. I have built my brand and celebrity status through decades of hard work. The photographs were taken without my permission or knowledge and without compensating me. It is an injustice that BackGrid can sue me and ask for hundreds of thousands of dollars from the Court plus attorney fees just because it bought the copyright to photographs of me that were unauthorized. I am usually very kind to paparazzi, and have never had them tell me that I couldn't have the same rights as they have when it comes to photographs of me.

16.     I would have preferred if Daily Mail had used better photographs of me and it is possible if BackGrid had not offered these photographs for sale, Daily Mail might have reached out to me or to Michael Simon, allowing me to get better photographs into the story.

17.     I have spoken with several people in my industry about this lawsuit and they have been dumbfounded and have said things like "what do you mean you can't post a photograph of yourself." Since being sued, my intention is to be cautious with regards to photographs so that I don't find myself in this situation again.

**DECLARATION OF BROOKE BURKE**

18.     I didn't make any money from posting the three photographs at issue in this lawsuit to my Instagram. In 2020, when these photographs were posted, I did not have enough followers to monetize my Instagram accounts and wasn't monetizing it.

19.     I started my personal Instagram account around April 2012, and my Brooke Burke Body Instagram account around April of 2018. As of June 3, 2024, there have been approximately 6,033 posts to the Brooke Burke Instagram, and approximately 1,771 posts to the Brook Burke Body Instagram, so these three photographs are a forgettable and insignificant part of my Instagram presence. They will not be viewed by the public unless they sift through thousands of photographs to find them, which I think is unlikely.

20.     While there is a way to get to my web site from my Instagram accounts, there is no link from individual photographs on my Instagram to my web site.

21.     For the two photographs that were on my Brooke Burke Body Instagram account, I was able to retrieve some information from Instagram. The Instagram's records indicate that the photograph of me wearing a mask and working has: 58 "Accounts reached," 1 "Account engaged" and 1 "Profile activity." The photograph of me not wearing a mask and carrying a gold pocketbook had 67 Accounts reached, 3 Accounts engaged and 0 Profile activity. This is a very small amount of activity compared to what one sees on my Instagram nowadays. I don't have this information for the third photograph since this information is kept by Instagram and disappeared when I took the photograph down. I don't keep reports of it in the ordinary course of my business, but I do use this information from time to time to see which posts generate more "engagement."

22.     When I first learned that BackGrid had sued me, I reached out to a friend who I know that had been sued by BackGrid. She said that she had been forced to settle for tens of thousands of dollars because the cost and emotional stress of trial were so high. She said that it was disruptive and emotionally draining.

\\
//

**DECLARATION OF BROOKE BURKE**

23.     This lawsuit has been very stressful for me. Among other things, the lawsuit has been frustrating because it seems like they are trying to make more money by suing celebrities than by selling photographs.

So declared,

Dated: June 11, 2024

_____
Brooke Burke

---

**DECLARATION OF BROOKE BURKE**

Exhibit A

**From:** Brooke Burke <b2@brookeburke.com>
**Date:** September 22, 2023 at 8:21:59 AM PDT
**To:** Michael Simon <michael@simonmedia.net>
**Subject: Re: <no subject>**

Thank you!
Best,
Brooke
CEO | Founder BrookeBurkeBody 🖼️ Fitness
Brookeburke.com
@brookeburke @brookeburkebody

On Sep 20, 2023, at 1:56 PM, Michael Simon <michael@simonmedia.net> wrote:

Hi Brooke,
Pursuant to our conversation, please let this email serve as documentation that I am allowing you to post my photos on your social media channels, free of charge.

Best,

Michael Simon

CONFIDENTIAL  BB0001

JOINT APPENDIX OF EXHIBITS

# EXHIBIT 5

1

**LAW OFFICES
OF DAVID A. MAKMAN**

2

David Alan Makman SB# 178195

3

483 Seaport Court, Suite 103
Redwood City, CA 94063

4

Tel.: 650-242-1560

5

david@makmanlaw.com
Attorney for Defendants

6

BB BODY. INC. and
BROOKE BURKE,

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISRICT OF CALIFORNIA

11

BACKGRID USA, INC., a California
corporation,

12

Plaintiff,

13

v.

