1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BB BODY. INC., a California Corporation; BROOKE BURKE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23−cv−06392 SPG (MAAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:**   July 24, 2024<br>**Time:**   1:30 PM<br>**Crtrm:**   5C |

**[PROPOSED] ORDER**

The Court, having considered the Plaintiff's Motion and all jointly filed papers in support of and in opposition to the motion, hereby GRANTS the Motion and ORDERS as follows:

Judgment is entered against Defendants Brooke Burke and BB Body, Inc. for the infringement of BackGrid's three photographs. Defendants' unclean hands defense and express/implied license defense are hereby stricken.

Dated:

_____
Hon. Sherilyn Peace Garnett
United States District Judge