14

15

BB BODY. INC., a California Corporation;
BROOKE BURKE, an individual, and DOES
1-10, inclusive,

16

17

Defendants.

18

_____

19

20

21

22

23

24

25

26

27

28

**CASE NO. 2:23-cv-06392-SPG-MAA**

**PUBLIC DECLARATION OF DAVID
ALAN MAKMAN IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT**

**Date:          July 24, 2024**
**Time:          1:30 PM**
**Crtrm:   5C**

1.      I, David Alan Makman, declare, under penalty of perjury under the laws of the State of California:

2.      I have been a member of the California bar since 1995 and am counsel for defendants in the above-captioned action.  I make this Declaration of my own personal knowledge and, if called upon, could and would testify to the accuracy if its contents.

3.      The document marked at Exhibit 2 is a true and correct copy of the Interrogatories served by Plaintiff in this action on Defendant Brooke Burke.  The same interrogatories were served on Defendant BB Body, Inc.

4.      There is no interrogatory relating to the Unclean Hands defense.

5.      I did a public search of BackGrid cases on Pacer and found 83 lawsuits filed by BackGrid of which, by my count, 60 were filed in the last four years.

So declared,

Dated: June 11, 2024

/s   David Alan Makman
David Alan Makman
Counsel for Defendants
Brooke Burke and BB Body, Inc.

MAKMAN DECL.

# EXHIBIT 2

Exhibit 2 to Makman Declaration

1  Joanna Ardalan (Bar No. 285384)
   jardalan@onellp.com
2  **ONE LLP**
   23 Corporate Plaza, Suite 150-105
3  Newport Beach, CA 92660
   Telephone:   (949) 502-2870
4  Facsimile:    (949) 258-5081

5  *Attorney for Plaintiff,*
   Backgrid USA, Inc.
6

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   BACKGRID USA, INC., a California          Case No. 2:23-cv-06392
13 corporation,

14                                           **PLAINTIFF BACKGRID USA, INC.'S**
                    Plaintiff,               **FIRST SET OF INTERROGATORIES**
15                                           **TO DEFENDANT BROOKE BURKE**

16        v.

17 BB BODY. INC., a California Corporation;
   BROOKE BURKE, an individual, and
18 DOES 1-10, inclusive,

19
                    Defendants.
20

21

22

23

24

25

26

27

28

---

**PROPOUNDING PARTY:**   Plaintiff Backgrid USA, Inc.

**RESPONDING PARTY:**   Defendant Brooke Burke

**SET NO.:**   One (1)

Plaintiff Backgrid USA, Inc. hereby requests under Rule 33 of the Federal Rules of Civil Procedure that Defendant Brooke Burke answer these interrogatories, fully and completely in writing and under oath.  Defendant is instructed to respond within 30 days and send ther responses to the offices of One LLP, 23 Corporate Plaza, Suite 150-105, Newport Beach, CA 92660.  These interrogatories are made without prejudice to Plaintiff's right to propound further discovery at the appropriate time.

## DEFINITIONS

1. The words "YOU" and "YOUR" and "BURKE" refer to Defendant Brooke Burke and shall mean and refer to any PERSON(S) acting or purporting to act for any purpose on Burke's behalf, including, but not limited to, current and former agents, employees, representatives, attorneys, experts, and accountants.

2. The words "PLAINTIFF" or "BACKGRID" refer to Plaintiff Backgrid USA, Inc., and shall mean and refer to any PERSON(S) acting or purporting to act for any purpose on PLAINTIFF's behalf, including, but not limited to, its current and former agents, employees, representatives, attorneys, experts, and accountants.

3. The word "COMPLAINT" refers to the Complaint filed by PLAINTIFF in the above-entitled action.

4. "COMMUNICATION(S)" means, without limitation, any transmission, conveyance or exchange of a word, statement, message, fact, thing, idea, DOCUMENT, instruction, information, demand or question by any medium, whether by written, oral or other means, including but not limited to electronic communications and electronic mail ("email").

5. The word "ACTION" refers to the above-captioned litigation.

6. "DOCUMENT(S)" shall have the same meaning herein as used in Rule 34(a) of the Federal Rules of Civil Procedure, and shall include any writing or other tangible

2

thing from which data or information can be obtained (translated if necessary through detection devices into reasonably usable form), and which is known to YOU, or in YOUR custody, possession, or control, whether printed, recorded, reproduced by any process, or written or produced by hand, whether or not claimed to be privileged or exempt from production for any reason.  Writings and tangible things that are included within this definition encompass letters, correspondence, electronic mail messages (in electronic or hard copy form), tape recordings, reports, agreements, COMMUNICATIONS (including intercompany COMMUNICATIONS), telegrams, memoranda, summaries, forecasts, photographs, models, statistical statements, graphs, laboratory and engineering reports and notebooks, calendars, day-planners, electronic information within handheld organizing devices, charts, plans, manuals, operational guidelines, maintenance schedules, CAD/CAM files, drawings, diagrams, minutes of records of meetings or conferences, expressions or statements of policy, lists of persons attending meetings or conferences, customer lists, reports and/or summaries of interviews, reports and/or summaries or investigations, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, drafts, cancelled checks, bank statements, invoices, receipts and originals of promissory notes, surveys, computer printouts, computer disks, photostats, motion pictures, slides, and sketches.  The foregoing list is not an exclusive definition, but is intended to aid YOU in producing the DOCUMENTS.  In addition to the items listed above, any comment or notation appearing on any DOCUMENT, and not part of the original text, is considered a separate DOCUMENT and any draft of preliminary form of any DOCUMENT is also considered a separate DOCUMENT.

      7.     "PERSON" means any individual, corporation, partnership, proprietorship, joint venture, company, partnership, trust, association, or other entity of any kind or description, including governmental bodies and agencies.

      8.     The word "PHOTOS" means the photographs that are the subject of this ACTION, which are attached as Exhibit A.

3

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT BROOKE BURKE**

9.     The terms "REFLECT," "REFLECTING," "RELATE TO," "REFER TO," "RELATING TO," and "REFERRING TO" shall mean relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

10.    The term "SOCIAL MEDIA ACCOUNTS" means the accounts located at Instagram.com/brookeburkebody and Instagram.com/brookeburke.

11.    The terms "any" and "all" shall each mean and include the other.

12.    As used herein, the singular form shall include the plural, and vice versa, wherever such dual construction will serve to bring within the scope of this request any DOCUMENTS which would otherwise not be brought within its scope.

13.    As used herein, the masculine shall include the feminine, and vice versa, wherever such dual construction will serve to bring within the scope of this request any DOCUMENTS which would otherwise not be brought within its scope.

14.    As used herein, the conjunctives "and" and "or" shall be construed both conjunctively and disjunctively, and each shall include the other wherever such dual construction will serve to bring within the scope of this request any DOCUMENTS which would otherwise not be brought within its scope.

15.    The word "each" shall be construed to include "every" and vice versa.

16.    The word "any" shall be construed to include "all" and vice versa.

17.    The present tense shall be construed to include the past tense and vice versa.

18.    The words "knowledge," "information," "possession," "custody," and "control" of a PERSON shall be construed to include such PERSON'S agents, representatives, and attorneys.

19.    The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

4

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT BROOKE BURKE**

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Explain in detail the process in which YOU select, procure, and publish photographs for the SOCIAL MEDIA ACCOUNTS.

**INTERROGATORY NO. 2:**

Describe in detail the circumstances relating to YOUR acquisition of copies of the PHOTOS. By way of illustration but not limitation, YOUR response should identify the date and circumstances of YOUR acquisition of any copies of the PHOTOS, all persons and entities involved in this acquisition, and all persons having relevant knowledge of those facts and circumstances.

**INTERROGATORY NO. 3:**

IDENTIFY every person who selected any photographs that were posted on www. the SOCIAL MEDIA ACCOUNTS.

**INTERROGATORY NO. 4:**

Explain in detail all efforts YOU made to secure any licenses or rights for any and all photographs used on the SOCIAL MEDIA ACCOUNTS.

**INTERROGATORY NO. 5:**

IDENTIFY any license or rights YOU acquired for photographs used on the SOCIAL MEDIA ACCOUNTS.

**INTERROGATORY NO. 6:**

Explain in detail the amount of money YOU believe YOU should have paid for use of the PHOTOS.

**INTERROGATORY NO. 7:**

Identify all PERSONS with whom YOU purportedly entered into an express or implied license for YOUR use of the PHOTOS.

**INTERROGATORY NO. 8:**

Identify all facts supporting YOUR contention that an express or implied license was created between YOU and BACKGRID for use of the PHOTOS.

Dated: January 29, 2024           **ONE LLP**


                                  By:  */s/ Joanna Ardalan*
                                       Joanna Ardalan

                                       *Attorney for Plaintiff*,
                                       Backgrid USA, Inc.

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT BROOKE BURKE**

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

4

5

On January 29, 2024, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

6

### PLAINTIFF BACKGRID USA, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT BROOKE BURKE

7

8

David Alan Makman
LAW OFFICES OF DAVID A. MAKMAN
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel.: 650-242-1560
david@makmanlaw.com

9

10

11

12

*Attorney for Defendants,*
BB BODY. INC. and BROOKE BURKE,

13

14

15

[ X ]          (BY EMAIL)          Pursuant to Parties' agreement

16

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17

Executed on January 29, 2024 at Long Beach, California.

18

19

20

_____
Vanessa Soriano

21

22

23

24

25

26

27

28

---

**PROOF OF SERVICE**

JOINT APPENDIX OF EXHIBITS

# EXHIBIT 6

REDACTED DOCUMENT

**LAW OFFICES**
**OF DAVID A. MAKMAN**
David Alan Makman SB# 178195
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel.: 650-242-1560
david@makmanlaw.com
Attorney for Defendants
BB BODY. INC. and
BROOKE BURKE,

UNITED STATES DISTRICT COURT
CENTRAL DISRICT OF CALIFORNIA

BACKGRID USA, INC., a California
corporation,
Plaintiff,

v.

BB BODY. INC., a California Corporation;
BROOKE BURKE, an individual, and DOES
1-10, inclusive,

Defendants.
_____

CASE NO. 2:23-cv-06392-SPG-MAA

**CONFIDENTIAL DECLARATION OF**
**DAVID ALAN MAKMAN IN**
**OPPOSITION TO PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

**Date:**          **July 24, 2024**
**Time:**          **1:30 PM**
**Crtrm:  5C**

TO BE FILED UNDER SEAL

1

1.      I, David Alan Makman, declare, under penalty of perjury under the laws of the State of California:

2.      I have been a member of the California bar since 1995 and am counsel for defendants in the above-captioned action.  I make this Declaration of my own personal knowledge and, if called upon, could and would testify to the accuracy if its contents.

3.      On June 10, 2024, BackGrid USA, Inc., the Plaintiff in this action, served Interrogatory responses, true and correct copies of which are attached hereto at Exhibit 1. The responses were served without verification, but it is my understanding that verification from a competent witness will be forthcoming.

4.      The Interrogatory responses show a license fee of ███ for Set No. 1970239, which, according to the Copyright registration at Exhibit B1 to the Ginsburg Declaration, consists of 48 images. Thus, Daily Mail paid ███ 48 images and BackGrid received ███ image.  I counted 2 photographs from this set in the spread that Daily Mail did of her using these photographs, which is at:

Brooke Burke pretty in pink in Malibu with friends as she steps out to grab a smoothie | Daily Mail Online

5.      The Interrogatory responses show a license fee of $███ for Set No. 198809. According to the Copyright Registration at Exhibit B2, this set consisted of 69 images.  Thus, Daily Mail paid ███ for 69 images and BackGrid received ███ per image.   I counted 13 photographs of Burke in the spread that Daily Mail ran using these photographs, which is at:

Brooke Burke works up a sweat with her daughter at the celebrity haunt Dogpound gym | Daily Mail Online

6.      The Interrogatory responses show a license fee of ███ for Set No. 1996601. Thus, Daily Mail appears to have paid ███ for 23 images, which amounts ███ per image.  I counted 8 photographs of Burke in the spread that Daily Mail ran using these photographs, which is at:

https://www.dailymail.co.uk/tvshowbiz/article-8737929/Brooke-Burke-49-ab-fab-shows-sculpted-dancers-body-LA.html

CONFIDENTIAL DECLARATION OF DAVID ALAN MAKMAN
TO BE FILED UNDER SEAL

7.    For the purposes of summary judgment, where facts are to be construed in the light most favorable to the movant, I contend that the standard licensing fee in 2020 was something between ███████████ and ███████████. ██████████████████████████████████████████████ ████████████████████████████████████.

So declared,

Dated: June 12, 2024

/s  *David Alan Makman*
David Alan Makman
Counsel for Defendants
Brooke Burke and BB Body, Inc.

CONFIDENTIAL DECLARATION OF DAVID ALAN MAKMAN
TO BE FILED UNDER SEAL

MAKMAN DECL.

# EXHIBIT 1

REDACTED DOCUMENT

Exhibit 1 to Confidential Makman Declaration

1  Joanna Ardalan (Bar No. 285384)
   jardalan@onellp.com
2  **ONE LLP**
   23 Corporate Plaza, Suite 150-105
3  Newport Beach, CA 92660
   Telephone:   (949) 502-2870
4  Facsimile:    (949) 258-5081

5  *Attorney for Plaintiff,*
   Backgrid USA, Inc.
6

7

8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **CENTRAL DISTRICT OF CALIFORNIA**

12

13  BACKGRID USA, INC., a California          Case No.  2:23−cv−06392 SPG (MAAx)
    corporation,
14                                            **PLAINTIFF BACKGRID USA, INC.'S**
15                Plaintiff,                   ***CONFIDENTIAL* AMENDED**
                                              **RESPONSES TO DEFENDANT**
16         v.                                 **BROOKE BURKE'S FIRST SET OF**
                                              **INTERROGATORIES**
17  BB BODY. INC., a California Corporation;
18  BROOKE BURKE, an individual, and
    DOES 1-10, inclusive,
19
20                Defendants.
21

22

23

24

25

26

27

28

---

**PLAINTIFF'S *CONFIDENTIAL* AMENDED RESPONSES TO DEFENDANT BROOKE BURKE'S
FIRST SET OF INTERROGATORIES**

**PROPOUNDING PARTY:**          Defendant Brooke Burke

**RESPONDING PARTY:**          Plaintiff Backgrid, USA, Inc.

**SET NO. :**          One (1)

Pursuant to Fed. R. Civ. Proc. 33, Plaintiff Backgrid, USA, Inc. ("Responding Party") hereby serves its *CONFIDENTIAL* Amended Responses to the First Set of Interrogatories propounded by Defendant Brooke Burke ("Propounding Party").

## PRELIMINARY STATEMENT

The following responses and objections to Propounding Party's interrogatories are made on the basis of information that is presently known and available to Responding Party and its attorneys.  Responding Party's discovery, investigation and preparation for trial is not yet complete and is continuing as of the date of this response.  Responding Party expressly reserves the right to continue its discovery and investigation for facts, witnesses and supplemental data that may reveal information which, if presently within its knowledge, would have been included in these responses and objections.  Without obligation, Responding Party reserves the right to change or supplement these responses as discovery continues, and as subsequent analysis of that discovery may lead to new contentions or legal theories.  Responding Party specifically reserves the right to present additional information at trial as may be disclosed through its continuing discovery and investigation, including any information omitted from these responses as a result of mistake, error, oversight, or inadvertence.

Responding Party reserves the right to object on appropriate grounds to the introduction into evidence of any portion of these responses.  The inclusion of any specific objection to an interrogatory is neither intended as, nor shall in any way be deemed to be, a waiver of any other specific objection made herein or asserted at a later date.  In addition, the failure to include at this time any specific objection to an interrogatory is neither intended as, nor in any way shall be deemed to be, a waiver of Responding Party's right to assert that or any other objection at a later date.

Except for facts explicitly admitted herein without qualification, no admission of any

---

**PLAINTIFF'S *CONFIDENTIAL* RESPONSES TO DEFENDANT BROOKE BURKE'S FIRST SET OF INTERROGATORIES**

nature whatsoever is to be implied or inferred in the responses referenced herein.  All responses must be construed as given on the basis of present knowledge and recollection.  Any interrogatory deemed as continuing is objected to as oppressive, burdensome, and improper and will not be regarded as continuing in nature.

## **GENERAL OBJECTIONS**

Responding Party makes the following General Objections to Propounding Party's First Set of Interrogatories:

1.      Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that it seeks information protected from disclosure by any privilege or immunity including, without limitation, the attorney-client privilege, the joint-defense privilege, the self-critical analysis privilege, or the work product immunity from discovery.  Inadvertent disclosure of any such information shall not constitute a waiver of any privilege or immunity and shall not waive the rights of Responding Party to object to the use of any such information during this action.

2.      Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that it fails to comply with the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court of the Central District of California.

3.      Responding Party objects to the definition contained in the First Set of Interrogatories to the extent that they make one or more of the Interrogatories overly broad, unduly burdensome, harassing, and unreasonable.

4.      Responding Party objects to the definition of the First Set of Interrogatories to the extent they purport to impose on Responding Party an obligation to provide information for or on behalf of any person or entity other than the Responding Party and/or purports to seek information that is within the possession, custody, or control of Propounding Party, and Responding Party expressly declines to do so.

5.      Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that it seeks information equally or more readily available to

Propounding Party.

6.　　Responding Party objects to each Interrogatory in the First Set of Interrogatories on the grounds that it is compound, overbroad, duplicative, burdensome, and/or harassing.

7.　　Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that it seeks confidential, non-public, proprietary, trade secret, and/or commercially sensitive information.

8.　　Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that the demands improperly intend to shift the burden of preparation of Propounding Party's case to Responding Party.

9.　　Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that the demands do not adequately specify the information to be provided, and therefore forces Responding Party to anticipate the actual nature of the information that Propounding Party wishes to discover.

10.　　Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that the demands improperly require Responding Party to provide certain information relating to any and all information or documents which are claimed by Responding Party to be privileged.

11.　　Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that the documents and information are equally available, or only available, to Propounding Party and are contained within Propounding Party's own files, have been utilized for purposes of the underlying action and are thus available as court files, and are equally available to Propounding Party and have been for quite some time and thus demonstrates that Propounding Party propounded these demands purely to harass, intimidate and cause expense to Responding Party, in a manner counterproductive to the proper purposes of discovery. Responding Party further objects in that most of the information responsive to these Demands has already been provided to Propounding Party. Therefore, most of these demands are repetitive, duplicative, oppressive, financially

detrimental and burdensome to Responding Party.

12.     Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that it exceeds the scope of the claims and defenses on file in the action, and therefore, is not relevant, nor is calculated to lead to the discovery of admissible evidence.

13.     Responding Party objects to each Interrogatory in the First Set of Interrogatories to the extent that it contains discrete subparts and/or subparagraphs, and in so doing, seeks improperly to expand the First Set of Interrogatories beyond the maximum number of 25 total Interrogatories.

14.     Moreover, Responding Party is unable to search exhaustively for all information possessed by third parties whom Responding Party does not have control or authority over.  All responses herein are based on a reasonably diligent inquiry within the four corners of Responding Party's facilities.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all persons or entities that have purchased from BACKGRID any right(s) or license relating to one or more of the photographs that are registered pursuant to Copyright Registration Numbers VA0002227793, VA0002227786, and/or VA0002227144.

**RESPONSE TO INTERROGATORY NO. 1:**

Backgrid objects to the interrogatory to the extent it is vague, ambiguous, overly broad, unduly burdensome, and/or seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. BackGrid further objects to this request to the extent it calls for the production of privileged, work-product protected, or otherwise non-discoverable information. No such information will be produced. By agreeing to search for or produce responsive information, or by producing responsive information, Backgrid does not admit the competence, relevance, materiality, or admissibility of such information or the information contained therein. BackGrid specifically reserves its rights to object to the use of such information on any grounds,

1   including irrelevance and/or inadmissibility. BackGrid's responses are made subject to and

2   without waiving any objections as to competence, relevance, materiality, or admissibility.

3        BackGrid still further objects to this request to the extent it seeks private, privileged,

4   and/or confidential commercial, financial, and/or proprietary business information.

5        Subject to the foregoing and pursuant to the **STIPULATED PROTECTIVE**

6   **ORDER, THE FOLLOWING INFORMATION IS DESIGNATED AS**

7   **'CONFIDENTIAL':**

8   

| Set # | Client | Revenue |
|-------|--------|---------|
| 1970239 | Daily Mail | ██████ |
| 1970239 | Daily Mail | ██████ |
| 1988809 | Daily Mail | ██████ |
| 1996601 | Daily Mail | █ ████ |
| 1996601 | Daily Mail | █ ████ |
| 1996601 | Daily Mail | █ ████ |
| 1996601 | Daily Mail | █ ████ |

17   **INTERROGATORY NO. 2:**

18        For each person or entity identified in response to Interrogatory No. 1, state the price

19   that they paid in consideration for their right(s) or license.

20   **RESPONSE TO INTERROGATORY NO. 2:**

21        Backgrid objects to the interrogatory to the extent it is vague, ambiguous, overly

22   broad, unduly burdensome, and/seeks documents that are neither relevant nor reasonably

23   calculated to lead to the discovery of admissible evidence. BackGrid further objects to this

24   request to the extent it calls for the production of privileged, work-product protected, or

25   otherwise non-discoverable information. No such information will be produced. By

26   agreeing to search for or produce responsive information, or by producing responsive

27   information, Backgrid does not admit the competence, relevance, materiality, or

28   admissibility of such information or the information contained therein. BackGrid

specifically reserves its rights to object to the use of such information on any grounds, including irrelevance and/or inadmissibility. BackGrid's responses are made subject to and without waiving any objections as to competence, relevance, materiality, or admissibility.

BackGrid still further objects to this request to the extent it seeks private, privileged, and/or confidential commercial, financial, and/or proprietary business information.

Subject to the foregoing and pursuant to the **STIPULATED PROTECTIVE ORDER, THE FOLLOWING INFORMATION IS DESIGNATED AS 'CONFIDENTIAL':**

| Set # | Client | Revenue |
|-------|--------|---------|
| 1970239 | Daily Mail | ██████ |
| 1970239 | Daily Mail | ██████ |
| 1988809 | Daily Mail | ██████ |
| 1996601 | Daily Mail | █ ████ |
| 1996601 | Daily Mail | █ ████ |
| 1996601 | Daily Mail | █ ████ |
| 1996601 | Daily Mail | █ ████ |

Dated: June 10, 2024

**ONE LLP**

By: */s/ Joanna Ardalan*
Joanna Ardalan

*Attorney for Plaintiff,*
Backgrid USA, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On June 10, 2024, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF BACKGRID USA, INC.'S CONFIDENTIAL AMENDED RESPONSES TO DEFENDANT BROOKE BURKE'S FIRST SET OF INTERROGATORIES**

LAW OFFICES OF DAVID A. MAKMAN
David Alan Makman SB# 178195
483 Seaport Court, Suite 103
Redwood City, CA 94063
Tel.: 650-242-1560
david@makmanlaw.com

*Attorney for Defendants*,
BB BODY. INC. and
BROOKE BURKE,

[X]          (BY EMAIL)          Pursuant to Parties' agreement

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2024 at Beverly Hills, California.

_____
                Joanna Ardalan